

5T

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INDICTMENT

DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.    14cr632

Address of Plaintiff:   615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476

Post Office: __Philadelphia__          County: __Philadelphia__

City and State of Defendant:   __See Attachment "A"__

County: _____          Register number: _____

Place of accident, incident, or transaction:     __Eastern District of Pennsylvania__

Post Office: __Philadelphia__          County: __Philadelphia__

RELATED CASE, IF ANY:

Criminal cases are deemed related when the answer to the following question is "yes".

Does this case involve a defendant or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses?

    YES/NO: No

| Case Number:  N/A | Judge: N/A |

CRIMINAL:   (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)

1. ◌ Antitrust
2. ◌ Income Tax and other Tax Prosecutions
3. ◌ Commercial Mail Fraud
4. ◌ Controlled Substances
5. ◌ Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and Mail Fraud other than commercial
6. ● General Criminal

(U.S. ATTORNEY WILL PLEASE DESIGNATE PARTICULAR CRIME AND STATUTE CHARGED TO BE VIOLATED AND STATE ANY PREVIOUS CRIMINAL NUMBER FOR SPEEDY TRIAL ACT TRACKING PURPOSES)

18 U.S.C. § 1344 (bank fraud – 1 count); 18 U.S.C. § 1014 (false statement in loan application – 3 counts); 18 U.S.C. § 1956(h) (conspiracy to money launder – 1 count); 18 U.S.C. § 2 (aiding and abetting); Notice of Forfeiture

DATE:  December 4, 2014

*Judy G. Smith* (signature)
Judy G. Smith
Assistant United States Attorney

File No. 2012R00327
U.S. v. George Trimis and Angelica Philippopoulos

**ATTACHMENT "A"**

George Trimis

Address:    Greece


Angelica Philippopoulos

Address:    16 Burwood Avenue

Stamford, CT  06902