*U.S. D.C. E.D. OF PA. CASE # 14cr632-1*

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CRIMINAL DOCKET FOR CASE #: 1:15-mj-00081-RLM-1

Case title: USA v. Trimis                    Date Filed: 01/28/2015

Assigned to: Magistrate Judge
Roanne L. Mann

**FILED**
*FEB 12 2015*

### Defendant (1)

**George Trimis**                    represented by **Anthony J. Pope**
The Anthony Pope Law Firm
60 Park Place, Suite 703
Newark, NJ 07102
(973)344-4406
Fax: (973)344-3201
Email: apope@apopefirm.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Kannan Sundaram**
Federal Defenders
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
718-330-1203
Fax: 718-855-0760
Email: kannan_sundaram@fd.org
*TERMINATED: 02/05/2015*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts                    **Disposition**

None

### Highest Offense Level (Opening)

None

### Terminated Counts                    **Disposition**

None

### Highest Offense Level (Terminated)

None

| **Complaints** | **Disposition** |
| --- | --- |

18:1344A.F

---

## Plaintiff

| | |
| --- | --- |
| **USA** | represented by **Keith Daniel Edelman**<br>U.S. Attorney's Office, Eastern District of<br>New York<br>271 Cadman Plaza East<br>Brooklyn, NY 11201<br>718−254−6328<br>Fax: 718−254−6605<br>Email: keith.edelman@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Government Attorney* |

| Date Filed | # | Page | Docket Text |
| --- | --- | --- | --- |
| 01/28/2015 | 1 | 4 | RULE 40 AFFIDAVIT / removal complaint to the Eastern District of Pennsylvania by USA as to George Trimis (Attachments: # 1 Affidavit) (Yuen, Sui−May) (Entered: 01/29/2015) |
| 01/28/2015 | 2 | 24 | Minute Entry for proceedings held before Magistrate Judge Roanne L. Mann:Initial Appearance in Rule 5(c)(3) Proceedings as to George Trimis held on 1/28/2015, Attorney Appointment of federal defender Kannan Sundaram for the defendant present. AUSA Keith Edelman present. Defendant arraigned on a removal complaint to the ED of PA. Detention hearing set 1/30 at 11am at the request of defense counsel Temporary order of detention entered.(Tape #2;20−2;30.) (Yuen, Sui−May) (Entered: 01/29/2015) |
| 01/28/2015 | 3 | 25 | TEMPORARY COMMITMENT Issued as to George Trimis (Yuen, Sui−May) (Entered: 01/29/2015) |
| 01/28/2015 | 4 | 26 | CJA 23 Financial Affidavit by George Trimis (Yuen, Sui−May) (Entered: 01/29/2015) |
| 01/28/2015 | | | Arrest (Rule 5) of George Trimis (Chin, Felix) (Entered: 02/12/2015) |
| 01/30/2015 | 5 | 27 | Minute Entry for proceedings held before Magistrate Judge Roanne L. Mann: Docket Call as to George Trimis held on 1/30/2015. AUSA Keiyth Edelman present. Defendant present w/ counsel Kannan Sundaram. Identity hearing set 2/5 at 2pm at the request of defense counsel. Temporary order of detention entered. (Tape #2;29−2;31.) (Yuen, Sui−May) (Entered: 02/02/2015) |
| 01/30/2015 | 6 | 28 | TEMPORARY COMMITMENT Issued as to George Trimis (Yuen, Sui−May) (Entered: 02/02/2015) |
| 02/05/2015 | 7 | 29 | Letter *regarding identity hearing standards* as to George Trimis (Attachments: # 1 Exhibit 1 (Indictment and Arrest Warrant)) (Edelman, Keith) (Entered: 02/05/2015) |

| 02/05/2015 | 8 | 51 | NOTICE OF ATTORNEY APPEARANCE: Anthony J. Pope appearing for George Trimis (Yuen, Sui−May) (Entered: 02/06/2015) |
|---|---|---|---|
| 02/05/2015 | 9 | 52 | Minute Entry for proceedings held before Magistrate Judge Vera M. Scanlon:Status Conference as to George Trimis held on 2/5/2015 (Tape #2;42−3;30.) AUSA Keith Edelman present. Defendant present w/ retain counsel Anthony Pope. Detention hearing adj. to 2/6 at 11am. Defendant waived identity hearing. (Yuen, Sui−May) (Entered: 02/06/2015) |
| 02/05/2015 | 10 | 53 | TEMPORARY COMMITMENT Issued as to George Trimis (Yuen, Sui−May) (Entered: 02/06/2015) |
| 02/05/2015 | 11 | 54 | WAIVER of Rule 5(c)(3) Hearing by George Trimis (Yuen, Sui−May) (Entered: 02/06/2015) |
| 02/09/2015 | 12 | 55 | Minute Entry for proceedings held before Magistrate Judge Robert M. Levy:Docket Call as to George Trimis held on 2/9/2015. AUSA Maggie Gandy present for Keith Edelman. Dft present w/ret counsel Steven Triano for Anthony Pope. Bail hearing adjourned to 2/11/15 @ 2:00 pm. (Log # 2/9/15 11:29−11:31.) (Chin, Felix) (Entered: 02/10/2015) |
| 02/09/2015 | 13 | 56 | TEMPORARY COMMITMENT Issued as to George Trimis (Chin, Felix) (Entered: 02/10/2015) |
| 02/11/2015 | 14 | 57 | Minute Entry for proceedings held before Magistrate Judge Robert M. Levy:Bond Hearing as to George Trimis held on 2/11/2015, Detention Hearing as to George Trimis held on 2/11/2015. AUSA Alixandra Smith present for Keith Edelman. Dft present w/ret counsel Anthony Pope. Bail set @ $500,000. 2 sureties sworn, advised of bond obligations and signed the bond. Dft advised of bond conditions and signed the bond. Dft released on $500,000 bond. Dft ordered to come back to court on 2/12/15 @ 11:00 am if bond is stayed. (Log # 2/11/15 3:11−3:33; 3:43−3:49.) (Chin, Felix) (Entered: 02/12/2015) |
| 02/11/2015 | 15 | 58 | ORDER Setting Conditions of Release as to George Trimis (1) $500,000. Ordered by Magistrate Judge Robert M. Levy on 2/11/2015. (Chin, Felix) (Entered: 02/12/2015) |
| 02/11/2015 | 16 | 60 | REDACTION by George Trimis to 15 Sealed, Order Setting Conditions of Release (Chin, Felix) (Entered: 02/12/2015) |

NMA:KDE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

— — — — — — — — — — — —X

UNITED STATES OF AMERICA

- against -

GEORGE TRIMIS,

Defendant.

— — — — — — — — — — — —X

15-81 M

REMOVAL TO THE
EASTERN DISTRICT OF
PENNSYLVANIA

(Fed. R. Crim. P. 5(c))

EASTERN DISTRICT OF NEW YORK, SS:

KURT DIRKER, being duly sworn, deposes and states that he is a Special Agent
with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

Upon information and belief, on or about December 4, 2014, an arrest warrant
was issued by the United States District Court for the Eastern District of Pennsylvania,
authorizing the arrest of the defendant GEORGE TRIMIS based on an indictment charging him
with (1) one count of bank fraud, in violation of Title 18, United States Code, Section 1344; (2)
three counts of making false statements in a loan application, in violation of Title 18, United
States Code, Section 1014; and (3) one count of conspiracy to commit money laundering, in
violation of Title 18, United States Code, Section 1956(h).

The source of your deponent's information and the grounds for his belief are as
follows:

1.      On or about December 4, 2014, an indictment was returned in the United
States District Court for the Eastern District of Pennsylvania, charging the defendant GEORGE
TRIMIS with (1) one count of bank fraud, in violation of Title 18, United States Code, Section

Case 2:14-cr-00632-KSM    Document 10    Filed 02/12/15    Page 5 of 24
Case 1:15-mj-00081-LB-LMD Document 1 Filed 01/28/15 Page 5 of 5 PageID#263

2

1344; (2) three counts of making false statements in a loan application, in violation of Title 18, United States Code, Section 1014; and (3) one count of conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h).   On or about December 4, 2014, an arrest warrant was issued for the defendant's arrest based on said indictment under Eastern District of Pennsylvania Criminal Case No. 14-632-1.   Copies of the indictment and the arrest warrant are attached hereto.

      2.    Law enforcement officials from the Eastern District of Pennsylvania provided law enforcement officials in New York with a photograph of the defendant GEORGE TRIMIS as well as biographical information for him.

      3.    On or about January 26, 2015, the defendant GEORGE TRIMIS was arrested by Customs and Border Protection ("CBP") officers at John F. Kennedy International Airport ("JFK") while preparing to travel to Paris, France.   After checking in to his flight, CBP officers stopped the defendant and asked him his name.   The defendant stated, in sum and substance and in part, that his name was "George Trimis."   The defendant was thereafter taken into CBP custody.

      4.    On or about January 27, 2015, I met the defendant GEORGE TRIMIS at JFK and was able to determine that the defendant is the same person for whom the arrest warrant was issued in the Eastern District of Pennsylvania because, among other things, the following items were seized from the defendant upon his arrest: (a) a United States passport in the name "George Trimis," (b) a Greek passport in the name "Georgios or George Trimis," (c) two New York driver's licenses in the name "Georgios Trimis," and (d) a Social Security card in the name "Georgios Trimis."   Further, the defendant stated, in sum and substance and in part, that he

Case 2:14-cr-00632-KSM   Document 10   Filed 02/12/15   Page 6 of 24
Case 1:15-mj-00083-RLM   Document 1   Filed 01/28/15   Page 6 of 6 PageID #364

3

went by both "George Trimis" and "Georgios Trimis." Moreover, I had previously reviewed the photograph provided by Eastern District of Pennsylvania law enforcement officials and confirmed that the defendant is the individual sought.

     5.     It is the desire of the United States Attorney for the Eastern District of Pennsylvania that the defendant GEORGE TRIMIS be removed to that district pursuant to the outstanding arrest warrant.

     6.     WHEREFORE, your deponent respectfully requests that the defendant GEORGE TRIMIS be dealt with according to law.

                    S/ Kurt Dirker

                    _____

                    KURT DIRKER
                    Special Agent, Federal Bureau of Investigation

Sworn to before me this
28th day of January, 2015

S/ Roanne Mann

_____
THE HONORABLE ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR
# 15▮081

1) Magistrate Case Number: _____

2) Defendant's Name: __Trimis_____George_____
    (Last)                                    (First)                    (M.I.)

3) Age:_____

4) Title:_____ Section(s):_____

5) Citizen of:_____ Needs:_____ Interpreter

6) Arrest Warrant Issued:_____ Date and time of arrest:_____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ✓ Yes ___No    Other District:__EDPA_____

8) Name of Interpreter used today:_____ Language:_____

9) Arraignment on complaint held:_____✓____ Yes ____No    Date/Time: 1/28/15

10) Detention Hearing Held:____ Bail set at:_____ ROR Entered:____ POD Entered:____

11) Temporary Order of Detention Entered: ✓    Bail Hearing set for:___1|30|15  11am

12) (a) Preliminary Hearing set for:_____; or waived:_____

    (b) Removal Hearing set for:_____; or waived:_____

    (c) Status Conference set for:_____

13) ASSISTANT U.S. ATTORNEY:___Keith Edelman_____

14) DEFENSE COUNSEL'S NAME:_____Kannan Sundaram_____
    Address:_____
              Bar Code:_____ CJA:__ FDNY: ✓ RET:___
              Telephone Number:(___)_____

15) LOG #:___ ( __2:20 - 2:30____ )    MAG. JUDGE :__Mann_____

16) ____ Defendant was advised of bond conditions by the Court and signed the bond.
    ____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ____ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings:_____
_____
_____

17) Complaint/Affidavit/Indictment unsealed:___Yes ___No

          SO ORDERED ON THIS _____ DAY OF _____, 20___

                    _____
                    UNITED STATES MAGISTRATE JUDGE

Case 2:14-cr-00632-KSM   Document 10   Filed 02/12/15   Page 8 of 24
Case 15-1mj-00081-LMD   Document 3   Filed 01/28/55   Page 25 of 61   PageID #283

AO 470 (8/85) Order of Temporary Detention

# United States District Court

— DISTRICT OF —

UNITED STATES OF AMERICA

V.

## ORDER OF TEMPORARY DETENTION
## PENDING HEARING PURSUANT TO
## BAIL REFORM ACT

_George Timms_
Defendant

Case Number:

Upon motion of the _____ _defendant_ _____, it is ORDERED that a

detention hearing is set for _1/30/15_ * at _____ _11am_
Date                          Time

before _____ _Judge Mann_
Name of Judicial Officer

_____ Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) (

_____ Other Custodial Official _____ ) and produced for the hearing.

_1/28/15_
Date

_____ Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

* U.S. GPO: 1998-611-935/71085

IN THE UNITED STATES ☐ DISTRICT COURT    ☐ COURT OF APPEALS    ☐ OTHER *(Specify below)*

IN THE CASE OF

_____ v. _____

FOR _____

AT _____

**LOCATION NUMBER**

PERSON REPRESENTED *(Show your full name)*

George Trimis

1 ☒ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)*

**DOCKET NUMBERS**
Magistrate Judge  Mann
District Court
Court of Appeals

CHARGE/OFFENSE *(describe if applicable & check box→)*    ☒ Felony    ☐ Misdemeanor

Bank Fraud 18 USC 1344
Money Laundering 18 USC 1956

| | | | |
|---|---|---|---|
| **INCOME & ASSETS** | **EMPLOYMENT** | Are you now employed?  ☒ Yes  ☐ No  ☒ Self-Employed | |

Name and address of employer: Dysart Ventures Inc, New York, NY

IF YES, how much do you earn per month? $ 0

IF NO, give month and year of last employment? _____
How much did you earn per month? $ _____

If married, is your spouse employed?  ☐ Yes  ☒ No

IF YES, how much does your spouse earn per month? $ _____

If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☒ Yes  ☐ No

RECEIVED    SOURCES
IF YES, give the amount received and identify the sources    $ 0    Real Estate Developer
    $ _____
    $ _____

**CASH**

Do you have any cash on hand or money in savings or checking accounts?  ☒ Yes  ☐ No    IF YES, total amount? $ 2820050

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☒ No

VALUE    DESCRIPTION
IF YES, give value and description for each    $ _____    _____
    $ _____    _____
    $ _____    _____

| **OBLIGATIONS & DEBTS** | **DEPENDENTS** | MARITAL STATUS | List persons you actually support and your relationship to them |
|---|---|---|---|

MARITAL STATUS
☐ Single
☐ Married
☐ Widowed
☒ Separated or Divorced

Total No. of Dependents  0

**DEBTS & MONTHLY BILLS**
*(Rent, utilities, loans, charge accounts, etc.)*

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| rent | $ 1,600 | $ 1,000 |
| utilities | $ 0 | $ 300 |
| cellphone | $ 0 | $ 80 |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

X _____
SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)

1/28/15
Date

## CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE ROANNE L. MANN          DATE : 1 /30 /15

DOCKET NUMBER:  15 M 81                    LOG #:  2:29 – 2:31

DEFENDANT'S NAME :   GEORGE TRIMIS
                    ✓ Present _____ Not Present     ✓ Custody _____ Bail

DEFENSE COUNSEL :    KANNAN SUNDARAM
                    ✓ Federal Defender _____ CJA          _____ Retained

A.U.S.A  Keith Edelman   DEPUTY CLERK : SM YUEN

INTERPRETER :                              (Language)

_____ Hearing held. _____ Hearing adjourned to _____

_____ Defendant was released on _____ PRB with/without some conditions.

_____ Defendant was advised of bond conditions by the Court and signed the bond.

_____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

_____ Additional surety (ies) to co-signed bond by _____

_____ At this time, defense counsel states on the record that the defendant does not have a bail
       application / package. **Order of detention** entered with leave to reapply to a Magistrate
       or to the District Court Judge to whom the case will be assigned.

_____ Order of Excludable Delay entered.    Code Type_____   Start_____   Stop_____

_____ Order of Speedy Trial entered.    Code Type_____   Start_____   Stop_____

_____ Defendant's first appearance. _____Defendant arraigned on the indictment.

_____ Attorney Appointment of _____ FEDERAL DEFENDER _____ CJA

_____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

_____ Status conference set for _____ @ _____ before Judge _____

OTHERS :     Identity hearing 2/5 at 2pm at request of
             defense counsel. Temporary order of
             detention entered

# United States District Court

———————————— **DISTRICT OF** ————————————

UNITED STATES OF AMERICA

**V.**

*Groge Thills*
*Cales Jose NA*

———————————
*Defendant*

## ORDER OF TEMPORARY DETENTION
## PENDING HEARING PURSUANT TO
## BAIL REFORM ACT

Case Number: **15-8 1 M**

Upon motion of the _____ *deft* _____ , it is ORDERED that a,

detention hearing is set for __2 15__ * at _____ 2 15
                              Date                    Time

before _____ *July 2  11 am 10n*
                              Name of Judicial Officer

———————————————————————————
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

———————————————————                                          ) and produced for the hearing.
Other Custodial Official

*5 0 15*                                                     _____
Date                                                          Judicial Officer

—————————————————————

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

★ U.S. GPO: 1988-611-935/71086



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JAP:KDE

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 5, 2015

By ECF

The Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

>            Re:   United States v. George Trimis
>                  Magistrate Docket No. 15-0081

Dear Judge Scanlon:

On December 4, 2014, an arrest warrant bearing docket number 14-632-1 was issued for the defendant in the Eastern District of Pennsylvania based on his role in a bank fraud and money laundering scheme. (See Ex. 1 (indictment and warrant)). The defendant was arraigned on the removal complaint in this district before the Honorable Roanne L. Mann on January 28, 2015. At that time, the defendant requested that a detention hearing be scheduled for January 30, 2015. On January 30, the defendant requested an identity hearing pursuant to Federal Rule of Criminal Procedure 5(c)(3)(D)(ii), which Judge Mann set for February 5, 2015, at 2 p.m.

The purpose of an identity hearing is narrow—to determine whether "the defendant is the same person named in the . . . warrant." Fed. R. Crim. P. 5(c)(3)(D)(ii). The standard to be applied is one of probable cause. See United States v. Antoine, 796 F. Supp. 2d 417, 419 (E.D.N.Y. 2011) ("[T]his court finds that the magistrate judge properly applied the standard of probable cause to determine whether removal was warranted in the instant action."); see also United States v. Rodriguez-Torres, 14 Mag. 1095 (JLC), 2014 WL 2320081, at *2 (S.D.N.Y. May 30, 2014) (same). Beyond that limited question, "[a]ny attack upon the validity of the arrest warrant . . . must be made, if at all, in the charging district after transfer." United States v. Curi, No. 10-CR-4108 (JSB), 2010 WL 5019088, at *2 (M.D. Tenn. Dec. 2, 2010). Finally, because an identity qualifies as a "miscellaneous proceeding," the rules of evidence do not apply. See Fed. R. Evid. 1101(d)(3) (stating that rules of evidence do not apply to "miscellaneous proceedings such as . . . extradition or rendition; . . . a preliminary hearing examination in a criminal case; . . . and considering whether to release on bail or otherwise"); see also United States v. Saldana-Beltran, 14-MJ-8409 (PCL) (BEN),

2014 WL 3797158, at *5 (S.D. Cal. Aug. 1, 2014) ("Hearsay evidence is generally admissible during a removal hearing.").

Federal Rule of Criminal Procedure 5 and the above-cited cases make clear that the issue presented for the Court's consideration at an identity hearing is exceedingly narrow. The government respectfully requests that the scope of the identity hearing and of defense counsel's cross-examination be limited accordingly.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By:     /s/

Keith D. Edelman
Assistant U.S. Attorney
(718) 254-6328

Encl.

cc:    Kannan Sundaram, Esq. (by ECF)
       Anthony Pope, Esq. (by e-mail)

2

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OS AMERICA

**VS**

GEORGE TRIMIS
_____
DEFENDANT

**NOTICE OF APPEARANCE**

DOCKET # _2:14-cr-00632 - 6 P_

DATE: _2/5/15_

PLEASE NOTICE, that I have been retained by _BOTH GEORGE TRIMIS_

above name defendant. I was admitted to practice is this District on _2012_ .

SIGNATURE _____

PRINT NAME _Anthony Pope_

BAR CODE** _01620 - 1986_

OFFICE ADDRESS _60 Park Ph._

_Newark  NJ  07102_

_____

_____

PHONE NUMBER _973 - 344 - 4406_

***NOTICE TO ATTORNEY***

**BAR CODE THE ATTORNEY'S INITIALS AND LAST FOUR DIGITS OF THE SOCIAL SECURITY NUMBER MUST APPEAR ON ALL PLEADINGS.**

## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**  Vera M. Scanlon  **DATE :**  2/5/15

DOCKET NUMBER:  **15-81M**  LOG #:  2:42 — 3:03

DEFENDANT'S NAME :  **George Trimis**
✓ Present  ___ Not Present  ✓ Custody  ___ Bail

DEFENSE COUNSEL :  ~~Keenan Sundaram~~  Anthony Pope
☑ Federal Defender  __ CJA  ✓ Retained

A.U.S.A:  **Keith Edelman**  DEPUTY CLERK :  **Felix Chin**

INTERPRETER :  (Language)

_____ Hearing held. ___ Detention Hearing adjourned to 2/6/15 @ ~~2:00~~ 11:00

____ Defendant was released on_____ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered.  Code Type____  Start_____  Stop_____

____ Order of Speedy Trial entered.  Code Type____  Start_____  Stop_____

____ Defendant's first appearance.  ___Defendant arraigned on the indictment.

____ Attorney Appointment of ___ FEDERAL DEFENDER ____ CJA

____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

____ Status conference set for _____ @ ____ before Judge _____

OTHERS :  Identity hearing waived.

Case 2:14-cr-00632-KSM    Document 10    Filed 02/12/15    Page 16 of 24
Case 1:15-mj-00082-LRL-MDD Document 10 Filed 02/12/15 Page 1 of 1 PageID #:011
AO 470 (8/85) Order of Temporary Detention

# United States District Court

───────────────── DISTRICT OF ─────────────────

UNITED STATES OF AMERICA

**V.**

George Trimis

*Defendant*

### ORDER OF TEMPORARY DETENTION
### PENDING HEARING PURSUANT TO
### BAIL REFORM ACT

Case Number:  $15 - 81 M1$

Upon motion of the _____ _dft_____ , it is ORDERED that a

detention hearing is set for ___2/6/5 at___    _11 A.h.___

*Date*                          *Time*

before _____ _Very Pr_ _See Sen_ _____

*Name of Judicial Officer*

_Brooklyn NY_

*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____ ) and produced for the hearing.

*Other Custodial Official*

_2/5/15_                          _Judicial Officer_

*Date*                          *Judicial Officer*

\*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

★ U.S. GPO: 1998-611-935/71085

% AO 466 (Rev. 9/92) Waiver of Rule 40 Hearings

# UNITED STATES DISTRICT COURT

__EASTERN_____ DISTRICT OF _____NEW YORK_____

UNITED STATES OF AMERICA

V.

*Jorge Travis, et al.*

## WAIVER OF RULE 40 HEARINGS
### (Excluding Probation Cases)

$15-81M$

CASE NUMBER:  _2:14 - cr - 632_

I, ____Jorge Travis_____ , understand that in the

____Eastern_____ District of ____New York_____ , charges are pending

alleging violation of __18 U.S.C. 144, 18 U.S.C. 1-14, 18 U.S.C. 1-(5)___ and that I have been

arrested in this District and taken before a United States Magistrate Judge who informed me of the charge and of my right
to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings
to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the
person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information
filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held
either in this district or the district of prosecution.

### I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( √ ) identity hearing

(   ) preliminary examination

(   ) identity hearing and have been informed I have no right to a preliminary examination

(   ) identity hearing but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is
pending against me.

_____
*Defendant*

_____1/2/15_____
*Date*

_____
*Defense Counsel*

CALENDAR : MAGISTRATE'S PROCEEDING
Case 2:14-cr-00632-KSM   Document 10   Filed 02/12/15   Page 18 of 24
Case 15-15-mj-00008-LRL MD Document 17 filed 02/02/15 Page 50 of 51 Page ID #:5213

**BEFORE MAG. JUDGE** _____   DATE: 2/11/15

DOCKET NUMBER: 15 Mj 81 (RML)   LOG #: 11:29 - 11:31

DEFENDANT'S NAME: George, Irimis
   X Present   ~ Not Present   X Custody ___ Bail

DEFENSE COUNSEL: Anthony Pope   Steven Triano for.
   ___ Federal Defender ___ CJA   √ Retained
Massie Gandy   for.
A.U.S.A: Keith Edelman   DEPUTY CLERK: M Seca

INTERPRETER: _____ (Language) _____
Syrus
Baael ___ Hearing held. Bail ___ Hearing adjourned to 2/11/15 a 2:00 pm

____ Defendant was released on _____ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by _____

____ At this time, defense counsel states on the record that the defendant does not have a bail
application / package. **Order of detention** entered with leave to reapply to a Magistrate
or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered.   Code Type_____ Start_____ Stop_____

____ Order of Speedy Trial entered.   Code Type_____ Start_____ Stop_____

____ Defendant's first appearance.   ___Defendant arraigned on the indictment.

____ Attorney Appointment of ___ FEDERAL DEFENDER ____ CJA

____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

____ Status conference set for _____ @ _____ before Judge _____

OTHERS : _____

_____

_____

Case 2:14-cr-00632-KSM    Document 10    Filed 02/12/15    Page 19 of 24
Case 1:15-mj-00081-RML Document 17 Filed 02/20/15 Page 1 of 1 PageID #:314
AO 470 (8/85) Order of Temporary Detention

# United States District Court

_____ EASTERN _____ **DISTRICT OF** _____ NEW YORK _____

UNITED STATES OF AMERICA

**V.**

George Trimis
_Defendant_

### ORDER OF TEMPORARY DETENTION
### PENDING HEARING PURSUANT TO
### BAIL REFORM ACT

Case Number:  15 mj 81

Upon motion of the _____ Dyerdent _____, it is ORDERED that a

detention hearing is set for ___ 2|11 * at 7 ___      2:00
             _Date_                                             _Time_

before ___ Judge Polorelshy ___
                                      _Name of Judicial Officer_

_____ BROOKLYN, NEW YORK _____
_Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____ )

_____ ) and produced for the hearing.
_Other Custodial Official_

2 | 9 /15
     _Date_

_____
_Judicial Officer_

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

CALENDAR: MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Votroleski                                    **DATE:** 2 | 11 | 2015

DOCKET NUMBER: 15 mj 81                    LOG #: 3:11 - 2:33

DEFENDANT'S NAME: George Trimis   2nd - 3:43 - 3:49

___ Present   ___ Not Present   ✓ Custody   ___ Bail

DEFENSE COUNSEL: Anthony Pope ✓
Alap Smith An. ___ Federal Defender   ___ CJA   ___ Retained

A.U.S.A: Keith Edelman   DEPUTY CLERK: M Sia

INTERPRETER: _____ (Language) _____

Bail _____ Hearing held. _____ Hearing adjourned to _____

✓ Defendant was released on $500,000 . _____ PRB with/without some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

2 Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type ___ Start _____ Stop _____

___ Order of Speedy Trial entered.   Code Type ___ Start _____ Stop _____

___ Defendant's first appearance.   ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

✗ Status conference set for 2|12 @ 11 AM before Judge X Lly

OTHERS: Defendant ordered to come back to Court on 2|12|15 @ 11 AM y ordered is strucked .

*United States District Court*
**EASTERN DISTRICT OF NEW YORK**

| UNITED STATES OF AMERICA | ORDER SETTING CONDITIONS OF RELEASE AND BOND |
|---|---|

v.

George Tsimis

Defendant

**Case No.:**

15 M 81

**RELEASE ORDER**

It is hereby ORDERED that the above-named defendant be released as follows, subject to the **Standard Conditions of Bond** on the reverse and:

[ ] Upon **Personal Recognizance Bond** on his/her promise to appear at all scheduled proceedings as required, or

[ ] Upon **Unsecured Bond** executed by defendant in the amount of $_____, or

[ ] Upon **Secured Appearance Bond** as provided herein.

$500,000.

**Additional Conditions of Release**

Upon finding that release under the standard conditions detailed on the reverse will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, IT IS FURTHER ORDERED that the defendant is subject to the following additional conditions of release:

[✓] 1.  The defendant must remain in and may not leave the following areas without Court permission: EDNY, SDNY, EDPA
        + points in between

[ ] 2.  The defendant shall avoid all contact and not associate with any of the following persons or entities: _____

[ ] 3.  The defendant shall avoid and not go to any of the following locations: _____

[✓] 4.  The defendant shall surrender any and all passports to the U.S. Pretrial Services Agency by _____ and shall not apply for any other passport.

[✓] 5.  Defendant is placed under the express supervision of the Pretrial Services Agency, subject to the Special Conditions on the reverse, if applicable, and
        [✓] is subject to random visits by a Pretrial Services officer at defendant's home and/or place of work;                                    as per
        [✓] must report to that agency (✓) in person_____ times per _____ and/or (✓) by telephone_____ times per _____;      PTS
        [✓] is subject to home detention with electronic monitoring with the following conditions: Court appearances, a turney
        appearances, medical emergencies, activities as per PTS.
        [ ] must undergo [ ] random drug testing [ ] evaluation and/or [ ] treatment for: [ ] substance abuse [ ] alcoholism [ ] mental health problems.
        [ ] must pay the cost of treatment and/or electronic monitoring by with personal funds and/or insurance.

[ ] 6.  Other Conditions: _____

**APPEARANCE BOND**

The undersigned defendant and sureties jointly and severally acknowledge that I/we and my/our personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $_____. The undersigned agree(s) that this obligation is secured with his/her/their interest in the following property ("Collateral") which he/she/they represent is/are free and clear of liens except as otherwise indicated:

[ ] cash deposited in the Registry of the Court the sum of $_____;
[ ] premises located at: _____ owned by _____
[ ] I/We also agree to execute a confession of judgment in form approved by the U.S. Attorney which shall be duly filed with the proper local and state authorities on or before _____.

[ ] Other Conditions: _____

_____ Address: _____

Daniela Curcuruto (Surety)   Address: 90-66 53 Ave 37 E/mhurst NY11373

Robert P. Delivery   Address: 55 White Hollow Rd Lagrangeville CT

Surety
                                                                                                        06639

The Court has advised the defendant of the conditions of release per 18:3142(h)(1) and (h)(2). This bond is conditioned upon the appearance of the defendant and is subject to the Standard Conditions of Bond set forth on the reverse. If the defendant fails to appear as ordered or notified, or any other condition of this bond is not met, this bond shall be due forthwith.

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth on the reverse of this form.

_____
Signature of Defendant

Release of the Defendant is hereby ordered on 2/11, 2015

_____, US M

Distribution:    White-Original    Canary - Courtroom Deputy    Pink - Pretrial Services    Goldenrod - Defendant

## Standard Conditions of Release

In all cases, IT IS ORDERED that the release of the defendant is subject to the following conditions:

1  Defendant shall immediately advise the court, defense counsel, and the U.S. Attorney in writing of any change in address and or telephone number.

2  Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed

3  Defendant shall not commit any federal, state, or local crime

The conditions of this bond are that the defendant named on the obverse is to appear before the Court and at such other places as the defendant may be required to appear in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered, or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review which shall continue until such time as the undersigned are exonerated)

If the defendant appears as ordered or notified and otherwise obeys and performs the preceding conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its condition may may be declared by any United States District Court having cognizance of the entitled matter on the obverse at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

## Special Conditions of Release

1.  If defendant is subject to home detention, defendant may not leave his/her residence without the approval of the Pretrial Services Agency, except for court appearances and visits with defense counsel in this pending criminal case and for medical emergencies   In all instances, however, the defendant must notify the Pretrial Services Agency of his or her departure from the residence

2.  If the defendant fails to report as required to the Pretrial Services Agency or to appear for any specified treatment or evaluation, defendant may be subject to such random visits at his/her residnece or work by a Pretrial Services Officer as may be necessary to verify his/her residence or place of employment in order to secure compliance with the order of release.

## Advice of Penalties

If defendant violates any of the preceding conditions of release, a warrant will issue for his/her arrest and the terms and conditions of any further release will be reconsidered.  Such reconsideration can result in a revocation of release, an order of detention, the forfeiture of any previously posted bail, and a prosecution for contempt, the latter of which could result in a term of imprisonment and/or a fine. In addition, if the defendant fails to appear as required, he/she could be prosecuted for failing to appear and, if found guilty, be subject to imprisonment for up to ten years and/or fined up to $250,000 depending upon the offense charged.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense of up to ten years, depending on the offense. Defendant is advised that it is a criminal offense to intimidate or attempt to intimidate a witness, juror, or officer of the court, or to obstruct a criminal investigation, or to tamper with a witness, victim, or informant, or to retaliate against a witness, victim, or informant, or to threaten or to attempt to do so.  These offenses are punishable by up to ten years of imprisonment and a $250,000 fine. The term(s) of imprisonment imposed for any of the foregoing offenses shall be consecutive to the sentence of imprisonment for any other offense and must be imposed in addition to the sentence received for the offense itself.

Rev. Dec 1998

GPO U.S. GOVERNMENT PRINTING OFFICE:2009-509-438

*United States District Court*
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **ORDER SETTING CONDITIONS** |
| | **OF RELEASE AND BOND** |
| **V.** | |
| George Trimis | **Case No.:** |
| Defendant | 15 M 81 |

### RELEASE ORDER

It is hereby ORDERED that the above-named defendant be released as follows, **subject to the Standard Conditions of Bond on the reverse** and:

[ ] Upon **Personal Recognizance Bond** on his/her promise to appear at all scheduled proceedings as required, or

[ ] Upon **Unsecured Bond** executed by defendant in the amount of $_____, or

[ ] Upon **Secured Appearance Bond** as provided herein.   $500,000.

### Additional Conditions of Release

Upon finding that release under the standard conditions detailed on the reverse will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, IT IS FURTHER ORDERED that the defendant is subject to the following additional conditions of release:

[✓] 1. The defendant must remain in and may not leave the following areas without Court permission: EDNY, SDNY, EDPA + points in between

[ ] 2. The defendant shall avoid all contact and not associate with any of the following persons or entities: _____

[ ] 3. The defendant shall avoid and not go to any of the following locations: _____

[✓] 4. The defendant shall surrender any and all passports to the U.S. Pretrial Services Agency by _____ and shall not apply for any other passport.

[✓] 5. Defendant is placed under the express supervision of the Pretrial Services Agency, subject to the Special Conditions on the reverse, if applicable, and

[✓] is subject to random visits by a Pretrial Services officer at defendant's home and/or place of work;  as per PTS

[✓] must report to that agency (✓ in person____ times per ____ and/or (✓) by telephone____ times per ____ PTS

[✓] is subject to home detention with electronic monitoring with the following conditions: Court appearances, attorney appearances, medical emergencies, activities as per PTS.

[ ] must undergo [ ] random drug testing [ ] evaluation and/or [ ] treatment for: [ ] substance abuse [ ] alcoholism [ ] mental health problems.

[ ] must pay the cost of treatment and/or electronic monitoring by with personal funds and/or insurance.

[ ] 6. Other Conditions: _____

### APPEARANCE BOND

The undersigned defendant and sureties jointly and severally acknowledge that I/we and my/our personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $_____. The undersigned agree(s) that this obligation is secured with his/her/their interest in the following property ("Collateral") which he/she/they represent is/are free and clear of liens except as otherwise indicated:

[ ] cash deposited in the Registry of the Court the sum of $_____;

[ ] premises located at: _____ owned by _____

[ ] I/We also agree to execute a confession of judgment in form approved by the U.S. Attorney which shall be duly filed with the proper local and state authorities on or before _____.

[ ] Other Conditions: _____

_____ Address: _____

_____ Address: _____

_____ Address: _____

Surety

The Court has advised the defendant of the conditions of release per 18:3142(h)(1) and (h)(2). This bond is conditioned upon the appearance of the defendant and is subject to the Standard Conditions of Bond set forth on the reverse. If the defendant fails to appear as ordered or notified, or any other condition of this bond is not met, this bond shall be due forthwith.

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth on the reverse of this form.

_____
Signature of Defendant

Release of the Defendant is hereby ordered on 2/11, 2015

_____, US M

| Distribution: | White-Original | Canary - Courtroom Deputy | Pink - Pretrial Services | Goldenrod - Defendant |



## Standard Conditions of Release

In all cases, IT IS ORDERED that the release of the defendant is subject to the following conditions:

1. Defendant shall immediately advise the court, defense counsel, and the U.S. Attorney in writing of any change in address and/or telephone number.
2. Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.
3. Defendant shall not commit any federal, state, or local crime.

The conditions of this bond are that the defendant named on the obverse is to appear before the Court and at such other places as the defendant may be required to appear in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such manner by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the preceding conditions of this bond then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its condition may be declared by any United States District Court having cognizance of the entitled matter on the obverse at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

## Special Conditions of Release

1. If defendant is subject to home detention, defendant may not leave his/her residence without the approval of the Pretrial Services Agency, except for court appearances and visits with defense counsel in this pending criminal case and for medical emergencies. In all instances, however, the defendant must notify the Pretrial Services Agency of his or her departure from the residence.
2. If the defendant fails to report as required to the Pretrial Services Agency or to appear for any specified treatment or evaluation, defendant may be subject to such random visits at his/her residnece or work by a Pretrial Services Officer as may be necessary to verify his/her residence or place of employment in order to secure compliance with the order of release.

## Advice of Penalties

If defendant violates any of the preceding conditions of release, a warrant will issue for his/her arrest and the terms and conditions of any further release will be reconsidered. Such reconsideration can result in a revocation of release, an order of detention, the forfeiture of any previously posted bail, and a prosecution for contempt, the latter of which could result in a term of imprisonment and/or a fine. In addition, if the defendant fails to appear as required, he/she could be prosecuted for failing to appear and, if found guilty, be subject to imprisonment for up to ten years and/or fined up to $250,000 depending upon the offense charged.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense of up to ten years, depending on the offense. Defendant is advised that it is a criminal offense to intimidate or attempt to intimidate a witness, juror, or officer of the court, or to obstruct a criminal investigation, or to tamper with a witness, victim, or informant, or to retaliate against a witness, victim, or informant, or to threaten or to attempt to do so. These offenses are punishable by up to ten years of imprisonment and a $250,000 fine. The term(s) of imprisonment imposed for any of the foregoing offenses shall be consecutive to the sentence of imprisonment for any other offense and must be imposed in addition to the sentence received for the offense itself.

Rev. Dec 1998

GPO U.S. GOVERNMENT PRINTING OFFICE:2009-509-438