UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA                    Criminal No. 14-632-1

vs.

GEORGE TRIMIS

## ORDER

**THIS MATTER**, having been opened to the Court by counsel for Defendant, George Trimis, and upon consent of the Assistant United States Attorney, Judy Smith:

**IT IS ON THIS** _29th_ day of _April_, 2015,

**ORDERED** that Robert P. Banbery shall be replaced as surety for Defendant's appearance bond by Maria Giakoumakis and that same shall take effect immediately.

_____
The Honorable Gene E.K. Pratter
Judge, United States District Court