UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          Criminal No. 14-632-1

vs.

GEORGE TRIMIS

### CONSENT ORDER

**THIS MATTER**, having been opened to the Court by counsel for Defendant, George Trimis, and upon consent of the Assistant United States Attorney, Judy Smith:

**IT IS ON THIS** 22nd day of April, 2016,

**ORDERED** that the Order setting Conditions of Release be modified allowing for Defendant, George Trimis to attend a business meeting with Maria Giakoumakis (from Coldwell Banker Residential Brokerage), where he will be viewing a project in Annapolis, Maryland on Saturday, April 23, 2016, at Coldwell Banker Residential Brokerage, 170 Jennifer Road, Suite 102 Annapolis, Maryland 21401, from approximately 6:00 a.m. through 6:00 p.m. depending on traffic conditions; and *Defendant shall report, by telephone, to the pretrial services officer upon Defendant's physical return to his New York residence.*

**IT IS FURTHER ORDERED** that same shall take effect immediately.

The Honorable Gene E.K. Pratter
*Judge, United States District Court*