# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

Criminal No. 14-632-1

vs.

GEORGE TRIMIS

## DEFENDANT'S OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

Defendant hereby files the following objection to the Presentence Investigation Report completed by the United States Probation Office for the Eastern District of Pennsylvania. A memorandum of law detailing the legal basis for the objections follows.

It should be noted that all relevant conduct in this matter has already been contemplated by the Plea Agreement; however, the Defense would like to clarify certain conduct mentioned in the Presentence Investigation Report in order to provide the Court with a more complete understanding of the facts presented by Probation.

Page 5, paragraph 13     At the time of his arrest, Mr. Trimis was in a desperate situation and did not have a permanent address of his own. Despite Mr. Trimis no longer being a tenant at this address, the mailroom staff was familiar with him and would hold mail that was sent to him. This was not done to deceive probation, only to assure he would get any mail that was sent to him.

Page 8, paragraph 27     To the best of Mr. Trimis's knowledge, the GMR stock suffered major losses shortly after being purchased, and was sold. According to the Government, the shares were transferred to one of Dysart's Merrill Lynch accounts and had a balance of $0. The shares were sold for a loss of $681,539.41.

Page 8, paragraph 28     The GMR stock purchased on this date by Mr. Trimis was for Efstathia Koulouthros. After Mr. Trimis bought the shares for $1,000,000, Koulouthros reimbursed the Dysart TD Bank account on December 3, 2010. See Exhibit A.

Page 8, paragraph 29     The apartment was purchased for Efstathia Koulouthros, who owns Savoy Enterprises. On June 29, 2011, the day of the closing, $950,000 was wired to the Dysart

TD Bank account by Savoy Enterprises. The wire came from Eurobank. The property was purchased by Savoy Enterprises, and is still owned by that same entity. Mr. Trimis has no connection to this entity other than knowing the owner. Documents showing the money transfers along with a letter from the owner have previously been submitted to Probation. *See* Exhibits B and G.

Page 9, paragraph 33       As already stated, the $800,000 worth of GMR stock purchased on November 2, 2010 was sold shortly after due to a drop in the stock's value. The shares at all times were in an account in Philopoppoulos's name, and the funds were returned to this account. Mr. Trimis is not aware of the current location of these funds. The $1,000,000 worth of GMR stock, purchased on November 17, 2010 was bought for Mr. Trimis's friend, Efstathia Koulouthros, who reimbursed Dysart on December 3, 2010.

Page 9, paragraph 34       See Answer to Paragraph 29.

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA                           Criminal No. 14-632-1

vs.

GEORGE TRIMIS

## MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

### INTRODUCTION

In December 4, 2014, a grand jury in the Eastern District of Pennsylvania returned a five-count indictment charging Mr. Trimis and Angelica Philippopoulos with bank fraud, money laundering conspiracy, and other related charges.  On February 18, 2016, Mr. Trimis appeared before the Honorable Gene E.K. Pratter and pleaded guilty to bank fraud and money laundering conspiracy.  The Plea Agreement called for a sentence within Level 26.

On July 8, 2016, a Presentence Investigation Report ("PSR") was completed by United States Probation Officer Michael Lott. Mr. Lott completed a comprehensive investigation and analysis of the events leading up to Mr. Trimis's arrest, as well as the events after; however, there were certain aspects of the fraud that were understated, such as Ms. Philipoppoulos's level of involvement.  Additionally, he calculated an intended loss which exceeded the actual loss, resulting in a two level increase. This intended loss cannot be substantiated.

Additionally, Mr. Lott added two levels for obstruction of justice, and denied Mr. Trimis a three point decrease for accepting responsibility. These are both based on Mr. Trimis's financial circumstances. As a result of Mr. Lott's differences with the Plea Agreement, there is a

nine level divergence. For the reasons set forth below, this Court should not follow the recommendations of Probation.

## THE PROBATION REPORT ERRONEOUSLY RELIED UPON THE INTENDED LOSS INSTEAD OF THE ACTUAL LOSS, RESULTING IN AN UNWARRANTED TWO LEVEL INCREASE.

Pursuant to ¶ 9(b) of the Plea Agreement entered into between the Government and Defendant, George Trimis, it was agreed and stipulated upon that the loss amount was between $3,500,000 and $9,500,000 resulting in a base level of 18 pursuant to USSG § 2B1.1(b)(1)(J) and (B)(16)(A). Probation has done its own calculation and has determined that a greater loss exists, requiring that the base level be increased by an additional two levels USSG § 2B1.1(b)(1)(K).

The Presentence Investigation Report, completed on July 8, 2016 by Probation Officer Michael Lott indicates that the base level should be increased by two levels above what was agreed to by Mr. Trimis and the Government. Probation is arguing that the "Intended Loss" in this case was more than $9,500,000. To support this calculation, Probation has added together the amounts funded by Beneficial Bank and the unfunded draw request. As required by USSG § 2B1.1, Application Note 3(E), Probation then gave a credit towards the loss amount for the sale price of the Wilson Property. ¶ 42[1]. According to USSG § 2B1.1, Application Note 3(A), loss is the greater of the intended loss and the actual loss. In this case, the alleged intended loss calculated by Probation is greater than the actual loss, therefore Probation is using that amount for sentencing purposes. For the reasons that follow, the Court should not adopt Probation's request that the intended loss be relied upon, and should instead follow the stipulated base level agreed to by the parties.

---

[1] Probation has calculated the loss amount using a sale price of $2,000,000. According to Mr. Trimis's knowledge and understand, as well as the Plea Agreement, the sale price was $2,500,000.

Intended loss means the pecuniary harm that the defendant purposely sought to inflict. USSG § 2B1.1, Application Note 3(A)(ii),  In *United States v. Kopp*, 951 F.2d 521, 536 (3d Cir. 1991), the Third Circuit held that loss should not be equated with the potential loss at the time of the crime.  In that case, the Court emphasized that "[t]he fraud guideline thus has never endorsed sentencing based on the worst-case scenario *potential* loss ..." *Id.* at 529 (emphasis in the original).  Then, In *United States v. Yeaman*, 194 F.3d 442, 460 (3d Cir.1999), the Third Circuit applied *Kopp* to explain that "[i]ntended loss refers to the defendant's subjective expectation, not to the risk of loss to which he may have exposed his victims." *Yeaman* makes clear that the government's burden is to prove intended, not possible, loss if it seeks to increase the guideline levels faced by the defendant. "It is clear that a district court errs when it simply equates potential loss with intended loss without deeper analysis." *United States v. Geevers*, 226 F.3d 186, 192 (3d Cir. 2000).

In the case at bar, Probation is alleging an intended loss of more than $9,500,000 based on the total amounts requested. While Mr. Trimis admittedly obtained millions of dollars, there is no proof that Mr. Trimis's subjective or objective intent was for Beneficial to suffer a loss of this amount, if at all.  In fact, the money was obtained by Mr. Trimis for the purpose of buying a commercial property in Camden, New Jersey, and the property was then purchased and construction work was performed. *See* Exhibit C.  As represented to the Bank when obtaining financing, improvements were made to the building and there were tenants that paid rent to Mr. Trimis's business. Had Mr. Trimis been able to secure more tenants, it is possible that he would have been able to pay back the loan. Based on these facts, it is impossible to know how much money Mr. Trimis "intended" for Beneficial to lose, if any at all.  While Mr. Trimis certainly

obtained the financing improperly, the evidence fails to establish that Mr. Trimis intended for Beneficial to lose any of the money.

Mr. Trimis had his businesses' finances examined by a forensic accountant who determined that Dysart Ventures, Inc. and Wilson Development Associates, LLC contributed more than $3,500,000 to the Wilson Building development project. *See* Exhibit C. Also, a substantial portion of the loan proceeds went towards construction on the Wilson Building. *See* Exhibit C. Additionally, the Wilson property generated approximately $400,000 in rent from 2008 to 2012. *See* Exhibit C. All of this establishes that Mr. Trimis made efforts increase the value of the property that was purchased, as well as create a stream of revenue for his business. Based on these facts, it is purely speculative to conclude that Mr. Trimis intended for Beneficial Bank to lose the funded and unfunded monies.

As previously stated, Mr. Trimis and the Government have agreed that the loss amount is between $2,500,000 and $9,500,000 resulting in a base level increase of 18. In fact, Beneficial Bank has reported an actual loss of $7,423,667 which is within the range contemplated by the Plea Agreement. Plea Agreement ¶ 36.   Given the specific facts of this case, it is impossible to know how much Mr. Trimis intended for Beneficial Bank to lose, therefore the actual loss amount must be relied upon.

## PROBATION ERRED WHEN IT ADDED TWO LEVELS FOR MR. TRIMIS'S ROLE IN THE OFFENSE FOR BEING AN ORGANIZER, LEADER, MANAGER, OR SUPERVISOR.

In the Offense Level Computation calculated by Probation, a two level increase has been added for Mr. Trimis's allegedly being the organizer, leader, manager, or supervisor of criminal activity pursuant to USSG § 3B1.1(c).  The Plea Agreement does not include an increase for this

factor, and refers to others involved as "co-schemers" which does not indicate whether his role was more substantial than anyone else's. Plea Agreement ¶ 9(b). In fact, Mr. Trimis and Ms. Philippopoulos worked together in submitting fraudulent records to Beneficial Bank, however, Probation has chosen to overlook the involvement and culpability of Ms. Philippopoulos.

In order for USSG § 3B1.1(c) to apply, the crime must have more than one participant and the defendant must have directed another. *See United States v. Katora*, 981 F.2d 1398, 1402-03 (3d Cir. 1992).   In this case, Mr. Trimis is alleged to have worked with Angelica Philippopoulos, however, there has been no allegation that Mr. Trimis was the organizer of the scheme or that he managed her. None of the allegations indicate that one worked at the direction of the other, or that one had a bigger role than the other. Each party conducted their efforts jointly.

In *United States v. Fuller*, 897 F.2d 1217 (1st Cir. 1990), the First Circuit examined how the courts should address the requirement that the defendant managed others, and determined that in order for §3B1.1 to apply a defendant "must have exercised some degree of control over others involved in the commission of the offense or he must have been responsible for organizing others for the purpose of carrying out the crime. This requirement is implicit in the terms 'organizer, leader, manager, or supervisor,' each of which suggests the presence of underlings or subordinates." This application was adopted by the Third Circuit in *United States v. Fuentes*, 954 F.2d. 151, 154 (3d Cir. 1992).

In this case, Probation has focused its attention on Mr. Trimis and has chosen to completely overlook Ms. Philippopoulos's involvement.  She was the personal guarantor of the loan, and was the Chief Executive Officer and President of Dysart. PSR ¶14. She also took part in the meetings with bank loan officers and executives during which the terms of the loan were

discussed. PSR ¶*14*. In addition, her resume stated that she founded Dysart Ventures, Inc. and that she was the company's President and CEO, and that she handled the company's day-to-day operations. PSR ¶16. Also, it was Mr. Philipoppoulos, not Mr. Trimis, who signed the loan application.

Probation alleges that Mr. Philopoppoulos only "pretended" to be the Chief Executive Officer, and that Mr. Trimis was not Vice President but was actually in charge. Probation has nothing to support these allegations. A business is able to change a person's job title and job description at any time. Also, the job title does not take away from the fact that Ms. Philipoppoulos played an active role in obtaining the mortgage and was the one who signed the loan paperwork.

During the loan process, Philippopoulos also took part in other culpable activities. For instance, she and Mr. Trimis both provided fraudulent financial documents to the Beneficial Bank senior loan committee. PSR ¶18. Among these documents were fraudulent documents that indicated Ms. Philippopoulos had a strong liquid net worth. Additionally, once the loan was approved, the commitment letter for the loan was signed by Philippopoulos, not Mr. Trimis. PSR ¶19. Also, in order to satisfy the collateral requirement for the loan, it was Philippopoulos who received a $750,000 wire transfer from Spalding International S.A. PSR ¶19.

For Probation to allege that Mr. Trimis orchestrated the scheme to obtain the loan himself and that Ms. Philipoppoulos played an inferior role is a totally meritless allegation. Philippopoulos played an essential role is defrauding the bank to lend the pair the money. She personally signed documents to obtain the loan, as well as guaranteed the loan personally. These are facts that Probation has overlooked in trying to make Mr. Trimis seem like he worked alone.

Probation misstates the terms of the loan in PSR ¶ 20 of the Presentence Investigation
Report. In order to obtain further financing, Mr. Trimis and Ms. Philipoppoulos had to show
documents to prove that construction work was being completed. It was not until Mr. Trimis
requested the last installment that any financing was denied, and this was due to not having
leases signed. However, Mr. Trimis did provide to Beneficial Bank real leases that he was in the
process of negotiating.

Also during the course of the loan, it is alleged that on December 18, 2009 Mr. Trimis
provided fake income tax returns for 2007 and 2008 for Philipoppoulos and Dysart.PSR ¶ ¶21-
22. Ms. Philippopoulos provided these documents to Mr. Trimis. It is true that Mr. Trimis was
the individual who actually handed the folder with the papers to the bank, but it was with
Philipoppoulos's full knowledge that he was submitting the false documents that she provided.

Probation also alleges that on January 7, 2011, Mr. Trimis provided Beneficial with a
Philipoppoulos's financial statement, bank statements, and brokerage statements, all which
overstated her net worth.PSR ¶¶ 23-24. Again, Mr. Trimis was the person who dealt personally
with the bank and handed the information to them, but these were Philipoppoulos's documents
and she was aware that he was submitting them.

Additionally, Ms. Philippopoulos used the funds for her own benefit. For instance, the
$800,000 of GMR stock purchased on November 2, 2010 was purchased using a TD Ameritrade
account in her name. To the best of Mr. Trimis's knowledge, after the stock lost value and was
sold, the money was never funded back to Dysart, and stayed in her TD Ameritrade account.

Again, to reiterate, Mr. Trimis acknowledges that he did not act alone in this scheme;
however, it is a completely unsupported claim by Probation to suggest that he directed or

somehow managed Philippopoulos. She played a pivotal role in their scheme, and despite having

different roles, she was no less responsible than Mr. Trimis.

## PROBATION MISTAKENLY INCREASED THE BASE LEVEL BY TWO POINTS FOR OBSTRUCTION OF JUSTICE BASED ON THE UNSUPPORTED ALLEGATION THAT MR. TRIMIS HAS HIDDEN ASSETS ABROAD.

Probation has recommended that two levels be added due to an allegation that Mr. Trimis

has provided materially false information regarding his financial condition and ability to pay

restitution. This allegation is based on Mr. Trimis having an international source wire money to

his checking account on March 16, 2016, and then again on June 16, 2016, for everyday living.

The Third Circuit has held that "a sentencing court considering an adjustment of the

offense level need only base its determination on the preponderance of the evidence with which

it is presented." *United States v. McDowell*, 888 F.2d 285, 291 (3d Cir. 1989). Because the

government is the party seeking to upwardly adjust Mr. Trimis, the government bears the burden

of proving by a preponderance of the evidence that the defendant willfully obstructed or

impeded, or willfully attempted to obstruct or impede, the administration of justice. *See United

States v. Belletiere*, 971 F.2d 961, 965 (3d Cir.1992).

The allegations in no way prove that Mr. Trimis willfully understated his financial

condition. When Mr. Trimis became entangled in his legal troubles, friends and family of his

quickly came to his aid to provide support. It has been represented that a friend of his in Greece,

Efstathia Koulouthros, helped Mr. Trimis by providing him the money he needed to make bail.

Probation has portrayed Mr. Trimis as living a life of luxury since his arrest, living off of

the foreign assets he has hidden overseas. Mr. Trimis has in no way been living a life of luxury

as the Presentence Investigation Report attempts to portray.

Mr. Trimis was employed making between $105,000 and $150,000 a year, depending on the commissions of that particular year. *See* Exhibit D.  This allowed Mr. Trimis to barely afford a modest lifestyle. And depending on the timing of Mr. Trimis's commissions, there were times when he went without income for weeks. During this period, Mr. Trimis was not even able to afford the rent for the studio he moved into in May 2015. In fact, he was evicted and a civil law suit was filed against him by the building's management company on February 11, 2016. PSR ¶70. He then moved into another studio which cost less per month.

Probation alleges that Mr. Trimis has a pattern of allowing his checking account balance to get very low, and then "refreshes the account with a wire transfer from an unidentified foreign source."PSR ¶ 37. Probation only identifies two wire transfers over the last two years. One on March 16, 2016, and another on June 10, 2016. Both of these transfers came from his friend, Efstathia Koulouthros, who was wiring Mr. Trimis money from his family. *See* Exhibit E. Had funds been as accessible to Mr. Trimis as Probation alleges, surely Mr. Trimis would have continued to pay his rent instead of allowing himself to be more than $9,000 in arrears. It was not until Mr. Trimis was desperate that he reached out to his friends and family overseas for help.

Probation makes mention of assets that allegedly went missing, including stock of GMR and an apartment in New York City. None of the GMR is owned by Mr. Trimis. The $1,000,000 worth of stock purchased on November 17, 2010 was for Mr. Trimis's friend in Greece, Efstathia Koulouthros.  In fact, on December 3, 2012, there is a $1,000,0000 transfer into Mr. Trimis's account from Vytina Navigaton, LTC,  a Greek company, reimbursing Mr. Trimis for the money he had laid out. *See* Exhibit A.

The $800,000 worth of GMR stock purchased on November 2, 2010 with funds from Beneficial Bank were purchased utilizing a TD Ameritrade account in Angelica Philipoppolous's

name which Mr. Trimis never had any control over. To Mr. Trimis's knowledge, the stock lost significant value after it was purchased by Philipoppoulous, and was sold and deposited into her personal account. Mr. Trimis does not have access or control over these funds.

Also, Probation notes an apartment located at located at 200 E. 61st Street, Apt. 23B, New York, NY 10065. This property was purchased by Savoy Enterprises, Inc., on June 29, 2011. *See* Exhibits B and G. Mr. Trimis does not have any ownership stake in Savoy Enterprises. *See* Exhibit G. It is owned by his friend Efstathia Koulouthros and Mr. Trimis was only helping her to buy an apartment in New York. The funds for the purchase of the apartment were wired to the Dysart TD account from Savoy Enterprise's Eurobank account on June 29, 2011, the day of the sale. *See* Exhibit B and G. Angelica Philipoppoulos acted as a registered agent, the way an attorney or any representative would.

As mentioned above, a forensic accountant has examined the finances of Dysart Ventures, Inc. and Wilson Development Associates, LLC. *See* Exhibit C. A complete accounting of the funds provided by Beneficial Bank which explained what the money was spent on has has been completed and also provided to Probation. Additionally, Mr. Trimis has resolved any misunderstandings regarding the location of funds which Probation felt may still be under his control.

Probation has provided no evidence to support its claim that Mr. Trimis has provided false information in order to obstruct or impede the administration of justice, other than to assume that any funds he has received must be from assets he has hidden overseas. This is a completely meritless claim. As shown above, Mr. Trimis does not possess any hidden assets, and in fact has been in financial straits which caused him to be evicted from his apartment and seek help from his friend in Greece.

## PROBATION HAS ERRONEOUSLY DENIED MR. TRIMIS A THREE POINT DECREASE FOR HIS ACCEPTANCE OF RESPONSIBILITY ENTERING A PLEA OF GUILTY EARLY IN THE PROSECUTION.

Probation has also determined that Mr. Trimis is not entitled to the three-level decrease that he and the Government stipulated to for his guilty plea and early admission of guilty. Probation made this determination based on a failure of Mr. Trimis to document his financial resources, and Mr. Trimis not providing his tax returns for 2014 and 2015.

Aside from the Government already stipulating and agreeing that Mr. Trimis is entitled to this decrease, Probation is again basing its reasoning on Mr. Trimis's foreign money sources. As already stated above, Mr. Trimis has no hidden assets overseas and has been relying on the help of a friend. Additionally, Mr. Trimis and the Government stipulated that Mr. Trimis would get credit for accepting responsibility, and that he would get an extra one level reduction for the early entry of his plea. *See* Plea Agreement ¶¶9(e) and (f).

Also, Probation stated that Mr. Trimis did not disclose his tax returns for 2014 and 2015. Mr. Trimis had been granted extensions to file his taxes for those years and had not yet filed those taxes. *See* Exhibit F.

In order to qualify for the acceptance of responsibility decrease pursuant to § 3E1.1(a), the defendant must have clearly accepted responsibility. Probation has not stated one way in which Mr. Trimis has failed to accept responsibility. In fact, by accepting responsibility early on, the Government agreed and stipulated to an extra one level decrease pursuant to § 3E1.1(b).

Probation has cited USSG § 3E1.1, Application Note 4, which states that "conduct resulting in an enhancement under USSG § 3C1.1 ordinarily indicates that the defendant has not

accepted responsibility for his criminal conduct." This is an overly generalized statement that cannot be applied to the current case.

USSG § 3C1.1 provides an enhancement for obstruction of justice during the investigation, prosecution, or sentencing phases of a case. Obviously a defendant who obstructs justice during the investigation or prosecution phases of his case has not accepted responsibility. Examples of this are tampering with evidence and witness intimidation. In those types of cases, a defendant has not accepted responsibility and clearly obstructed justice in order to avoid conviction.

In the instant case, any allegation that Mr. Trimis obstructed justice does not diminish the fact that he accepted responsibility for his actions. He voluntarily entered a plea of guilty early in the prosecution showing his desire to accept responsibility for his action, and is entitled to the stipulated three point decrease for doing so.

## CONCLUSION

For the reasons set forth above, the sentencing recommendations by Probation are unwarranted, and this Court should follow the sentence agreed up in the Plea Agreement.

Respectfully Submitted,
THE ANTHONY POPE LAW FIRM, P.C.

ANTHONY POPE, ESQ.

AP/ewf

# EXHIBIT A

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DYSART VENTURES INC

Page:                           5 of  12
Statement Period: Nov 01 2010-Nov 30 2010
Cust Ref #:        7915513837-720-E-***
Primary Account #:

## ACCOUNT ACTIVITY

### Transactions by Date (continued)

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|
| 11/16 | DDA WITHDRAW | 202.00 | | 1,542,098.95 |
| | AUT 111610 DDA WITHDRAW | | | |
| | 57TH LEXINGTON    NEW YORK    * NY | | | |
| | 4085404001581911 | | | |
| 11/16 | DDA WITHDRAW | 122.00 | | 1,541,976.95 |
| | AUT 111610 DDA WITHDRAW | | | |
| | 1130 FIRST AVE  US    NEW YORK    * NY | | | |
| | 4085404001581911 | | | |
| 11/16 | DDA WITHDRAW | 42.00 | | 1,541,934.95 |
| | AUT 111610 DDA WITHDRAW | | | |
| | 1130 FIRST AVE  US    NEW YORK    * NY | | | |
| | 4085404001581911 | | | |
| 11/16 | DDA WITHDRAW | 22.00 | | 1,541,912.95 |
| | AUT 111610 DDA WITHDRAW | | | |
| | 1130 FIRST AVE  US    NEW YORK    * NY | | | |
| | 4085404001581911 | | | |
| 11/17 | WIRE TRANSFER OUTGOING | 1,000,000.00 | | 541,912.95 |
| | Td Ameritrade Inc | | | |
| 11/17 | Check #3252 | 253.00 | | 541,659.95 |
| 11/17 | WIRE TRANSFER FEE | 15.00 | | 541,644.95 |
| 11/18 | WIRE TRANSFER OUTGOING | 10,000.00 | | 531,644.95 |
| | ALSPA CONSULTING CORP. | | | |
| 11/18 | DDA PURCHASE | 221.63 | | 531,423.32 |
| | AUT 111810 DDA PURCHASE | | | |
| | DUANE READE INC    NEW YORK    * NY | | | |
| | 4085404001581911 | | | |
| 11/18 | DDA PURCHASE | 167.00 | | 531,256.32 |
| | AUT 111810 DDA PURCHASE | | | |
| | BLOOMYS   001    NEW YORK    * NY | | | |
| | 4085404001581911 | | | |
| 11/18 | WIRE TRANSFER FEE | 15.00 | | 531,241.32 |
| 11/19 | WIRE TRANSFER OUTGOING | 10,000.00 | | 521,241.32 |
| | LEADERSHIP 100 ENDOWMENT FUND | | | |
| 11/19 | WIRE TRANSFER OUTGOING | 1,346.15 | | 519,895.17 |
| | TORRES, MARISOL | | | |
| 11/19 | WIRE TRANSFER OUTGOING | 1,200.00 | | 518,695.17 |
| | NARKIEWICZ, RICHARD J | | | |
| 11/19 | WIRE TRANSFER OUTGOING | 700.00 | | 517,995.17 |
| | DEBORA N GONCALVES | | | |

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED        ©        WWW.TDBANK.COM



 **Bank**

America's Most Convenient Bank®

E

**STATEMENT OF ACCOUNT**

DYSART VENTURES INC

| | |
|---|---|
| Page: | 1 of 14 |
| Statement Period: | Dec 01 2010-Dec 31 2010 |
| Cust Ref #: | 7915513837-720-E-*** |
| Primary Account #: | |

## Business Convenience Checking

DYSART VENTURES INC

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Statement Balance as of 12/01 | | | 423,990.77 |
| Plus | 7 | Deposits and Other Credits | 1,003,256.03 |
| Less | 143 | Checks and Other Debits | 456,743.76 |
| Statement Balance as of 12/31 | | | 970,503.04 |

### ACCOUNT ACTIVITY

**Transactions by Date**

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|
| 12/1 | WIRE TRANSFER OUTGOING | 10,000.00 | | 413,990.77 |
| | NEW NOVA CONSTRUCTION INC. | | | |
| 12/1 | ELECTRONIC PMT-WEB | 83,644.47 | | 330,346.30 |
| | AMERICAN EXPRESS ELEC REMIT 101130052397831 | | | |
| 12/1 | ACH DEBIT | 9,883.50 | | 320,462.80 |
| | AMER EXPRESS-FES CASH TRANS 010334028D05361 | | | |
| 12/1 | ACH DEBIT | 5,686.55 | | 314,776.25 |
| | AMER EXPRESS-FES CASH TRANS 010334028D05357 | | | |
| 12/1 | ACH DEBIT | 5,278.20 | | 309,498.05 |
| | AMER EXPRESS-FES CASH TRANS 010334028D05362 | | | |
| 12/1 | WIRE TRANSFER FEE | 15.00 | | 309,483.05 |
| 12/2 | ELECTRONIC PMT-WEB | 653.82 | | 308,829.23 |
| | mbfs.com    Web Pay   0007002485542 | | | |
| 12/2 | DDA WITHDRAW | 122.00 | | 308,707.23 |
| | AUT 120210 DDA WITHDRAW | | | |
| | 1130 FIRST AVE    US     NEW YORK    * NY | | | |
| | 4085404001581911 | | | |
| 12/3 | WIRE TRANSFER INCOMING | | 1,000,000.00 | 1,308,707.23 |
| | VYTINA NAVIGATION LTD. | | | |
| 12/3 | WIRE TRANSFER OUTGOING | 1,500.00 | | 1,307,207.23 |
| | NARKIEWICZ, RICHARD J | | | |
| 12/3 | WIRE TRANSFER OUTGOING | 1,346.15 | | 1,305,861.08 |
| | TORRES, MARISOL | | | |
| 12/3 | WIRE TRANSFER OUTGOING | 774.50 | | 1,305,086.58 |
| | DEBORA N GONCALVES | | | |
| 12/3 | WIRE TRANSFER OUTGOING | 750.00 | | 1,304,336.58 |
| | BURCH, CLAIRE | | | |
| 12/3 | VISA DDA PUR | 1,503.67 | | 1,302,832.91 |
| | AUT 120310 VISA DDA PUR | | | |
| | PARAGON ATHLETIC    NEW YORK    * NY | | | |
| | 4085404001581911 | | | |

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED          ©          WWW.TDBANK.COM



# EXHIBIT B

Τράπεζα Eurobank Ergasias A.E.
Οθωνος 8 105 57, Αθήνα
Τηλ.: 210 33 37 000
Fax.: 210 32 33 866, Τlx.: 210975
www.eurobank.gr   A.Φ.Μ.


Eurobank

094014250   Δ.O.Y.

Eurobank Ergasias S.A. 8,
Othonos Str. 105 57 Athens Greece
Tel.: 210 33 37 000
Fax.: 210 32 33 866, Tlx.: 210975
ΦΑΕ Αθηνών

## DEBIT ADVICE FOR OUTGOING PAYMENT ORDER
## ΑΝΑΓΓΕΛΙΑ ΧΡΕΩΣΗΣ ΓΙΑ ΕΝΤΟΛΗ ΜΕΤΑΦΟΡΑΣ ΠΙΣΤΩΣΗΣ

Παρακαλούμε σημειώσατε ότι ενεργήσαμε σήμερα τις παρακάτω εγγραφές στο λ/σμό σας.
Please note that we have passed the following entries to your account.

0026.0029.23.1200360559

| DESCRIPTION / ΑΙΤΙΟΛΟΓΙΑ | | DEBIT / ΧΡΕΩΣΗ | CREDIT / ΠΙΣΤΩΣΗ |
|---|---|---|---|
| Reference: | 0116250029X00152 | 950.000,00 USD | |
| Currency/Message Amount: | 950.000,00 USD | | |
| Exch. Rate: | 1,0000 | | |
| Beneficiary: | | | |
| DYSART VENTURES INC | | | |
| Beneficiary's Account: | | | |
| 79XXXXXXXX | | | |
| Receiving Bank: | | | |
| CITIUS33XXX | | | |
| Beneficiary's Bank: | | | |
| //FW026013673 - TD BANK 1470 SECOND AVENUE NEW YORK N Y 10021 | | | |
| Details of Payment: | | | |
| SAVOY ENTERPRISES INVESTMENT | | | |
| BOP: | «ΘΑΛΑΣΣΙΕΣ ΜΕΤΑΦΟΡΕΣ - ΛΟΙΠΕΣ ΠΑΡΕΠΟΜΕΝΕΣ ΥΠΗΡΕΣΙΕΣ | Fees: | |
| | | 32,00 USD Standard | |
| | | 3,00 USD FEES_OUR | |
| Details of Charges: | Τα τραπεζικά έξοδα να μ'επιβαρύνουν εξολοκλήρου (OUR) | | |
| TOTAL / ΣΥΝΟΛΟ | | 950.035,00 USD | |

IBAN:    GR84 0260 0290 0002 3120 0360 559
BIC:     ERBKGRAAXXX

VALUE DATE
ΤΟΚΟΦΟΡΟΣ ΗΜΕΡΟΜΗΝΙΑ          29/06/2011

TRANSACTION DATE
ΗΜΕΡΟΜΗΝΙΑ ΕΓΓΡΑΦΗΣ          29/06/2011

ΤΟ / ΠΡΟΣ:

DYSART VENTURES INC

NO SIGNATURE IS NECESSARY FOR THIS ADVICE, UNLESS IT BEARS
MANUAL ALTERATIONS.
ΤΟ ΠΑΡΟΝ ΔΕ ΧΡΕΙΑΖΕΤΑΙ ΕΞΟΥΣΙΟΔΟΤΗΜΕΝΕΣ ΥΠΟΓΡΑΦΕΣ
ΕΦΟΣΟΝ ΔΕ ΦΕΡΕΙ ΧΕΙΡΟΓΡΑΦΕΣ ΔΙΟΡΘΩΣΕΙΣ.

ΤΡΑΠΕΖΑ EUROBANK ERGASIAS A.E.
EUROBANK ERGASIAS S.A.

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DYSART VENTURES INC

Page: 16 of 18
Statement Period: Jun 01 2011-Jun 30 2011
Cust Ref #: -7915513837-720-E-***
Primary Account #: ~~701-5519897~~

## ACCOUNT ACTIVITY

### Transactions by Date (continued)

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|------|-------------|-------|--------|---------|
| 6/27 | VISA DDA PUR<br>AUT 062711 VISA DDA PUR<br>EYE SURGERY CENTER OF    NEW ROCHELLE * NY<br>4085404001581911 | 200.00 | | 24,519.50 |
| 6/27 | VISA DDA PUR<br>AUT 062711 VISA DDA PUR<br>TRANS AMERICA TRANSPORT   631 7712033  * NY<br>4085404001581911 | 168.56 | | 24,350.94 |
| 6/27 | VISA DDA PUR<br>AUT 062711 VISA DDA PUR<br>DELIVERY COM LLC    212 2947700  * NY<br>4085404001581911 | 49.64 | | 24,301.30 |
| 6/27 | VISA DDA PUR<br>AUT 062711 VISA DDA PUR<br>SEAMLESSWEB    800 905 9322  * NY<br>4085404001581911 | 35.47 | | 24,265.83 |
| 6/28 | DEBIT | 1,500.00 | | 22,765.83 |
| 6/28 | VISA DDA PUR<br>AUT 062811 VISA DDA PUR<br>COSMOTE SHOP GLYFADAS    GLYFADA    G RC<br>4085404001581911 | 759.47 | | 22,006.36 |
| 6/28 | VISA DDA PUR<br>AUT 062811 VISA DDA PUR<br>NEX SOBAKAWA PILLOW    800 554 5925 * CT<br>4085404001581911 | 105.88 | | 21,900.48 |
| 6/28 | VISA DDA PUR<br>AUT 062811 VISA DDA PUR<br>ASTIR BEACH         BOULIAGMENH  G RC<br>4085404001581911 | 39.86 | | 21,860.62 |
| 6/28 | VISA DDA PUR<br>AUT 062811 VISA DDA PUR<br>ASTIR BEACH         BOULIAGMENH  G RC<br>4085404001581911 | 14.24 | | 21,846.38 |
| 6/29 | WIRE TRANSFER INCOMING<br>VYTINA NAVIGATION LTD. | | 950,000.00 | 971,846.38 |
| 6/29 | DEPOSIT | | 42.00 | 971,888.38 |
| 6/29 | VISA DDA PUR<br>AUT 062911 VISA DDA PUR<br>MWW MONSTER COM    800 MONSTER  * MA<br>4085404001581911 | 450.00 | | 971,438.38 |

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED          ©          WWW.TDBANK.COM 

# EXHIBIT C

# RUBINO & COMPANY
## Certified Public Accountants
### A Professional Corporation

100 Village Court•Hazlet, NJ 07730-1546
(732) 335-4407•Fax (732) 335-4417
www.rubinofinancial.net

August 16, 2016

Anthony J. Pope, Esq.
**The Anthony Pope Law Firm**
60 Park Place, Suite 703
Newark, New Jersey 07102

Dear Mr. Pope:

We have been engaged to prepare an analysis of the Net Cash Flows for the period from January 1, 2007 to December 31, 2012, as it pertains to the Wilson Project - Camden, New Jersey on behalf of George Trimis (an individual), Wilson Development Associates, LLC and Dysart Ventures, Inc. ("Group").

The documents used to obtain the information as reported in our Net Cash Flow Analysis, for the periods identified above, are as follows:

- Bank Statements for Wilson Development Associates, LLC.
- Bank Statements for Dysart, Inc.
- Group prepared General Ledgers for Wilson Development Associates, LLC.
- Group prepared General Ledgers for Dysart Ventures, Inc.
- Group prepared Profit and Loss Statements for Wilson Development Associates, LLC.
- Group prepared Profit and Loss Statements for Dysart, Inc.
- Group prepared Balance Sheets for Wilson Development Associates ,LLC.
- Group prepared Balance Sheets for Dysart, Inc.
- Original Purchase of Building Documentation
- Documentation accounting for the Loan Proceeds received from Beneficial Bank
- Other documents as deemed necessary

Anthony J. Pope, Esq.
**The Anthony Pope Law Firm**
August 16, 2016
Page Two

A summary of the attached "Analysis of Cash Flows for the period January 1, 2007 to December 31, 2012" is as follows:

Sources of Funding

- Total funds contributed by the "Group" was **$3,252,259.**
- Total funds contributed in the form of Loans from Beneficial Bank was **$11,362,030.**

- **Total identified cash funded for the project was $14,614,289**

Uses of Funding

- The purchase price of the building and other costs and reserves was **$5,208,334.**
- Building rehabilitation costs paid by Dysart, Inc. was **$2,197,830.**
- Building rehabilitation costs paid by Wilson Development· Associates, LLC was **$4,590,954.**

- **Total identified cash disbursed for the project was $11,997,118.**

**The identified Net Group Loss for the Project was ($635,088).**

CONCLUSION

Based upon the documentation reviewed and analyzed as identified above, we conclude that the attached "Analysis of Cash Flows for the period January 1, 2007 to December 31, 2012" reasonably reflects the dollar amounts as prepared on such report.

Very truly yours,

Frank Rubino, MBA
Certified Public Accountant

RUBINO & COMPANY · Certified Public Accountants

George Trimis
**Wilson Development Associates LLC**
Dysart Ventures Inc
Wilson Project, Camden, NJ

Analysis of Cash Flows for the period
January 1, 2007 to December 31, 2012

**Sources of Funding:**

| | | |
|---|---|---:|
| **Dysart** | | |
| | Building down payment | $    250,000 |
| | Cash paid at closing | 1,708,334 |
| | Additional interest reserve | 100,000 |
| | Second reserve account | 750,000 |
| | Wilson bank account initial deposit | 14,500 |
| | Wilson building rental income | 388,761 |
| | Interest income on reserve deposits | 40,664 |
| | Total Dysart | 3,252,259 |
| **Benficial Bank** | | |
| | Beneficial loan drawdowns | 11,362,030 |
| | Total Beneficial Bank | 11,362,030 |
| **Total Cash Funded** | | 14,614,289 |

**Uses of Funding:**

| | | |
|---|---|---:|
| **Purchase of Building & Reserves** | | |
| | Building land and closing costs | 3,877,422 |
| | Expenses of purchase | 30,912 |
| | Interest reserve | 550,000 |
| | Second reserve account | 750,000 |
| | Total purchase of building & reserves | 5,208,334 |
| **Wilson Costs on Dysart Books** | | |
| | Expenses | 29,709 |
| | Professional fees | 197,747 |
| | Subcontractors & materials | 115,364 |
| | Work in progress | 1,705,342 |
| | Due to/from Wilson - other | 149,668 |
| | Total Wilson costs on Dysart books | 2,197,830 |
| **Wilson Costs on Wilson Books** | | |
| | Legal fees | 150,583 |
| | Wilson building improvements | 5,928,026 |
| | Work in progress paid by Dysart | (1,545,864) |
| | Computer equipment | 10,066 |
| | Furniture and equipment | 34,382 |
| | Net cash expenses from P&L | 448,703 |
| | Interest income used for loan paydown | 25,690 |
| | Interest reserve expensed and capitalized | (460,631) |
| | Total Wilson costs on Wilson books | 4,590,954 |
| **Total Cash Disbursed** | | 11,997,118 |

| | |
|---|---:|
| **Net Cash Remaining** | 2,617,171 |
| **Cash Provided by Dysart** | 3,252,259 |
| **Dysart Loss on Wilson Project** | $    (635,088) |

Settlement Statement

U.S. Department of Housing
and Urban Development

OMB. No. 2502-0265

| | | | |
|---|---|---|---|
| PE OF LOAN | | | |
| ..A    2.☐FmHA    3.☐ Conv. Unins. | 6. File Number:  CAm-7484-08 | 7. Loan Number: | 8. Mortgage Insurance Case Number: |
| ₄.☐ VA    5.☐Conv. Ins. | | | |

C. NOTE:   This form is furnished to give you a statement of actual settlement costs.  Amounts paid to and by the settlement agent are shown.  Items marked "(p.o.c)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower | E. Name & Address of Seller | F. Name & Address of Lender |
|---|---|---|
| Wilson Development Associates, LLC c/o Dysart Ventures, Inc. 115 E. 57th Street, 11th Fl. New York, NY | Steven Rubin Exe. of the The Estate of Milton Rubin & Paul Rosenberg, Exe. of The Estate of Eileen Berman 600 S. White Horse Pike | Beneficial Mutual Savings Bank 530 Walnut Street Philadelphia, PA 19106 |

| G. Property Location: | H. Settlement Agent: LT National Title Services | |
|---|---|---|
| The Wilson Building 430 North Broadway Camden, NJ | Place of Settlement LT National Title Services 89 Hudson St., 4th Fl. Hoboken, NJ  07030 | I. Settlement Date: September 18, 2008 |

| J.  Summary of Borrower's Transaction | | K.  Summary of Seller's Transaction | |
|---|---|---|---|
| 100.  Gross Amount Due From Borrower: | | 400.  Gross Amount Due to Seller | |
| 101.  Contract sales price | $3,500,000.00 | 401.  Contract sales price | $3,500,000.00 |
| 102.  Personal property | | 402.  Personal property | |
| 103.  Settlement charges to borrower (line 1400) | $10,833,024.43 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106.  City/town taxes   9/18/08   to   9/30/08 | $309.52 | 406.  City/town taxes  9/18/08   to    9/30/08 | $309.52 |
| 107.  County taxes   to | | 407.  County taxes   to | |
| 108.  Assessments   to | | 408.  Assessments   to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120.  Gross Amt. Due From Borrower | $14,333,333.95 | 420.  Gross Amount Due To Seller | $3,500,309.52 |
| 200.  Amounts Paid By or In Behalf of Borrower: | | 500.  Reductions In Amount Due To Seller | |
| 201.  Deposit of earnest money | $250,000.00 | 501.  Excess deposit (see instructions) | $250,000.00 |
| 202.  Principal amount of new loan(s) | $12,375,000.00 | 502.  Settlement charges to seller (line 1400) | $96,200.00 |
| 203.  Existing loan(s) taken subject to | | 503.  Existing loan(s) taken subject to | |
| 204. | | 504.  Payoff of first mortgage loan | |
| 205. | | 505.  Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by Seller | | Adjustments for items unpaid by Seller | |
| 210.  City/town taxes   to | | 510.  City/town taxes   to | |
| 211.  County taxes   to | | 511.  County taxes   to | |
| 212.  Assessments   to | | 512.  Assessments   to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220.  Total Paid By/For Borrower | $12,625,000.00 | 520.  Total Reduction Amount Due Seller | $346,200.00 |
| 300.  Cash At Settlement From/To Borrower | | 600.  Cash At Settlement To/From Seller | |
| 301.  Gross amount due from Borrower (line 120) | $14,333,333.95 | 601.  Gross amount due to Seller (line 420) | $3,500,309.52 |
| 302.  Less amounts paid by/for Borrower (line 220) | ($12,625,000.00) | 602.  Less reduction in amount due Seller (line 520) | ($346,200.00) |
| 303.  Cash  ☒ From  ☐To Borrower | $1,708,333.95 | 603.  Cash  ☒ To  ☐ From Seller | $3,154,109.52 |

SUBSTITUTE FORM 1099 SELLER STATEMENT

The information contained in Blocks E, G, H and I and on line 401 (or, if line 401 is asterisked, lines 403 and 404) is important tax information and is being furnished to the Internal Revenue Service.  If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.  SELLER:  If this real estate is your principal residence, file appropriate form, for any gain, with your income tax return; for other transactions, complete the applicable parts of Form 4797, Form 6252 and/or Schedule D (Form 1040).  You are required to provide the Settlement Agent (named "H" above) with your correct taxpayer identification number.  If you do not provide the Settlement Agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law.  Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

_____
(Seller's Signature) and Date

_____
(Seller's Signature) and Date

1401 - HUD-1 Settlement Statement
Rev. 1259   P8/07

Powered by
HotDocs®

Printed by ALL-STATE LEGAL®
A Division of ALL-STATE International, Inc.
www.aslegal.com   800.222.0510

1719700.71  on  9/17/08.

1373

HUD-1 Part 1 SETTLEMENT STATEMENT—1974

ALL-STATE LEGAL, A Division of ALL-STATE International Inc. www.aslegal.com 800/222-0510

## L. SETTLEMENT CHARGES

| | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $ @ %= | | | | |
| Division of Commission (line 700) as follows: | | | | |
| 701. $ | to | | | |
| 702. $ | to | | | |
| 703. Commission paid at Settlement | | | | |
| 704. Jacqueline Moss (Independent Broker) | | | | $62,500.00 |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | | |
| 801. Loan Origination Fee 0.75 % to Beneficial Mutual | | | $92,812.00 | |
| 802. Loan Discount % | | | | |
| 803. Appraisal Fee to | | | | |
| 804. Credit Report to | | | | |
| 805. Lender's Inspection Fee | | | | |
| 806. Mortgage Insurance Application Fee to | | | | |
| 807. Assumption Fee | | | | |
| 808. Broker Fee to Frankel Financial | | | $185,625.00 | |
| 809. Securities Plege to Beneficial Mutual | POC $750,000.00 | | | |
| 810. HoldBack for Future Advances | | | $9,975,000.00 | |
| 811. | | | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | | |
| 901. Interest from 9/18/08 to 10/1/08 @ $333.33 /day | | | $4,333.33 | |
| 902. Mortgage Insurance Premium for months to | | | | |
| 903. Hazard Insurance Premium for 1 years to Builders Risk to John H. Gilliam Agency | | | $24,103.97 | |
| 904. Flood Insurance Premium for years to | | | | |
| 905. 2008 4th Tax Escrow | | | $2,165.38 | |
| 1000. RESERVES DEPOSITED WITH LENDER | | | | |
| 1001. Hazard Insurance | months @ $ | per month | $0.00 | |
| 1002. Mortgage Insurance | months @ $ | per month | $0.00 | |
| 1003. City property taxes | months @ $ | per month | $0.00 | |
| 1004. County property taxes | months @ $ | per month | $0.00 | |
| 1005. Annual Assessments | months @ $ | per month | $0.00 | |
| 1006. Flood Insurance | months @ $ | per month | $0.00 | |
| 1007. Interest Reserve to Beneficial Mutual | | | $450,000.00 | |
| 1008. | | | | |
| 1100. TITLE CHARGES | | | | |
| 1101. Settlement or closing fee. to LT National | | | $800.00 | |
| 1102. Abstract or title search to | | | | |
| 1103. Title examination to | | | | |
| 1104. Title insurance binder to | | | | |
| 1105. Document preparation to LT National | | | | $150.00 |
| 1106. Notary fees to | | | | |
| 1107. Attorney's fees to Malcolm R. Rosenberg, Esq. | | | $8,000.00 | |
| (includes above items numbers: ) | | | | |
| 1108. Title Insurance to LT National Title | | | $23,369.74 | |
| (includes above items numbers: 1102, 1103, 1104 & 1105 ) | | | | |
| 1109. Lender's coverage $ 12,375,000.00 | | | | |
| 1110. Owner's coverage $ 3,600,000.00 | | | | |
| 1111. | | | | |
| 1112. | | | | |
| 1113. Notice of Settlement Filing & Handling Fee to LT National | | | $60.00 | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | | |
| 1201. Recording fees: Deed $ 100.00 ; Mortgage $ 550.00 ; Releases $ 225.00 | | | $650.00 | $225.00 |
| 1202. City/county tax/stamps Deed $ ; Mortgage $ | | | | $0.00 |
| 1203. State tax/stamps Deed $ 39,825.00 ; Mortgage $ | | | | $39,825.00 |
| 1204. Mansion Tax | | | $35,000.00 | |
| 1205. Overnight Courier Fee to LT National | | | $100.00 | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | | |
| 1301. Survey to TEI Consulting Engineers, Inc. | | | $7,900.00 | |
| 1302. Pest Inspection to | | | | |
| 1303. Legal Fees to Stradley Ronon, Stevens & Young, LLP | | | $23,000.00 | |
| 1304. State/County UCC Filing Fees to LT National | | | $125.00 | |
| 1305. Environmental Report Fee to ePhase | POC $2,150.00 | | | |
| 1306. Legal Fees to David Anderson | | | | $3,500.00 |
| 1307. | | | | |
| 1400. TOTAL SETTLEMENT CHARGES (enter on lines 103, Section J and 502, Section K) | | | $10,833,024.43 | $96,200.00 |

## CERTIFICATION

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Dated 9/18/08 _____    Dated 9/18/08 _____
Steven Rubin, Exec of the Estate of Milton Rubin    Wilson Development Associates, LLC
                                        Borrower

Dated 9/18/08 _____    Dated _____
Paul Rosenberg, Exec of the Estate of Ellen Berman    Borrower

To the best of my knowledge the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

Dated September 18, 2008 _____
LT National Title Services    Settlement Agent

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

Page 2

| | 11:45 AM | | | | | Wilson Development Associates LLC | | | |
| | 06/13/16 | | | | | General Journal Transaction | | | |
| | Accrual Basis | | | | | September 18, 2008 | | | |

| Num | Adj | Name | Memo | Account | Class | Debit | Credit |
|------|-----|------|------|---------|-------|-------|--------|
| 20 AD... | | | To record bld... | Building | | 3,127,421.74 | |
| | | | To record bld... | Land | | 750,000.00 | |
| | | | To record bld... | Interest Expense | | 4,333.33 | |
| | | | To record bld... | Insurance | | 24,103.97 | |
| | | | To record bld... | Escrow Deposit | | 2,165.39 | |
| | | | To record bld... | Beneficial Note Pay... | | 9,975,000.00 | |
| | | | To record bld... | Beneficial Int Res #0... | | 450,000.00 | |
| | | | To record bld... | Local | | 309.52 | |
| | | | To record bld... | Beneficial Note Pay... | | | 12,375,000.00 |
| | | | To record bld... | Paid In Capital | | | 1,708,333.95 |
| | | | To record bld... | Advances from Dysart | | | 250,000.00 |
| | | | | | | 14,333,333.95 | 14,333,333.95 |
| TOTAL | | | | | | 14,333,333.95 | 14,333,333.95 |

*Building, Land,*
*closing costs*

Page 1



Check 0, $3,222.68  Date Presented 03/14/2007

Check 2449, $1,086.00  Date Presented 03/19/2007

Check 2451, $2,624.98  Date Presented 03/13/2007

Check 2452, $800.00  Date Presented 03/13/2007

Check 2479, $300.00  Date Presented 03/05/2007

Check 2490, $100,000.00  Date Presented 03/16/2007

Check 2491, $300.00  Date Presented 03/14/2007

Check 2492, $1,000.00  Date Presented 03/16/2007

Check 2493, $300.00  Date Presented 03/30/2007

Check 2494, $1,560.00  Date Presented 03/13/2007



**Commerce Bank**

013602INY5N00000566

Check 0,  $12,543.86  Date Presented 07/25/2007

Check 0,  $13,716.90  Date Presented 07/23/2007

Check 0,  $8,241.42  Date Presented 07/06/2007



Check 2457,  $150,000.00  Date Presented 07/19/2007

Check 2458,  $356.16  Date Presented 07/31/2007



Check 2549,  $700.00  Date Presented 07/13/2007

Check 2559,  $2,000.00  Date Presented 07/16/2007

Check 2560,  $159.00  Date Presented 07/10/2007

Check 2561,  $700.00  Date Presented 07/02/2007

Check 2563,  $2,237.50  Date Presented 07/06/2007



## Transactions By Date

| Date | Description | Debit | Credit | Balance |
|------|-------------|-------|--------|---------|
| 09/10/08 | CHECK # 2941 | $1,915.82 | | $1,942,884.96 |
| 09/10/08 | CHECK # 2937 | $4,950.00 | | $1,937,934.96 |
| 09/11/08 | CKCD DEBIT 09/09 FREATTIDA TECH.IK.PEIRAIAS | $12.96 | | $1,937,922.00 |
| 09/11/08 | CKCD DEBIT 09/09 FREATTIDA TECH.IK.PEIRAIAS | $46.19 | | $1,937,875.81 |
| 09/11/08 | CKCD DEBIT 09/09 SXARA REST VOULIAGMEN | $56.05 | | $1,937,819.76 |
| 09/11/08 | CKCD DEBIT 09/09 B.P. GLIFADA | $85.90 | | $1,937,733.86 |
| 09/11/08 | CKCD DEBIT 09/10 L'ABREUVOIR ATHINA | $502.72 | | $1,937,231.14 |
| 09/11/08 | CHECK # 2938 | $336.78 | | $1,936,894.36 |
| 09/12/08 | CKCD DEBIT 09/11 FEDEX SHP 09/03/08792-102017777TN | $135.90 | | $1,936,758.46 |
| 09/15/08 | CKCD DEBIT 09/13 BroadVoice 978-4187300 MA | $30.80 | | $1,936,727.66 |
| 09/15/08 | CKCD DEBIT 09/12 D'AGOSTINO #08 NEW YORK NY | $154.05 | | $1,936,573.61 |
| 09/15/08 | CKCD DEBIT 09/12 FEDEX SHP 09/08/08798-007546189TN | $296.01 | | $1,936,277.60 |
| 09/15/08 | CHECK # 3010 | $300.00 | | $1,935,977.60 |
| 09/15/08 | CHECK # 2951 | $1,750.00 | | $1,934,227.60 |
| 09/16/08 | WTHDRL DDA 8417 09/16 13:38 VOULIAGMENI VOULIAGMENI | $681.84 | | $1,933,545.76 |
| 09/16/08 | CKCD DEBIT 09/15 PLANT WORKS 212-674-8111 NY | $297.63 | | $1,933,248.13 |
| 09/16/08 | CHECK # 2949 | $1,000.00 | | $1,932,248.13 |
| 09/17/08 | WIRE TRANSFER FEE001373 | $15.00 | | $1,932,233.13 |
| 09/17/08 | WIRE TRANSFER001373 | $1,719,700.71 | | $212,532.42 |
| 09/17/08 | CKCD DEBIT 09/16 FRANCELICO ATHINA | $141.79 | | $212,390.63 |
| 09/17/08 | CHECK # 2952 | $4,000.00 | | $208,390.63 |
| 09/18/08 | WTHDRL DDA 2778 09/18 10:47 *19TH & MARKET STREET PHILA PA | $203.00 | | $208,187.63 |
| 09/18/08 | CKCD DEBIT 09/17 PAYPAL GSMPHONES 402-935-7733 NV | $19.99 | | $208,167.64 |
| 09/18/08 | CKCD DEBIT 08/01 CHAMALIDIS DIMITRITHIRA | $171.09 | | $207,996.55 |
| 09/18/08 | CKCD DEBIT 08/01 CHAMALIDIS DIMITRITHIRA | $171.09 | | $207,825.46 |
| 09/18/08 | CHECK # 2950 | $5,729.81 | | $202,095.65 |
| 09/19/08 | WIRE TRANSFER FEE002512 | $15.00 | | $202,080.65 |

 **Beneficial** BANK    530 Walnut Street
Philadelphia, PA 19106-3696

**Value + Money Market**
Account Number: 0167600101
Statement Date: October 31, 2008
Page   1 of 1

69.1.17796 1 MB 0.369  41559D11.pd 1 of 1     017796

WILSON DEVELOPMENT ASSOCIATES LLC
115 E 57TH ST 11TH FL
NEW YORK NY 10022-2120

- For Customer Service during business
  hours call **888-742-5272** or e-mail
  us at **info@thebeneficial.com**

- For 24-hour account information call
  DirectLink at **215.864.1799** or
  **1.800.784.8490**

- For other information visit us at
  **www.thebeneficial.com**

## Account Summary

| | |
|---|---|
| Previous Statement Balance As Of 09/29/08 | .00 |
| Total Withdrawals/Charges | 4,343.33 |
| Total Deposits/Credits | 550,919.30 |
| **Ending Balance** | **546,575.97** |

## Other Transactions

| Date | Description | Deposit(+) Withdrawal(-) |
|---|---|---|
| 09/30 | Interest Payment | 24.41+ |
| 09/30 | Interest Reserve Deposit | 450,000.00+ |
| 10/08 | Wire In Ref 32 Dysart Ventures Inc | 100,000.00+ |
| 10/08 | Wire Fee | 10.00- |
| 10/09 | Wilson Development-Per S.Digan | 10.00+ |
| 10/21 | Xfer To Acct BI-150400005073 | 4,333.33- |
| 10/31 | Interest Payment | 884.89+ |

## Daily Balance

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 09/29 | .00 | 10/08 | 550,014.41 | 10/21 | 545,691.08 | 10/31 | 546,575.97 |
| 09/30 | 450,024.41 | 10/09 | 550,024.41 | | | | |

 **Beneficial** BANK

530 Walnut Street
Philadelphia, PA 19106-3696

## Bonus Money Market

Account Number: 0167000118
Statement Date: September 30, 2008
Page 1 of 1

68.1.22815 1 MB 0.369  40507D11.pcl 1 of 1       022815

Illaalladldadadldadadllaadllaullldabltlad
ANGELICA PHILIPPOPOULOS
16 BURWOOD AVE
STAMFORD CT 06902-7703

● For Customer Service during business
   hours call 888-742-5272 or e-mail
   us at info@thebeneficial.com

● For 24-hour account information call
   DirectLink at 215.864.1799 or
   1.800.784.8490

● For other information visit us at
   www.thebeneficial.com

### Account Summary

| | |
|---|---|
| Previous Statement Balance As Of 09/28/08 | .00 |
| Total Withdrawals/Charges | 10.00 |
| Total Deposits/Credits | 750,111.51 |
| Ending Balance | 750,101.51 |
| Annual Percentage Yield Earned: | 2.50% |

### Other Transactions

| Date | Description | Deposit(+)/Withdrawal(-) |
|---|---|---|
| 09/29 | Wire In Ref 22 Spalding International S.A. | 750,000.00+ |
| 09/29 | Wire Fee | 10.00- |
| 09/30 | Interest Payment | 101.51+ |
| 09/30 | Ck Deposit | 10.00+ |

### Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/28 | .00 | 09/29 | 749,990.00 | 09/30 | 750,101.51 |



**Bank**

America's Most Convenient Bank®

TD Bank, N.A.
1701 Route 70 East
Cherry Hill, New Jersey 08034-5400
1-888-751-9000

013502INN21N00000243

WILSON DEVELOPMENT ASSOCIATES LLC
130 N BROADWAY
CAMDEN NJ  08102

*We're here 7 days a week, 24 hours a day at 1-888-751-9000.*

BUSINESS CHECKING    7928435440

| | | |
|---|---|---:|
| Statement Balance as of 07/23/09 | | $0.00 |
| Plus | 5   Deposits and Other Credits | $32,375.26 |
| Less | 17   Checks and Other Debits | $28,661.51 |
| Statement Balance as of 07/31/09 | | $3,713.75 |

## Transactions By Date

| Date | Description | Debit | Credit | Balance |
|---|---|---:|---:|---:|
| 07/24/09 | BANK CREDIT | | $14,500.00 | $14,500.00 |
| 07/24/09 | DEPOSIT | | $1,188.03 | $15,688.03 |
| 07/24/09 | BANK DEBIT | $1,923.00 | | $13,765.03 |
| 07/24/09 | BANK DEBIT | $2,263.18 | | $11,501.85 |
| 07/24/09 | BANK DEBIT | $2,581.90 | | $8,919.95 |
| 07/24/09 | BANK DEBIT | $5,000.00 | | $3,919.95 |
| 07/27/09 | DEPOSIT | | $11,941.65 | $15,861.60 |
| 07/28/09 | BANK DEBIT | $4,000.00 | | $11,861.60 |
| 07/29/09 | BANK DEBIT | $5,000.00 | | $6,861.60 |
| 07/29/09 | AC-CLARKE AMERICAN -CHK ORDERS | $210.13 | | $6,651.47 |
| 07/30/09 | DEPOSIT | | $3,507.52 | $10,158.99 |
| 07/31/09 | DEPOSIT | | $1,238.06 | $11,397.05 |
| 07/31/09 | BANK DEBIT | $2,156.70 | | $9,240.35 |
| 07/31/09 | BANK DEBIT | $3,202.90 | | $6,037.45 |
| 07/31/09 | WIRE TRANSFER FEE001689 | $15.00 | | $6,022.45 |
| 07/31/09 | WIRE TRANSFER FEE001692 | $15.00 | | $6,007.45 |
| 07/31/09 | WIRE TRANSFER FEE001821 | $15.00 | | $5,992.45 |
| 07/31/09 | WIRE TRANSFER FEE001694 | $15.00 | | $5,977.45 |
| 07/31/09 | WIRE TRANSFER001692 | $300.00 | | $5,677.45 |
| 07/31/09 | WIRE TRANSFER001821 | $300.00 | | $5,377.45 |
| 07/31/09 | WIRE TRANSFER001689 | $500.00 | | $4,877.45 |
| 07/31/09 | WIRE TRANSFER001694 | $1,163.70 | | $3,713.75 |

010                     Cycle                                      Page 1 of 2

**Wilson Development Associates LLC**
# Wilson Rental Income 2008-2012
January 2008 through December 2012

Cash Basis

| Type | Date | Name | Memo | Split | Debit | Credit | Balance |
|------|------|------|------|-------|-------|--------|---------|
| **Rental** | | | | | | | |
| Stmt Charge | 12/31/2008 | PNC Bank (ATM) | October 2008 RENT | Accounts Receivable | | 1,550.00 | 1,550.00 |
| Stmt Charge | 12/31/2008 | PNC Bank (ATM) | November 2008 RENT | Accounts Receivable | | 1,550.00 | 3,100.00 |
| Stmt Charge | 12/31/2008 | PNC Bank (ATM) | December 2008 RENT | Accounts Receivable | | 1,550.00 | 4,650.00 |
| Stmt Charge | 12/31/2008 | PNC Bank (ATM) | Sept 18-31 2008 RENT | Accounts Receivable | | 620.04 | 5,270.04 |
| Stmt Charge | 12/31/2008 | AT&T | Sept 18-31 2008 RENT | Accounts Receivable | | 480.84 | 5,750.88 |
| Stmt Charge | 12/31/2008 | Cingular Wireless (AT&T) | October 2008 RENT | Accounts Receivable | | 1,238.06 | 6,988.94 |
| Stmt Charge | 12/31/2008 | AT&T | November 2008 RENT | Accounts Receivable | | 1,238.06 | 8,227.00 |
| Stmt Charge | 12/31/2008 | AT&T | December 2008 RENT | Accounts Receivable | | 1,238.06 | 9,465.06 |
| Stmt Charge | 12/31/2008 | Cingular Wireless (AT&T) | CINGULAR DECEMBER 2... | Accounts Receivable | | 3,507.52 | 12,972.58 |
| Stmt Charge | 12/31/2008 | Cingular Wireless (AT&T) | CINGULAR NOVEMBER 2... | Accounts Receivable | | 3,507.52 | 16,480.10 |
| Stmt Charge | 12/31/2008 | Cingular Wireless (AT&T) | CINGULAR OCTOBER 200... | Accounts Receivable | | 3,507.52 | 19,987.62 |
| Stmt Charge | 12/31/2008 | AT&T | CINGULAR SEPT 18-31 20... | Accounts Receivable | | 1,403.04 | 21,390.66 |
| Stmt Charge | 12/31/2008 | Sprint (Tower Economics) | Sprint Sept18th 2008- Dece... | Accounts Receivable | | 6,959.88 | 28,350.54 |
| Deposit | 06/29/2009 | Sprint (Tower Economics) | JUN 09 | WACHOVIA -1130 | | 550.00 | 28,900.54 |
| Deposit | 07/06/2009 | Sprint (Tower Economics) | APR - JUN 09 PSEG REIM... | WACHOVIA -1130 | | 4,948.82 | 33,849.16 |
| Deposit | 07/08/2009 | Sprint (Tower Economics) | JUL 06 | WACHOVIA -1130 | | 550.00 | 34,399.16 |
| Deposit | 07/08/2009 | AT&T | JUL 09 | WACHOVIA -1130 | | 2,476.12 | 36,875.28 |
| Deposit | 07/27/2009 | -MULTIPLE- | -MULTIPLE- | TD Bank ....5440 | | 11,941.05 | 48,816.33 |
| Deposit | 07/30/2009 | AT&T | AUG 09 | TD Bank ....5440 | | 3,507.52 | 52,324.45 |
| Deposit | 07/31/2009 | Cingular Wireless (AT&T) | AUG 09 | TD Bank ....5440 | | 1,238.06 | 53,562.51 |
| Deposit | 08/03/2009 | Sprint (Tower Economics) | AUG 09 - ELECTRIC FLAT ... | TD Bank ....5440 | | 550.00 | 54,112.51 |
| Deposit | 09/03/2009 | AT&T | SEP 09 | TD Bank ....5440 | | 1,238.06 | 55,350.57 |
| Deposit | 09/08/2009 | Sprint (Tower Economics) | SEP 09 | TD Bank ....5440 | | 550.00 | 55,900.57 |
| Deposit | 09/23/2009 | Sprint (Tower Economics) | AUG 09 PSEG REIMBURS... | TD Bank ....5440 | | 2,629.12 | 58,529.69 |
| Deposit | 09/28/2009 | AT&T | OCT 2009 RENT | TD Bank ....5440 | | 3,507.52 | 62,037.21 |
| Deposit | 09/29/2009 | PNC Bank (ATM) | OCT 2009 | TD Bank ....5440 | | 1,550.00 | 63,587.21 |
| Deposit | 10/01/2009 | AT&T | OCT 2009 | TD Bank ....5440 | | 1,275.20 | 64,862.41 |
| Deposit | 10/08/2009 | Sprint (Tower Economics) | OCT 2009 | TD Bank ....5440 | | 550.00 | 65,412.41 |
| Deposit | 10/20/2009 | Juana J. Lee | | TD Bank ....5440 | | 3,000.00 | 68,412.41 |
| Deposit | 10/29/2009 | CLEARWIRE | NOV 2009 | TD Bank ....5440 | | 4,854.84 | 73,267.25 |
| Deposit | 10/29/2009 | | Deposit | TD Bank ....5440 | | 3,507.52 | 76,774.77 |
| Deposit | 10/30/2009 | Sprint (Tower Economics) | SEP 09 PSEG REIMBURS... | TD Bank ....5440 | | 2,145.19 | 78,919.96 |
| Deposit | 11/03/2009 | AT&T | NOV 09 | TD Bank ....5440 | | 1,275.20 | 80,195.16 |
| Deposit | 11/03/2009 | Sprint (Tower Economics) | NOV 09 | TD Bank ....5440 | | 550.00 | 80,745.16 |
| Deposit | 11/09/2009 | PNC Bank (ATM) | AUG & SEP 2009 - CHECK... | TD Bank ....5440 | | 3,100.00 | 83,845.16 |
| Deposit | 12/10/2009 | CLEARWIRE | -MULTIPLE- | TD Bank ....5440 | | 3,375.20 | 87,220.36 |
| Deposit | 12/14/2009 | -MULTIPLE- | -MULTIPLE- | TD Bank ....5440 | | 3,700.00 | 90,920.36 |
| Deposit | 12/21/2009 | CLEARWIRE | JAN 2010 | TD Bank ....5440 | | 2,150.00 | 93,070.36 |
| Deposit | 12/28/2009 | PNC BANK | DIRECT DEPOSIT - JAN 2... | TD Bank ....5440 | | 1,550.00 | 94,620.36 |
| Stmt Charge | 12/31/2009 | PNC Bank (ATM) | January 2009 RENT | Accounts Receivable | | 1,550.00 | 96,170.36 |
| Stmt Charge | 12/31/2009 | PNC Bank (ATM) | February 2009 RENT | Accounts Receivable | | 1,550.00 | 97,720.36 |
| Stmt Charge | 12/31/2009 | PNC Bank (ATM) | March 2009 RENT | Accounts Receivable | | 1,550.00 | 99,270.36 |
| Stmt Charge | 12/31/2009 | AT&T | January 2009 RENT | Accounts Receivable | | 1,238.06 | 100,508.42 |
| Stmt Charge | 12/31/2009 | AT&T | February 2009 RENT | Accounts Receivable | | 1,238.06 | 101,746.48 |
| Stmt Charge | 12/31/2009 | AT&T | March 2009 RENT | Accounts Receivable | | 1,238.06 | 102,984.54 |
| Stmt Charge | 12/31/2009 | Cingular Wireless (AT&T) | CINGULAR MARCH 2009 ... | Accounts Receivable | | 3,507.52 | 106,492.06 |
| Stmt Charge | 12/31/2009 | Cingular Wireless (AT&T) | CINGULAR FEBRUARY 20... | Accounts Receivable | | 3,507.52 | 109,999.58 |
| Stmt Charge | 12/31/2009 | Cingular Wireless (AT&T) | CINGULAR JANUARY 200... | Accounts Receivable | | 3,507.52 | 113,507.10 |
| Stmt Charge | 12/31/2009 | Sprint (Tower Economics) | Sprint 2009 Annual Rent | Accounts Receivable | | 25,645.32 | 139,152.42 |
| Deposit | 12/31/2009 | | | Bank Exchange account | | 6,733.88 | 145,886.30 |
| Deposit | 01/08/2010 | -MULTIPLE- | -MULTIPLE- | TD Bank ....5440 | | 37,917.82 | 183,804.12 |
| Deposit | 01/22/2010 | Sprint (Tower Economics) | DEC 2009 PSEG ELECTRI... | TD Bank ....5440 | | 1,898.51 | 185,702.63 |
| Deposit | 01/24/2010 | CLEARWIRE | Deposit | TD Bank ....5440 | | 2,150.00 | 187,852.63 |
| Deposit | 01/27/2010 | PNC BANK | Deposit | TD Bank ....5440 | | 1,550.00 | 189,402.63 |
| Deposit | 02/03/2010 | -MULTIPLE- | -MULTIPLE- | TD Bank ....5440 | | 4,782.72 | 194,185.35 |
| Deposit | 02/04/2010 | Sprint (Tower Economics) | FEB 2010 ELECTRIC | TD Bank ....5440 | | 550.00 | 194,735.35 |
| Deposit | 02/16/2010 | Sprint (Tower Economics) | PSEG NOV 2009 REIMB... | TD Bank ....5440 | | 1,727.58 | 196,462.93 |
| Deposit | 02/23/2010 | Sprint (Tower Economics) | PSEG JAN 10 REIMBUR... | TD Bank ....5440 | | 2,062.74 | 198,525.67 |
| Deposit | 02/25/2010 | CLEARWIRE | Deposit | TD Bank ....5440 | | 2,150.00 | 200,675.67 |
| Deposit | 02/25/2010 | PNC Bank (ATM) | Deposit | TD Bank ....5440 | | 1,550.00 | 202,225.67 |
| Deposit | 03/09/2010 | Sprint (Tower Economics) | MARCH 2010 | TD Bank ....5440 | | 550.00 | 202,775.67 |
| Deposit | 03/18/2010 | Sprint (Tower Economics) | FEB 2010 PSEG REIMBUR... | TD Bank ....5440 | | 1,921.97 | 204,697.64 |
| Deposit | 03/23/2010 | CLEARWIRE | APRIL 2010 | TD Bank ....5440 | | 2,150.00 | 206,847.64 |
| Deposit | 03/25/2010 | PNC BANK | APRIL 2010 | TD Bank ....5440 | | 1,550.00 | 208,397.64 |
| Deposit | 04/21/2010 | -MULTIPLE- | Deposit | TD Bank ....5440 | | 1,825.20 | 210,222.84 |
| Deposit | 04/27/2010 | PNC BANK | Deposit | TD Bank ....5440 | | 1,550.00 | 211,772.84 |
| Deposit | 04/28/2010 | CLEARWIRE | Deposit | TD Bank ....5440 | | 2,150.00 | 213,922.84 |
| Deposit | 05/13/2010 | -MULTIPLE- | MAY 2010 | TD Bank ....5440 | | 1,825.20 | 215,748.04 |
| Deposit | 05/17/2010 | DYSART VENTURES, INC. | Deposit | TD Bank ....5440 | | 3,724.19 | 219,472.17 |
| Deposit | 05/24/2010 | CLEARWIRE | JUNE 2010 | TD Bank ....5440 | | 2,150.00 | 221,622.17 |
| Deposit | 05/26/2010 | PNC BANK | JUNE 2010 | TD Bank ....5440 | | 1,550.00 | 223,172.17 |
| Deposit | 05/26/2010 | -MULTIPLE- | -MULTIPLE- | TD Bank ....5440 | | 11,797.70 | 234,969.93 |
| Deposit | 06/07/2010 | | Deposit | TD Bank ....5440 | | 5,332.72 | 240,302.65 |
| Deposit | 06/07/2010 | | Deposit | TD Bank ....5440 | | 145.04 | 240,447.69 |
| Deposit | 06/25/2010 | PNC Bank (ATM) | Deposit | TD Bank ....5440 | | 1,550.00 | 241,997.69 |
| Deposit | 06/28/2010 | CLEARWIRE | Deposit | TD Bank ....5440 | | 2,150.00 | 244,147.69 |
| Deposit | 06/28/2010 | | Deposit | TD Bank ....5440 | | 1,823.60 | 245,971.29 |
| Deposit | 07/12/2010 | | Deposit | TD Bank ....5440 | | 4,188.96 | 250,160.25 |
| Deposit | 07/27/2010 | PNC Bank (ATM) | Deposit | TD Bank ....5440 | | 1,550.00 | 251,710.25 |
| Deposit | 07/27/2010 | CLEARWIRE | Deposit | TD Bank ....5440 | | 2,166.64 | 253,876.89 |
| Deposit | 08/09/2010 | AT&T | Deposit | TD Bank ....5440 | | 1,275.20 | 255,152.09 |
| Deposit | 08/16/2010 | DYSART VENTURES, INC. | Deposit | TD Bank ....5440 | | 10,382.59 | 265,534.67 |
| Deposit | 08/25/2010 | PNC BANK | Deposit | TD Bank ....5440 | | 1,550.00 | 267,084.67 |
| Deposit | 08/25/2010 | CLEARWIRE | Deposit | TD Bank ....5440 | | 2,214.50 | 269,299.17 |
| Deposit | 09/17/2010 | Sprint (Tower Economics) | Deposit | TD Bank ....5440 | | 1,825.70 | 271,124.87 |
| Deposit | 09/24/2010 | CLEARWIRE | Deposit | TD Bank ....5440 | | 2,214.50 | 273,339.37 |
| Deposit | 09/27/2010 | PNC BANK | November 2010 | TD Bank ....5440 | | 1,550.00 | 274,889.37 |
| Deposit | 10/14/2010 | Sprint (Tower Economics) | OCTOBER 2010 | TD Bank ....5440 | | 550.00 | 275,439.37 |
| Deposit | 10/27/2010 | PNC Bank (ATM) | Deposit | TD Bank ....5440 | | 1,550.00 | 276,989.37 |

Wilson Development Associates LLC
## Wilson Rental Income 2008-2012
January 2008 through December 2012

Cash Basis

| Type | Date | Name | Memo | Split | Debit | Credit | Balance |
|------|------|------|------|-------|-------|--------|---------|
| Deposit | 10/28/2010 | CLEARWIRE | Deposit | TD Bank ....5440 | | 2,214.50 | 279,203.87 |
| Deposit | 11/04/2010 | Sprint (Tower Economics) | Deposit | TD Bank ....5440 | | 550.00 | 279,753.87 |
| Deposit | 11/26/2010 | PNC BANK | Deposit | TD Bank ....5440 | | 1,550.00 | 281,303.87 |
| Deposit | 11/30/2010 | CLEARWIRE | Deposit | TD Bank ....5440 | | 2,214.50 | 283,518.37 |
| Deposit | 12/22/2010 | Sprint (Tower Economics) | Deposit | TD Bank ....5440 | | 550.00 | 284,068.37 |
| Deposit | 12/24/2010 | CLEARWIRE | Deposit | TD Bank ....5440 | | 2,214.50 | 286,282.87 |
| Deposit | 12/27/2010 | PNC Bank (ATM) | Deposit | TD Bank ....5440 | | 1,650.00 | 287,832.87 |
| Deposit | 01/25/2011 | CLEARWIRE | FEB 2011 | TD Bank ....5440 | | 2,214.50 | 290,047.37 |
| Deposit | 01/26/2011 | PNC Bank (ATM) | FEB 2011 | TD Bank ....5440 | | 1,550.00 | 291,597.37 |
| Deposit | 02/28/2011 | CLEARWIRE | MARCH 2011 | TD Bank ....5440 | | 2,214.50 | 293,811.87 |
| Deposit | 02/28/2011 | PNC Bank (ATM) | MARCH 2011 | TD Bank ....5440 | | 1,550.00 | 295,361.87 |
| Deposit | 03/16/2011 | Sprint (Tower Economics) | JUL - AUG & SEP 2010 El.... | TD Bank ....5440 | | 7,133.18 | 302,495.05 |
| Deposit | 03/24/2011 | CLEARWIRE | APRIL 2011 | TD Bank ....5440 | | 2,214.50 | 304,709.55 |
| Deposit | 03/25/2011 | PNC BANK | APRIL 2011 | TD Bank ....5440 | | 1,550.00 | 306,259.55 |
| Deposit | 04/27/2011 | PNC Bank (ATM) | MAY 2011 | TD Bank ....5440 | | 1,550.00 | 307,809.55 |
| Deposit | 04/28/2011 | CLEARWIRE | Deposit | TD Bank ....5440 | | 2,214.50 | 310,024.05 |
| Deposit | 05/09/2011 | Sprint (Tower Economics) | MAY 2011 | TD Bank ....5440 | | 550.00 | 310,574.05 |
| Deposit | 05/20/2011 | VERIZON WIRELESS | JUNE 2011 | TD Bank ....5440 | | 2,250.00 | 312,824.05 |
| Deposit | 05/25/2011 | PNC Bank (ATM) | Deposit | TD Bank ....5440 | | 1,550.00 | 314,374.05 |
| Deposit | 05/27/2011 | VERIZON | Deposit | TD Bank ....5440 | | 2,250.00 | 316,624.05 |
| Deposit | 05/27/2011 | CLEARWIRE | Deposit | TD Bank ....5440 | | 2,214.50 | 318,838.55 |
| Deposit | 06/16/2011 | | Deposit | TD Bank ....5440 | | 550.00 | 319,388.55 |
| Deposit | 06/27/2011 | PNC BANK | Deposit | TD Bank ....5440 | | 1,550.00 | 320,938.55 |
| Deposit | 06/28/2011 | CLEARWIRE | Deposit | TD Bank ....5440 | | 2,214.50 | 323,153.05 |
| Deposit | 06/29/2011 | VERIZON | Deposit | TD Bank ....5440 | | 2,250.00 | 325,403.05 |
| Deposit | 07/27/2011 | PNC BANK | Deposit | TD Bank ....5440 | | 1,550.00 | 326,953.05 |
| Deposit | 07/28/2011 | VERIZON | Deposit | TD Bank ....5440 | | 2,250.00 | 329,203.05 |
| Deposit | 08/19/2011 | PNC Bank (ATM) | Deposit | TD Bank ....5440 | | 1,550.00 | 330,753.05 |
| Deposit | 08/30/2011 | VERIZON | Deposit | TD Bank ....5440 | | 2,250.00 | 333,003.05 |
| Deposit | 09/27/2011 | PNC BANK | Deposit | TD Bank ....5440 | | 1,550.00 | 334,553.05 |
| Deposit | 09/29/2011 | VERIZON | Deposit | TD Bank ....5440 | | 2,250.00 | 336,803.05 |
| Deposit | 10/26/2011 | PNC BANK | Deposit | TD Bank ....5440 | | 1,550.00 | 338,353.05 |
| Deposit | 10/31/2011 | VERIZON | Deposit | TD Bank ....5440 | | 2,250.00 | 340,603.05 |
| Deposit | 11/02/2011 | Camden County College | Deposit | TD Bank ....5440 | | 1,000.00 | 341,603.05 |
| Deposit | 11/28/2011 | PNC BANK | Deposit | TD Bank ....5440 | | 1,550.00 | 343,153.05 |
| Deposit | 11/30/2011 | VERIZON | Deposit | TD Bank ....5440 | | 2,250.00 | 345,403.05 |
| Deposit | 11/30/2011 | Camden County College | Deposit | TD Bank ....5440 | | 1,000.00 | 346,403.05 |
| Deposit | 12/28/2011 | PNC BANK | Deposit | TD Bank ....5440 | | 1,550.00 | 347,953.05 |
| Deposit | 12/30/2011 | VERIZON | Deposit | TD Bank ....5440 | | 2,250.00 | 350,203.05 |
| General Jour... | 12/31/2011 | | Reclass rental income | Rent | | 1,650.00 | 351,853.05 |
| Deposit | 01/03/2012 | Camden County College | Return of payment | TD Bank ....5440 | | 1,000.00 | 352,853.05 |
| Deposit | 01/25/2012 | PNC BANK | Deposit | TD Bank ....5440 | | 1,550.00 | 354,403.05 |
| Check | 01/26/2012 | Camden County College | | TD Bank ....5440 | 1,000.00 | | 353,403.05 |
| Deposit | 01/31/2012 | VERIZON | Deposit | TD Bank ....5440 | | 2,250.00 | 355,653.05 |
| Deposit | 02/01/2012 | Camden County College | Return of payment | TD Bank ....5440 | | 1,000.00 | 356,653.05 |
| Deposit | 02/27/2012 | PNC BANK | Deposit | TD Bank ....5440 | | 1,550.00 | 358,203.05 |
| Check | 02/27/2012 | Camden County College | | TD Bank ....5440 | 1,000.00 | | 357,203.05 |
| Deposit | 02/29/2012 | VERIZON | Deposit | TD Bank ....5440 | | 2,250.00 | 359,453.05 |
| Check | 03/26/2012 | Camden County College | | TD Bank ....5440 | 1,000.00 | | 358,453.05 |
| Deposit | 03/27/2012 | PNC BANK | Deposit | TD Bank ....5440 | | 1,550.00 | 360,003.05 |
| Deposit | 03/30/2012 | VERIZON | Deposit | TD Bank ....5440 | | 2,250.00 | 362,253.05 |
| Deposit | 04/03/2012 | Camden County College | Return of payment | TD Bank ....5440 | | 1,000.00 | 363,253.05 |
| Deposit | 04/25/2012 | PNC BANK | Deposit | TD Bank ....5440 | | 1,550.00 | 364,803.05 |
| Check | 04/26/2012 | Camden County College | | TD Bank ....5440 | 1,000.00 | | 363,803.05 |
| Deposit | 04/30/2012 | VERIZON | Deposit | TD Bank ....5440 | | 2,317.50 | 366,120.55 |
| Deposit | 05/02/2012 | Camden County College | Return of payment | TD Bank ....5440 | | 1,000.00 | 367,120.55 |
| Deposit | 05/25/2012 | PNC BANK | Deposit | TD Bank ....5440 | | 1,550.00 | 368,670.55 |
| Deposit | 05/31/2012 | VERIZON | Deposit | TD Bank ....5440 | | 2,317.50 | 370,988.05 |
| Deposit | 06/01/2012 | Camden County College | Return of payment | TD Bank ....5440 | | 1,000.00 | 371,988.05 |
| Deposit | 06/26/2012 | PNC BANK | Deposit | TD Bank ....5440 | | 1,550.00 | 373,538.05 |
| Check | 06/28/2012 | Camden County College | | TD Bank ....5440 | 1,000.00 | | 372,538.05 |
| Deposit | 06/29/2012 | VERIZON | Deposit | TD Bank ....5440 | | 2,317.50 | 374,855.55 |
| Deposit | 07/05/2012 | Camden County College | Return of payment | TD Bank ....5440 | | 1,000.00 | 375,855.55 |
| Check | 07/26/2012 | Camden County College | | TD Bank ....5440 | 1,000.00 | | 374,855.55 |
| Deposit | 07/30/2012 | VERIZON | Deposit | TD Bank ....5440 | | 2,317.50 | 377,173.05 |
| Deposit | 08/01/2012 | Camden County College | Deposit | TD Bank ....5440 | | 1,000.00 | 378,173.05 |
| Check | 08/29/2012 | Camden County College | | TD Bank ....5440 | 1,000.00 | | 377,173.05 |
| Deposit | 08/29/2012 | VERIZON WIRELESS | Deposit | TD Bank ....5440 | | 2,317.50 | 379,490.55 |
| Deposit | 09/04/2012 | Camden County College | Deposit | TD Bank ....5440 | | 1,000.00 | 380,490.55 |
| Check | 09/04/2012 | Camden County College | | TD Bank ....5440 | 1,000.00 | | 379,490.55 |
| Deposit | 09/04/2012 | VERIZON WIRELESS | Deposit | TD Bank ....5440 | | 2,317.50 | 381,808.05 |
| Deposit | 10/03/2012 | Camden County College | Deposit | TD Bank ....5440 | | 1,000.00 | 382,808.05 |
| Check | 10/26/2012 | Camden County College | | TD Bank ....5440 | 1,000.00 | | 381,808.05 |
| Deposit | 10/30/2012 | VERIZON | Deposit | TD Bank ....5440 | | 2,317.50 | 384,125.55 |
| Deposit | 11/05/2012 | Camden County College | Deposit | TD Bank ....5440 | | 1,000.00 | 385,125.55 |
| Check | 11/26/2012 | Camden County College | | TD Bank ....5440 | 1,000.00 | | 384,125.55 |
| Deposit | 11/26/2012 | VERIZON WIRELESS | Deposit | TD Bank ....5440 | | 2,317.50 | 386,443.05 |
| Deposit | 12/05/2012 | Camden County College | Deposit | TD Bank ....5440 | | 1,000.00 | 387,443.05 |
| Check | 12/26/2012 | Camden County College | | TD Bank ....5440 | 1,000.00 | | 386,443.05 |
| Deposit | 12/26/2012 | VERIZON WIRELESS | Deposit | TD Bank ....5440 | | 2,317.50 | 388,760.55 |
| Total Rental | | | | | 11,000.00 | 399,760.55 | 388,760.55 |
| TOTAL | | | | | 11,000.00 | 399,760.55 | 388,760.55 |

## Wilson Development Associates LLC
## Transaction Detail By Account
### January 2008 through December 2012

| Type | Date | Num | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **Interest Income** | | | | | | | |
| Deposit | 09/30/2008 | | Deposit | Beneficial Int Res #0101 | | 24.41 | 24.41 |
| Deposit | 10/31/2008 | | Deposit | Beneficial Int Res #0101 | | 884.89 | 909.30 |
| Deposit | 11/30/2008 | | Deposit | Beneficial Int Res #0101 | | 885.21 | 1,794.51 |
| General Journal | 12/31/2008 | 56 ADJ JE | to record intere... | Beneficial Money Market 0118 | | 1,581.68 | 3,376.19 |
| Deposit | 01/31/2009 | | | Beneficial Int Res #0101 | | 897.68 | 4,273.87 |
| Deposit | 01/31/2009 | | Deposit | Beneficial Int Res #0101 | | 887.76 | 5,161.63 |
| Deposit | 03/31/2009 | | Deposit | Beneficial Int Res #0101 | | 758.63 | 5,920.26 |
| Deposit | 04/30/2009 | | Deposit | Beneficial Int Res #0101 | | 722.89 | 6,643.15 |
| Deposit | 05/31/2009 | | Deposit | Beneficial Int Res #0101 | | 735.13 | 7,378.28 |
| Deposit | 06/30/2009 | | Deposit | Beneficial Int Res #0101 | | 699.69 | 8,077.97 |
| Deposit | 07/31/2009 | | Deposit | Beneficial Int Res #0101 | | 711.13 | 8,789.10 |
| Deposit | 08/31/2009 | | Deposit | Beneficial Int Res #0101 | | 699.48 | 9,488.58 |
| Deposit | 09/30/2009 | | Deposit | Beneficial Int Res #0101 | | 536.83 | 10,025.41 |
| Deposit | 10/31/2009 | | Deposit | Beneficial Int Res #0101 | | 478.37 | 10,503.78 |
| Deposit | 11/30/2009 | | Deposit | Beneficial Int Res #0101 | | 450.32 | 10,954.10 |
| Deposit | 12/31/2009 | | Deposit | Beneficial Int Res #0101 | | 450.55 | 11,404.65 |
| General Journal | 12/31/2009 | 57 ADJ JE | Record Interest... | Beneficial Money Market 0118 | | 15,950.51 | 27,355.16 |
| Deposit | 01/31/2010 | | Deposit | Beneficial Int Res #0101 | | 436.50 | 27,791.66 |
| Deposit | 02/28/2010 | | Deposit | Beneficial Int Res #0101 | | 378.42 | 28,170.08 |
| Deposit | 03/31/2010 | | Deposit | Beneficial Int Res #0101 | | 402.98 | 28,573.06 |
| Deposit | 04/30/2010 | | Deposit | Beneficial Int Res #0101 | | 372.13 | 28,945.19 |
| Deposit | 05/31/2010 | | Deposit | Beneficial Int Res #0101 | | 366.97 | 29,312.16 |
| Deposit | 06/30/2010 | | Deposit | Beneficial Int Res #0101 | | 332.54 | 29,644.70 |
| Deposit | 07/31/2010 | | Deposit | Beneficial Int Res #0101 | | 319.19 | 29,963.89 |
| Deposit | 08/31/2010 | | Deposit | Beneficial Int Res #0101 | | 292.14 | 30,256.03 |
| Deposit | 09/30/2010 | | Deposit | Beneficial Int Res #0101 | | 251.07 | 30,507.10 |
| Deposit | 10/01/2010 | | Deposit | Beneficial Int Res #0101 | | 227.14 | 30,734.24 |
| Deposit | 11/30/2010 | | Deposit | Beneficial Int Res #0101 | | 187.48 | 30,921.72 |
| General Journal | 12/31/2010 | 58 ADJ JE | To record Inter... | Beneficial Money Market 0118 | | 6,402.07 | 37,323.79 |
| General Journal | 12/31/2010 | 71 ADJ JE | Record Dec Int... | Interest Expense | | 1,187.00 | 38,510.79 |
| General Journal | 12/31/2011 | 72 ADJ JE | Record 2011 Ir... | Loan Interest | | 321.19 | 38,831.98 |
| General Journal | 12/31/2011 | 73 ADJ JE | To record 2011... | Interest Income | | 1,832.23 | 40,664.21 |
| **Total Interest Income** | | | | | 0.00 | 40,664.21 | 40,664.21 |
| **TOTAL** | | | | | 0.00 | 40,664.21 | 40,664.21 |

# DYSART VENTURES INC
## Transactions by Account
### As of December 31, 2012

Cash Basis

| Type | Date | Name | Memo | Debit | Credit | Balance |
|------|------|------|------|-------|--------|---------|
| Due to/From Wilson | | | | | | 0.00 |
| Wilson - Bank Loan Draws | | | | | | 0.00 |
| Deposit | 10/27/2008 | BENEFICIAL SAVINGS B... | PAY REQ #1 | | 188,946.00 | 188,946.00 |
| Deposit | 12/01/2008 | BENEFICIAL SAVINGS B... | PAY REQ #2 | | 114,132.70 | 303,078.70 |
| Deposit | 01/22/2009 | BENEFICIAL SAVINGS B... | PAY REQ #3 | | 107,538.90 | 410,617.60 |
| Deposit | 02/26/2009 | BENEFICIAL SAVINGS B... | PAY REQ #4 | | 171,208.50 | 581,826.10 |
| Transfer | 03/23/2009 | | WIRE | | 189,983.30 | 771,809.40 |
| Deposit | 06/02/2009 | BENEFICIAL SAVINGS B... | PAY REQ #6 (PORTION PAYMENT OF)  S... | | 14,169.15 | 786,978.55 |
| Deposit | 06/17/2009 | BENEFICIAL SAVINGS B... | PAY REQ #6 ($107264.70 - $300 INSPECT... | | 92,795.55 | 878,774.10 |
| Deposit | 08/03/2009 | BENEFICIAL SAVINGS B... | PAY REQ #7 | | 359,518.00 | 1,238,292.10 |
| Deposit | 09/02/2009 | BENEFICIAL SAVINGS B... | WILSON, CONSTRUCTION LOAN DRAW,... | | 561,089.00 | 1,799,381.10 |
| Deposit | 10/15/2009 | BENEFICIAL SAVINGS B... | WILSON, CONSTRUCTION LOAN DRAW,... | | 962,653.00 | 2,762,034.10 |
| Deposit | 12/11/2009 | BENEFICIAL SAVINGS B... | WILSON, PAYMENT REQUISITION, #10 P... | | 379,034.00 | 3,141,068.10 |
| Deposit | 02/09/2010 | BSB COMMERCIAL LOAN... | WILSON, PAYMENT REQUISITION #10 & ... | | 826,517.00 | 3,967,585.10 |
| Deposit | 04/13/2010 | WILSON | WILSON, PAYMENT REQUISITION #12 | | 453,712.00 | 4,421,297.10 |
| Deposit | 05/20/2010 | WILSON | WILSON, PAYMENT REQUISITION #13 | | 1,830,216.00 | 6,251,513.10 |
| Deposit | 07/16/2010 | WILSON | WILSON, PAYMENT REQUISITION #14 | | 1,745,892.00 | 7,997,405.10 |
| Deposit | 08/16/2010 | BENEFICIAL SAVINGS B... | WILSON, PAYMENT REQUISITION, #15 | | 964,625.00 | 8,962,030.10 |
| | | | | | | |
| Total Wilson - Bank Loan Draws | | | | 0.00 | 8,962,030.10 | 8,962,030.10 |
| Total Due to/From Wilson | | | | 0.00 | 8,962,030.10 | 8,962,030.10 |
| **TOTAL** | | | | 0.00 | 8,962,030.10 | 8,962,030.10 |

+  2,400,000  1ST DRAW

11,362,030.10



## BENEFICIAL BANK

### LOAN TRANSACTION HISTORY

WILSON DEVELOPMENT ASSOCIATES LLC
C/O DYSART VENTURES INC
115 E 57TH ST 11TH FL
NEW YORK NY
10022

Bank Number         1
Officer             5412
Application          Business Loan
Loan Number         0000150400005073

Loan Amount          $12,375,000.00
Current Balance      $11,367,010.10
Interest Rate        3.25000%

Contract Date           9/18/2008
Next Payment Due Date   3/1/2011
Maturity Date           3/1/2011

| Effective Date | Posting Date | Transaction Amount | Transaction Code | Description | Posting Amount |
|---|---|---|---|---|---|
| 9/18/2008 | 9/18/2008 | $92,812.00 | AC 59 | LOAN FEE INCREASE | |
| | | | | Batch Sequence Number | 50050001000022 |
| | | | | Loan Balance | $0.00 |
| 9/18/2008 | 9/18/2008 | $825.00 | AC 60 | LOAN COST INCREASE | |
| | | | | Batch Sequence Number | 50050001000023 |
| | | | | Loan Balance | $0.00 |
| 9/18/2008 | 9/18/2008 | $2,400,000.00 | TC 51 | ADVANCE | |
| | | | | Batch Sequence Number | 1001134000001 |
| | | | | Principal Amount | $2,400,000.00 |
| | | | | Contains Partial Payment | N |
| | | | | Loan Balance | $2,400,000.00 |
| 9/22/2008 | 9/22/2008 | $4,333.33 | TC 14 | INTERIM INTEREST | |
| | | | | Batch Sequence Number | 1001021000001 |
| | | | | Loan Balance | $2,400,000.00 |
| 9/22/2008 | 9/22/2008 | $92,812.00 | TC 17 | LOAN FEE | |
| | | | | Batch Sequence Number | 1001021000002 |
| | | | | Loan Balance | $2,400,000.00 |
| 10/1/2008 | 9/30/2008 | $0.00 | | BALANCE CHECK POINT RECORD | |
| | | | | Batch Sequence Number | 50050001001632 |
| | | | | Interest Rate | 5.00000% |
| | | | | Loan Balance | $2,400,000.00 |
| 10/8/2008 | 10/8/2008 | $0.00 | | INDEXED RATE CHANGE | |
| | | | | Batch Sequence Number | 50050001000561 |
| | | | | Previous Interest Rate | 5.00000% |
| | | | | New Interest Rate | 4.50000% |
| | | | | Loan Balance | $2,400,000.00 |
| 10/16/2008 | 10/16/2008 | $216.66 | AC 58 | LATE FEE ASSESSED INCREASE | |
| | | | | Batch Sequence Number | 50050001000143 |
| | | | | Loan Balance | $2,400,000.00 |
| 10/21/2008 | 10/21/2008 | $216.66 | AC 8 | AUTO DEDUCT FR ESCROW ACCT | |
| | | | | Batch Sequence Number | 1001997000003 |
| | | | | Loan Balance | $2,400,000.00 |

| Effective Date | Posting Date | Transaction Amount | Transaction Code | Description | Posting Amount |
|---|---|---|---|---|---|
| 10/21/2008 | 10/21/2008 | $4,333.33 | TC 11 | XFER FROM ACCT CK-000167600101<br>Batch Sequence Number<br>Interest Amount<br>Payment Due Date<br>Number of Payments<br>Contains Partial Payment<br>Loan Balance | <br>65230109800001<br>$4,333.33<br>10/1/2008<br>1<br>N<br>$2,400,000.00 |
| 10/23/2008 | 10/23/2008 | $188,946.00 ✓ | TC 51 | XFER TO ACCT  CK-001682011620<br>Batch Sequence Number<br>Loan Balance | <br>65230109800004<br>$2,588,946.00 |
| 10/24/2008 | 10/27/2008 | $300.00 | TC 51 | INSPECTION FEE<br>Batch Sequence Number<br>Loan Balance | <br>1001004000002<br>$2,589,246.00 |
| 10/30/2008 | 10/30/2008 | $0.00 | | INDEXED RATE CHANGE<br>Batch Sequence Number<br>Previous Interest Rate<br>New Interest Rate<br>Loan Balance | <br>50050001000559<br>4.60000%<br>4.00000%<br>$2,589,246.00 |
| 11/1/2008 | 10/31/2008 | $0.00 | | BALANCE CHECK POINT RECORD<br>Batch Sequence Number<br>Interest Amount Due<br>Interest Rate<br>Loan Balance | <br>50050001001626<br>$5,340.95<br>4.00000%<br>$2,589,246.00 |
| 11/14/2008 | 11/14/2008 | $5,200.01 | TC 11 | LOAN PAYMENT    FROM CK-0000000167600101<br>Batch Sequence Number<br>Interest Amount<br>Payment Due Date<br>Number of Payments<br>Contains Partial Payment<br>Loan Balance | <br>5005013004220<br>$5,200.01<br>11/1/2008<br>1<br>N<br>$2,589,246.00 |
| 11/28/2008 | 11/28/2008 | $114,432.70 ✓ | TC 51 | XFER TO ACCT  CK-001682011620<br>Batch Sequence Number<br>Loan Balance | <br>65230109800002<br>$2,703,678.70 |
| 12/1/2008 | 11/28/2008 | $0.00 | | BALANCE CHECK POINT RECORD<br>Batch Sequence Number<br>Interest Amount Due<br>Interest Rate<br>Loan Balance | <br>50050001001604<br>$8,609.90<br>4.00000%<br>$2,703,678.70 |
| 12/1/2008 | 12/1/2008 | $8,771.76 | TC 11 | LOAN PAYMENT    FROM CK-0000000167600101<br>Batch Sequence Number<br>Interest Amount<br>Payment Due Date<br>Number of Payments<br>Contains Partial Payment<br>Loan Balance | <br>5005013015280<br>$8,771.76<br>12/1/2008<br>1<br>N<br>$2,703,678.70 |
| 12/17/2008 | 12/17/2008 | $0.00 | | INDEXED RATE CHANGE<br>Batch Sequence Number<br>Previous Interest Rate<br>New Interest Rate<br>Loan Balance | <br>50050001000562<br>4.00000%<br>3.25000%<br>$2,703,678.70 |
| 1/1/2009 | 12/31/2008 | $0.00 | | BALANCE CHECK POINT RECORD<br>Batch Sequence Number<br>Interest Amount Due<br>Interest Rate<br>Loan Balance | <br>50050001001650<br>$8,505.91<br>3.25000%<br>$2,703,678.70 |

| Effective Date | Posting Date | Transaction Amount | Transaction Code | Posting Description | Amount |
|---|---|---|---|---|---|
| 1/2/2009 | 1/2/2009 | $8,505.91 | TC 11 | LOAN PAYMENT          FROM CK-0000000167600101 | |
| | | | | Batch Sequence Number | 5005013011470 |
| | | | | Interest Amount | $8,505.91 |
| | | | | Payment Due Date | 1/1/2009 |
| | | | | Number of Payments | 1 |
| | | | | Contains Partial Payment | N |
| | | | | Loan Balance | $2,703,678.70 |
| 1/22/2009 | 1/22/2009 | $107,838.90 √ | TC 51 | XFER TO ACCT  CK-001682011620 | |
| | | | | Batch Sequence Number | 65230109800007 |
| | | | | Loan Balance | $2,811,517.60 |
| 2/1/2009 | 1/30/2009 | $0.00 | | BALANCE CHECK POINT RECORD | |
| | | | | Batch Sequence Number | 50050001001634 |
| | | | | Interest Amount Due | $7,663.90 |
| | | | | Interest Rate | 3.25000% |
| | | | | Loan Balance | $2,811,517.60 |
| 2/2/2009 | 2/2/2009 | $7,663.90 | TC 11 | LOAN PAYMENT          FROM CK-0000000167600101 | |
| | | | | Batch Sequence Number | 5005013011530 |
| | | | | Interest Amount | $7,663.90 |
| | | | | Payment Due Date | 2/1/2009 |
| | | | | Number of Payments | 1 |
| | | | | Contains Partial Payment | N |
| | | | | Loan Balance | $2,811,517.60 |
| 2/26/2009 | 2/26/2009 | $171,508.50 √ | TC 51 | XFER TO ACCT  CK-001682011620 | |
| | | | | Batch Sequence Number | 65230109800005 |
| | | | | Loan Balance | $2,983,026.10 |
| 3/1/2009 | 2/27/2009 | $0.00 | | BALANCE CHECK POINT RECORD | |
| | | | | Batch Sequence Number | 50050001001631 |
| | | | | Interest Amount Due | $7,153.34 |
| | | | | Interest Rate | 3.25000% |
| | | | | Loan Balance | $2,983,026.10 |
| 3/2/2009 | 3/2/2009 | $7,106.89 | TC 11 | LOAN PAYMENT          FROM CK-0000000167600101 | |
| | | | | Batch Sequence Number | 5005013019340 |
| | | | | Interest Amount | $7,106.89 |
| | | | | Payment Due Date | 3/1/2009 |
| | | | | Number of Payments | 1 |
| | | | | Contains Partial Payment | N |
| | | | | Loan Balance | $2,983,026.10 |
| 3/23/2009 | 3/23/2009 | $190,283.30 √ | TC 51 | XFER TO ACCT  CK-001682011620 | |
| | | | | Batch Sequence Number | 65230109800007 |
| | | | | Loan Balance | $3,173,309.40 |
| 4/1/2009 | 3/31/2009 | $0.00 | | BALANCE CHECK POINT RECORD | |
| | | | | Batch Sequence Number | 50050001001647 |
| | | | | Interest Amount Due | $8,549.39 |
| | | | | Interest Rate | 3.25000% |
| | | | | Loan Balance | $3,173,309.40 |
| 4/1/2009 | 4/1/2009 | $8,394.78 | TC 11 | LOAN PAYMENT          FROM CK-0000000167600101 | |
| | | | | Batch Sequence Number | 5005013005940 |
| | | | | Interest Amount | $8,394.78 |
| | | | | Payment Due Date | 4/1/2009 |
| | | | | Number of Payments | 1 |
| | | | | Contains Partial Payment | N |
| | | | | Loan Balance | $3,173,309.40 |
| 5/1/2009 | 4/30/2009 | $0.00 | | BALANCE CHECK POINT RECORD | |
| | | | | Batch Sequence Number | 50050001001678 |
| | | | | Interest Amount Due | $8,746.89 |
| | | | | Interest Rate | 3.25000% |
| | | | | Loan Balance | $3,173,309.40 |

2/17/2011 2:44:46 PM

| Effective Date | Posting Date | Transaction Amount | Transaction Code | Posting Description | Amount |
|---|---|---|---|---|---|
| 5/1/2009 | 5/1/2009 | $8,748.99 | TC 11 | LOAN PAYMENT  FROM CK-0000000167600101 | |
| | | | | Batch Sequence Number | 5005013009700 |
| | | | | Interest Amount | $8,748.99 |
| | | | | Payment Due Date | 5/1/2009 |
| | | | | Number of Payments | 1 |
| | | | | Contains Partial Payment | N |
| | | | | Loan Balance | $3,173,309.40 |
| 5/5/2009 | 5/5/2009 | $14,469.15 | TC 51 | XFER TO ACCT  CK-001682011620 | |
| | | | | Batch Sequence Number | 65230109800010 |
| | | | | Loan Balance | $3,187,778.55 |
| 6/1/2009 | 5/29/2009 | $0.00 | | BALANCE CHECK POINT RECORD | |
| | | | | Batch Sequence Number | 50050001001688 |
| | | | | Interest Amount Due | $8,916.13 |
| | | | | Interest Rate | 3.25000% |
| | | | | Loan Balance | $3,187,778.55 |
| 6/1/2009 | 6/1/2009 | $8,916.13 | TC 11 | LOAN PAYMENT  FROM CK-0000000167600101 | |
| | | | | Batch Sequence Number | 5005013012800 |
| | | | | Interest Amount | $8,916.13 |
| | | | | Payment Due Date | 6/1/2009 |
| | | | | Number of Payments | 1 |
| | | | | Contains Partial Payment | N |
| | | | | Loan Balance | $3,187,778.55 |
| 6/17/2009 | 6/17/2009 | $92,795.55 | TC 51 | XFER TO ACCT  CK-001682011620 | |
| | | | | Batch Sequence Number | 65230109800009 |
| | | | | Loan Balance | $3,280,574.10 |
| 7/1/2009 | 6/30/2009 | $0.00 | | BALANCE CHECK POINT RECORD | |
| | | | | Batch Sequence Number | 50050001001718 |
| | | | | Interest Amount Due | $8,750.85 |
| | | | | Interest Rate | 3.25000% |
| | | | | Loan Balance | $3,280,574.10 |
| 7/1/2009 | 7/1/2009 | $8,750.85 | TC 11 | LOAN PAYMENT  FROM CK-0000000167600101 | |
| | | | | Batch Sequence Number | 5005013008120 |
| | | | | Interest Amount | $8,750.85 |
| | | | | Payment Due Date | 7/1/2009 |
| | | | | Number of Payments | 1 |
| | | | | Contains Partial Payment | N |
| | | | | Loan Balance | $3,280,574.10 |
| 8/1/2009 | 7/31/2009 | $0.00 | | BALANCE CHECK POINT RECORD | |
| | | | | Batch Sequence Number | 50050001001646 |
| | | | | Interest Amount Due | $9,181.05 |
| | | | | Interest Rate | 3.25000% |
| | | | | Loan Balance | $3,280,574.10 |
| 8/3/2009 | 8/3/2009 | $359,863.00 | TC 51 | XFER TO ACCT  CK-001682011620 | |
| | | | | Batch Sequence Number | 65230109800002 |
| | | | | Loan Balance | $3,640,437.10 |
| 8/3/2009 | 8/3/2009 | $9,181.05 | TC 11 | LOAN PAYMENT  FROM CK-0000000167600101 | |
| | | | | Batch Sequence Number | 5005013012840 |
| | | | | Interest Amount | $9,181.05 |
| | | | | Payment Due Date | 8/1/2009 |
| | | | | Number of Payments | 1 |
| | | | | Contains Partial Payment | N |
| | | | | Loan Balance | $3,640,437.10 |
| 9/1/2009 | 8/31/2009 | $0.00 | | BALANCE CHECK POINT RECORD | |
| | | | | Batch Sequence Number | 50050001001648 |
| | | | | Interest Amount Due | $10,123.19 |
| | | | | Interest Rate | 3.25000% |
| | | | | Loan Balance | $3,640,437.10 |

| Effective Date | Posting Date | Transaction Amount | Transaction Code | Posting Description | Amount |
|---|---|---|---|---|---|
| 9/1/2009 | 9/1/2009 | $10,123.19 | TC 11 | LOAN PAYMENT      FROM CK-0000000167600101 | |
| | | | | Batch Sequence Number | 5005013009190 |
| | | | | Interest Amount | $10,123.19 |
| | | | | Payment Due Date | 9/1/2009 |
| | | | | Number of Payments | 1 |
| | | | | Contains Partial Payment | N |
| | | | | Loan Balance | $3,640,437.10 |
| 9/2/2009 | 9/2/2009 | $561,434.00 | TC 51 | XFER TO ACCT   CK-001682011620 | |
| | | | | Batch Sequence Number | 65230150100007 |
| | | | | Loan Balance | $4,201,871.10 |
| 10/1/2009 | 9/30/2009 | $0.00 | | BALANCE CHECK POINT RECORD | |
| | | | | Batch Sequence Number | 50050001001898 |
| | | | | Interest Amount Due | $11,329.38 |
| | | | | Interest Rate | 3.25000% |
| | | | | Loan Balance | $4,201,871.10 |
| 10/1/2009 | 10/1/2009 | $11,329.38 | TC 11 | LOAN PAYMENT      FROM CK-0000000167600101 | |
| | | | | Batch Sequence Number | 5005013010250 |
| | | | | Interest Amount | $11,329.38 |
| | | | | Payment Due Date | 10/1/2009 |
| | | | | Number of Payments | 1 |
| | | | | Contains Partial Payment | N |
| | | | | Loan Balance | $4,201,871.10 |
| 10/15/2009 | 10/15/2009 | $962,998.00 | TC 51 | DRAW REQ #9 | |
| | | | | Batch Sequence Number | 65230150100007 |
| | | | | Loan Balance | $5,164,869.10 |
| 11/1/2009 | 10/30/2009 | $0.00 | | BALANCE CHECK POINT RECORD | |
| | | | | Batch Sequence Number | 50050001001683 |
| | | | | Interest Amount Due | $13,237.34 |
| | | | | Interest Rate | 3.25000% |
| | | | | Loan Balance | $5,164,869.10 |
| 11/2/2009 | 11/2/2009 | $13,237.34 | TC 11 | LOAN PAYMENT      FROM CK-0000000167600101 | |
| | | | | Batch Sequence Number | 5005013016830 |
| | | | | Interest Amount | $13,237.34 |
| | | | | Payment Due Date | 11/1/2009 |
| | | | | Number of Payments | 1 |
| | | | | Contains Partial Payment | N |
| | | | | Loan Balance | $5,164,869.10 |
| 12/1/2009 | 11/30/2009 | $0.00 | | BALANCE CHECK POINT RECORD | |
| | | | | Batch Sequence Number | 50050001001653 |
| | | | | Interest Amount Due | $13,988.19 |
| | | | | Interest Rate | 3.25000% |
| | | | | Loan Balance | $5,164,869.10 |
| 12/1/2009 | 12/1/2009 | $13,988.19 | TC 11 | LOAN PAYMENT      FROM CK-0000000167600101 | |
| | | | | Batch Sequence Number | 5005013010870 |
| | | | | Interest Amount | $13,988.19 |
| | | | | Payment Due Date | 12/1/2009 |
| | | | | Number of Payments | 1 |
| | | | | Contains Partial Payment | N |
| | | | | Loan Balance | $5,164,869.10 |
| 12/10/2009 | 12/10/2009 | $379,424.00 | TC 51 | DRAW REQ #10 | |
| | | | | Batch Sequence Number | 65230150100010 |
| | | | | Loan Balance | $5,544,293.10 |
| 1/1/2010 | 12/31/2009 | $0.00 | | BALANCE CHECK POINT RECORD | |
| | | | | Batch Sequence Number | 50050001001660 |
| | | | | Interest Amount Due | $15,208.04 |
| | | | | Interest Rate | 3.25000% |
| | | | | Loan Balance | $5,544,293.10 |

| Effective Date | Posting Date | Transaction Amount | Transaction Code | Description | Posting Amount |
|---|---|---|---|---|---|
| 1/4/2010 | 1/4/2010 | $15,208.04 | TC 11 | LOAN PAYMENT        FROM CK-0000000167600101 | |
| | | | | Batch Sequence Number | 5005013021650 |
| | | | | Interest Amount | $15,208.04 |
| | | | | Payment Due Date | 1/1/2010 |
| | | | | Number of Payments | 1 |
| | | | | Contains Partial Payment | N |
| | | | | Loan Balance | $5,544,293.10 |
| 2/1/2010 | 1/29/2010 | $0.00 | | BALANCE CHECK POINT RECORD | |
| | | | | Batch Sequence Number | 50050001001654 |
| | | | | Interest Amount Due | $15,516.32 |
| | | | | Interest Rate | 3.25000% |
| | | | | Loan Balance | $5,544,293.10 |
| 2/1/2010 | 2/1/2010 | $15,516.32 | TC 11 | LOAN PAYMENT        FROM CK-0000000167600101 | |
| | | | | Batch Sequence Number | 5005013019460 |
| | | | | Interest Amount | $15,516.32 |
| | | | | Payment Due Date | 2/1/2010 |
| | | | | Number of Payments | 1 |
| | | | | Contains Partial Payment | N |
| | | | | Loan Balance | $5,544,293.10 |
| 2/9/2010 | 2/9/2010 | $826,862.00 ✓ | TC 51 | XFER TO ACCT   CK-001682011620 | |
| | | | | Batch Sequence Number | 65230160100005 |
| | | | | Loan Balance | $6,371,155.10 |
| 3/1/2010 | 2/26/2010 | $0.00 | | BALANCE CHECK POINT RECORD | |
| | | | | Batch Sequence Number | 50050001001662 |
| | | | | Interest Amount Due | $15,507.68 |
| | | | | Interest Rate | 3.25000% |
| | | | | Loan Balance | $6,371,155.10 |
| 3/1/2010 | 3/1/2010 | $15,507.68 | TC 11 | LOAN PAYMENT        FROM CK-0000000167600101 | |
| | | | | Batch Sequence Number | 5005013025280 |
| | | | | Interest Amount | $15,507.68 |
| | | | | Payment Due Date | 3/1/2010 |
| | | | | Number of Payments | 1 |
| | | | | Contains Partial Payment | N |
| | | | | Loan Balance | $6,371,155.10 |
| 4/1/2010 | 3/31/2010 | $0.00 | | BALANCE CHECK POINT RECORD | |
| | | | | Batch Sequence Number | 50050001001618 |
| | | | | Interest Amount Due | $17,830.39 |
| | | | | Interest Rate | 3.25000% |
| | | | | Loan Balance | $6,371,155.10 |
| 4/1/2010 | 4/1/2010 | $17,830.39 | TC 11 | LOAN PAYMENT        FROM CK-0000000167600101 | |
| | | | | Batch Sequence Number | 5005013016510 |
| | | | | Interest Amount | $17,830.39 |
| | | | | Payment Due Date | 4/1/2010 |
| | | | | Number of Payments | 1 |
| | | | | Contains Partial Payment | N |
| | | | | Loan Balance | $6,371,155.10 |
| 4/9/2010 | 4/9/2010 | $464,057.00 ✓ | TC 51 | XFER TO ACCT   CK-001682011620 | |
| | | | | Batch Sequence Number | 65230150100003 |
| | | | | Loan Balance | $6,835,212.10 |
| 5/1/2010 | 4/30/2010 | $0.00 | | BALANCE CHECK POINT RECORD | |
| | | | | Batch Sequence Number | 50050001001622 |
| | | | | Interest Amount Due | $18,157.02 |
| | | | | Interest Rate | 3.25000% |
| | | | | Loan Balance | $6,835,212.10 |

| Effective Date | Posting Date | Transaction Amount | Transaction Code | Posting | |
|---|---|---|---|---|---|
| | | | | Description | Amount |
| 5/3/2010 | 5/3/2010 | $18,167.02 | TC 11 | LOAN PAYMENT   FROM CK-0000000167600101 | |
| | | | | Batch Sequence Number | 5005013020380 |
| | | | | Interest Amount | $18,167.02 |
| | | | | Payment Due Date | 5/1/2010 |
| | | | | Number of Payments | 1 |
| | | | | Contains Partial Payment | N |
| | | | | Loan Balance | $6,825,212.10 |
| 5/19/2010 | 5/19/2010 | $1,830,561.00 | TC 51 | DRAW REQUISITION # 13 | |
| | | | | Batch Sequence Number | 65230162700006 |
| | | | | Loan Balance | $8,655,773.10 |
| 6/1/2010 | 5/28/2010 | $0.00 | | BALANCE CHECK POINT RECORD | |
| | | | | Batch Sequence Number | 50050001001654 |
| | | | | Interest Amount Due | $21,249.48 |
| | | | | Interest Rate | 3.25000% |
| | | | | Loan Balance | $8,655,773.10 |
| 6/1/2010 | 6/1/2010 | $21,249.48 | TC 11 | LOAN PAYMENT   FROM CK-0000000167600101 | |
| | | | | Batch Sequence Number | 5005013024020 |
| | | | | Interest Amount | $21,249.48 |
| | | | | Payment Due Date | 6/1/2010 |
| | | | | Number of Payments | 1 |
| | | | | Contains Partial Payment | N |
| | | | | Loan Balance | $8,655,773.10 |
| 7/1/2010 | 6/30/2010 | $0.00 | | BALANCE CHECK POINT RECORD | |
| | | | | Batch Sequence Number | 50050001001618 |
| | | | | Interest Amount Due | $23,442.72 |
| | | | | Interest Rate | 3.25000% |
| | | | | Loan Balance | $8,655,773.10 |
| 7/1/2010 | 7/1/2010 | $23,442.72 | TC 11 | LOAN PAYMENT   FROM CK-0000000167600101 | |
| | | | | Batch Sequence Number | 5005013017530 |
| | | | | Interest Amount | $23,442.72 |
| | | | | Payment Due Date | 7/1/2010 |
| | | | | Number of Payments | 1 |
| | | | | Contains Partial Payment | N |
| | | | | Loan Balance | $8,655,773.10 |
| 7/16/2010 | 7/16/2010 | $1,746,237.00 | TC 51 | XFER TO ACCT  CK-001682011620 | |
| | | | | Batch Sequence Number | 65230150100002 |
| | | | | Loan Balance | $10,402,010.10 |
| 8/1/2010 | 7/30/2010 | $0.00 | | BALANCE CHECK POINT RECORD | |
| | | | | Batch Sequence Number | 50050001001596 |
| | | | | Interest Amount Due | $26,746.48 |
| | | | | Interest Rate | 3.25000% |
| | | | | Loan Balance | $10,402,010.10 |
| 8/2/2010 | 8/2/2010 | $26,746.48 | TC 11 | LOAN PAYMENT   FROM CK-0000000167600101 | |
| | | | | Batch Sequence Number | 5005013020840 |
| | | | | Interest Amount | $26,746.48 |
| | | | | Payment Due Date | 8/1/2010 |
| | | | | Number of Payments | 1 |
| | | | | Contains Partial Payment | N |
| | | | | Loan Balance | $10,402,010.10 |
| 8/18/2010 | 8/18/2010 | $965,000.00 | TC 51 | XFER TO ACCT  CK-001682011620 | |
| | | | | Batch Sequence Number | 65230150100007 |
| | | | | Loan Balance | $11,367,010.10 |
| 8/31/2010 | 8/31/2010 | $0.00 | | NEXT PAYMENT DUE DATE CHANGE | |
| | | | | Batch Sequence Number | 50050001001591 |
| | | | | Old Due Date | 8/1/2010 |
| | | | | New Due Date | 9/1/2010 |
| | | | | Loan Balance | $11,367,010.10 |

| Effective Date | Posting Date | Transaction Amount | Transaction Code | Description | Posting Amount |
|---|---|---|---|---|---|
| 8/31/2010 | 8/31/2010 | $0.00 | | REPAYMENT SCHEDULE CHANGE | |
| | | | | Batch Sequence Number | 50050001001592 |
| | | | | Loan Balance | $11,367,010.10 |
| 9/1/2010 | 8/31/2010 | $0.00 | | BALANCE CHECK POINT RECORD | |
| | | | | Batch Sequence Number | 50050001001590 |
| | | | | Interest Amount Due | $30,330.84 |
| | | | | Interest Rate | 3.25000% |
| | | | | Loan Balance | $11,367,010.10 |
| 9/1/2010 | 9/1/2010 | $30,330.84 | TC 11 | LOAN PAYMENT          FROM CK-0000000167600101 | |
| | | | | Batch Sequence Number | 5005013018180 |
| | | | | Interest Amount | $30,330.84 |
| | | | | Payment Due Date | 9/1/2010 |
| | | | | Number of Payments | 1 |
| | | | | Contains Partial Payment | N |
| | | | | Loan Balance | $11,367,010.10 |
| 10/1/2010 | 9/30/2010 | $0.00 | | BALANCE CHECK POINT RECORD | |
| | | | | Batch Sequence Number | 50050001001580 |
| | | | | Interest Amount Due | $30,785.65 |
| | | | | Interest Rate | 3.25000% |
| | | | | Loan Balance | $11,367,010.10 |
| 10/1/2010 | 10/1/2010 | $30,785.65 | TC 11 | LOAN PAYMENT          FROM CK-0000000167600101 | |
| | | | | Batch Sequence Number | 5005013022640 |
| | | | | Interest Amount | $30,785.65 |
| | | | | Payment Due Date | 10/1/2010 |
| | | | | Number of Payments | 1 |
| | | | | Contains Partial Payment | N |
| | | | | Loan Balance | $11,367,010.10 |
| 11/1/2010 | 10/29/2010 | $0.00 | | BALANCE CHECK POINT RECORD | |
| | | | | Batch Sequence Number | 50050001001498 |
| | | | | Interest Amount Due | $31,811.84 |
| | | | | Interest Rate | 3.25000% |
| | | | | Loan Balance | $11,367,010.10 |
| 11/1/2010 | 11/1/2010 | $31,811.84 | TC 11 | LOAN PAYMENT          FROM CK-0000000167600101 | |
| | | | | Batch Sequence Number | 5005013026760 |
| | | | | Interest Amount | $31,811.84 |
| | | | | Payment Due Date | 11/1/2010 |
| | | | | Number of Payments | 1 |
| | | | | Contains Partial Payment | N |
| | | | | Loan Balance | $11,367,010.10 |
| 12/1/2010 | 11/30/2010 | $0.00 | | BALANCE CHECK POINT RECORD | |
| | | | | Batch Sequence Number | 50050001001502 |
| | | | | Interest Amount Due | $30,785.65 |
| | | | | Interest Rate | 3.25000% |
| | | | | Loan Balance | $11,367,010.10 |
| 12/1/2010 | 12/1/2010 | $30,785.65 | TC 11 | LOAN PAYMENT          FROM CK-0000000167600101 | |
| | | | | Batch Sequence Number | 5005013019960 |
| | | | | Interest Amount | $30,785.65 |
| | | | | Payment Due Date | 12/1/2010 |
| | | | | Number of Payments | 1 |
| | | | | Contains Partial Payment | N |
| | | | | Loan Balance | $11,367,010.10 |
| 1/1/2011 | 12/31/2010 | $0.00 | | BALANCE CHECK POINT RECORD | |
| | | | | Batch Sequence Number | 50050001001467 |
| | | | | Interest Amount Due | $31,811.84 |
| | | | | Interest Rate | 3.25000% |
| | | | | Loan Balance | $11,367,010.10 |

| Effective Date | Posting Date | Transaction Amount | Transaction Code | Description | Posting Amount |
|---|---|---|---|---|---|
| 1/3/2011 | 1/3/2011 | $31,811.84 | TC 11 | LOAN PAYMENT   FROM CK-0000000167800101 | |
| | | | | Batch Sequence Number | 5005013024240 |
| | | | | Interest Amount | $31,811.84 |
| | | | | Payment Due Date | 1/1/2011 |
| | | | | Number of Payments | 1 |
| | | | | Contains Partial Payment | N |
| | | | | Loan Balance | $11,367,010.10 |
| 2/1/2011 | 1/31/2011 | $0.00 | | BALANCE CHECK POINT RECORD | |
| | | | | Batch Sequence Number | 5005001001486 |
| | | | | Interest Amount Due | $31,811.84 |
| | | | | Interest Rate | 3.25000% |
| | | | | Loan Balance | $11,367,010.10 |
| 2/1/2011 | 2/1/2011 | $31,811.84 | TC 11 | LOAN PAYMENT   FROM CK-0000000167800101 | |
| | | | | Batch Sequence Number | 5005013019820 |
| | | | | Interest Amount | $31,811.84 |
| | | | | Payment Due Date | 2/1/2011 |
| | | | | Number of Payments | 1 |
| | | | | Contains Partial Payment | N |
| | | | | Loan Balance | $11,367,010.10 |

# DYSART VENTURES INC
## Balance Sheet
### As of December 31, 2012

Cash Basis

|  | Dec 31, 12 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| EMPORIKH BANK | -4,086.98 |
| LOAN & EXCHANGE | 3,565.54 |
| TD BANK (3837) | 22,001.86 |
| Total Checking/Savings | 21,480.42 |
| **Other Current Assets** | |
| Loan Commerce Bldg NY | 38,808.37 |
| **Loan George Trimis** | |
| **Loan GT-Auto Expenses** | |
| Garage & Parking | 208.00 |
| Gas & Tolls | 3,956.71 |
| Insurance | 2,190.77 |
| Lease | 18,346.63 |
| Rentals | 14,679.71 |
| Repairs | 3,402.31 |
| Loan GT-Auto Expenses - Other | 404.99 |
| Total Loan GT-Auto Expenses | 43,189.12 |
| Loan GT-Cash Withdrawal | 312,498.26 |
| Loan GT-Cloth,Grooming,Accesars | 142,031.22 |
| Loan GT-Gifts | 15,621.31 |
| **Loan GT-Health & Medical** | |
| Health Insurance | 5,505.62 |
| Loan GT-Health & Medical - Other | 59,066.91 |
| Total Loan GT-Health & Medical | 64,572.53 |
| **Loan GT-Household** | |
| Cleaning | 4,275.37 |
| Groceries | 13,629.30 |
| Loan GT-Household - Other | 1,399.19 |
| Total Loan GT-Household | 19,303.86 |
| **Loan GT-Hydra** | |
| Boat | 11,812.64 |
| Subcontractors & Repairs | 403.26 |
| Trimis, Angelos Fees | 6,556.64 |
| Total Loan GT-Hydra | 18,772.54 |
| Loan GT-Life Insurance | 21,066.50 |
| Loan GT-Meals & Entertainment | 202,339.54 |
| **Loan GT-Peter Trimis** | |
| PT Auto Lease | 9,327.81 |
| PT Clothing, Grooming, Accesrs | 14,917.79 |
| PT College Loan & Tuition | 66,914.57 |
| PT Funds | 47,168.49 |
| PT Health & Medical | 8,851.45 |
| PT Meals | 1,839.07 |
| PT Rent | 2,138.68 |
| PT Travel | 3,448.37 |
| Loan GT-Peter Trimis - Other | 4,450.00 |
| Total Loan GT-Peter Trimis | 159,056.23 |
| Loan GT-Sport & Nutrition | 62,347.45 |
| **Loan GT-Travel** | |
| Hotels | 73,686.48 |
| Transportation | 87,411.17 |
| Loan GT-Travel - Other | 7,114.44 |
| Total Loan GT-Travel | 168,212.09 |

Page 1

# DYSART VENTURES INC
## Balance Sheet
### As of December 31, 2012

Cash Basis

| | Dec 31, 12 |
|---|---|
| Loan George Trimis - Other | 668,080.70 |
| Total Loan George Trimis | 1,897,091.35 |
| Loan Receivable-16 Burwood | |
| 16B-Mortgage | 48,386.98 |
| 16B-Subcontractors | 135,320.11 |
| 16B-Utilities | 3,092.61 |
| Loan Receivable-16 Burwood - Other | 124,682.79 |
| Total Loan Receivable-16 Burwood | 311,482.49 |
| Loan Receivable-Antigonis 13 | 309,414.87 |
| Loan Receivable-FM Ring | 2,000.00 |
| Loan Receivable-Hydra | 92,809.83 |
| Loan Receivable-K Lolis | 20,000.00 |
| Loan Receivable-Katerinios | 17,299.32 |
| Loan Receivable-Loudovikou | 307,740.33 |
| Loan Receivable-Santorini | 557,754.28 |
| Officer Loan-Emporikh | 29,743.18 |
| Total Other Current Assets | 3,584,143.82 |
| Total Current Assets | 3,605,624.24 |
| Fixed Assets | |
| Accu Depreciation - Computer | -19,273.22 |
| Accu Depreciation - Equipment | -17,566.18 |
| Accu Depreciation - Furnishing | -33,704.14 |
| Computer | 54,101.05 |
| Equipment | 19,032.91 |
| Furnishing | 25,525.69 |
| Total Fixed Assets | 28,116.11 |
| TOTAL ASSETS | 3,633,740.35 |
| **LIABILITIES & EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable | 5,653.91 |
| Total Accounts Payable | 5,653.91 |
| Credit Cards | |
| American Express #81002 | |
| American Express # 82018 | 51,483.50 |
| American Express #81028AP2011 | 195,860.76 |
| American Express #81028GT | 73,527.58 |
| American Express #83015GT2011 | 595,974.89 |
| American Express #81002 - Other | -918,846.73 |
| Total American Express #81002 | 0.00 |
| Total Credit Cards | 0.00 |
| Other Current Liabilities | |
| Advances for Wilson Bldg | 2,491,111.29 |
| Due to Despoina K | 24,377.39 |
| Due to/From Wilson | |
| Expenses | -29,708.74 |
| Professional Fees | -197,746.97 |
| Subcontactors & Material | -115,383.91 |
| Transfer to Wilson | -4,031,750.00 |
| Wilson - Bank Loan Draws | 8,962,030.10 |
| WIP- Wilson Development | -1,705,341.54 |
| Due to/From Wilson - Other | -149,668.45 |

# DYSART VENTURES INC
## Balance Sheet
### As of December 31, 2012

Cash Basis

|  | Dec 31, 12 |
|---|---|
| Total Due to/From Wilson | 2,732,450.49 |
| Loan-303 W 146th |  |
| Loan-303 W 146th-Deposit | 1,856,538.01 |
| Loan-303 W 146th - Other | -1,835,933.28 |
| Total Loan-303 W 146th | 20,604.73 |
| Loan Interstate Net Bank | 499,706.00 |
| Loan Moulopoulos | 2,382,604.35 |
| Other Payables | 16,400.00 |
| Total Other Current Liabilities | 8,167,254.25 |
| Total Current Liabilities | 8,172,908.16 |
| Total Liabilities | 8,172,908.16 |
| Equity |  |
| Opening Bal Equity | 59,147.66 |
| Retained Earnings | -4,144,124.97 |
| Net Income | -454,190.50 |
| Total Equity | -4,539,167.81 |
| TOTAL LIABILITIES & EQUITY | 3,633,740.35 |

# DYSART VENTURES INC
## Profit & Loss
### January 2008 through December 2012

Cash Basis

| | Jan '08 - Dec 12 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Revenue | 0.00 |
| **Total Income** | 0.00 |
| | |
| **Cost of Goods Sold** | |
| Cost of Goods Sold 2975 Ind Ave | 6,485.00 |
| Cost of Goods Sold 303 W 146th | 27,520.00 |
| **Job Materials** | |
| Building Supplies | 981.46 |
| Dumpsters | -6,405.50 |
| **Total Job Materials** | -5,424.04 |
| | |
| **Subcontractors** | |
| Aluminum | 0.00 |
| Carpenter | 0.00 |
| Electrician | 0.00 |
| General Contractor | 0.00 |
| Landscaping | 0.00 |
| Painting | 0.00 |
| Plumbing | 0.00 |
| Sanitation | 780.58 |
| Subcontractors - Other | 23,351.15 |
| **Total Subcontractors** | 24,131.73 |
| **Total COGS** | 52,712.69 |
| | |
| **Gross Profit** | -52,712.69 |
| | |
| **Expense** | |
| Advertising | 19,317.09 |
| **Automobile Expense** | |
| Auto Insurance | 3,936.18 |
| Auto Rental | 19,851.55 |
| Auto Repairs | 1,570.22 |
| Car Property Tax | 593.56 |
| Fines & Penalties | 282.00 |
| Garage | 2,835.09 |
| Gas | 6,759.69 |
| Lease Payment | 25,111.19 |
| Maintenance & Repair | 1,363.86 |
| Tolls | 1,800.36 |
| Automobile Expense - Other | 2,216.69 |
| **Total Automobile Expense** | 66,320.39 |
| | |
| **Bank Service Charges** | |
| Late Fees | 2,829.20 |
| Non ATM fee | 270.00 |
| Overdraft Fees | 70.00 |
| Wire Fees | 3,973.22 |
| Bank Service Charges - Other | 7,566.54 |
| **Total Bank Service Charges** | 14,708.96 |
| | |
| **Computer Expense** | |
| Repairs | 4,759.57 |
| Software | 11,821.85 |
| Web Hosting & Domain | 751.24 |
| Web Server Maintenance | 15,694.22 |
| Web Site Design | 2,225.15 |
| Computer Expense - Other | 1,915.23 |
| **Total Computer Expense** | 37,167.26 |
| | |
| Contributions | 1,000.00 |

# DYSART VENTURES INC
## Profit & Loss
### January 2008 through December 2012

Cash Basis

|  | Jan '08 – Dec 12 |
|---|---|
| **Delaware** |  |
| Registration-renewal | 1,455.37 |
| Total Delaware | 1,455.37 |
| Depreciation Expense | 70,543.54 |
| **Dues and Subscriptions** |  |
| Journal & Online Subscriptions | 6,847.60 |
| Membership Fees | 22,805.64 |
| Union Dues | 17.95 |
| Dues and Subscriptions - Other | 10,573.87 |
| Total Dues and Subscriptions | 40,245.06 |
| Fines & Penalties | 204.59 |
| Gifts | 21,982.99 |
| Hardware | 1,757.71 |
| **Insurance** |  |
| Disability Insurance | 146.24 |
| Health Insurance | 38,975.59 |
| Liability Insurance | 2,207.63 |
| Life Insurance | 15,449.00 |
| Work Comp | -2,934.83 |
| Insurance - Other | 433.39 |
| Total Insurance | 54,277.02 |
| **Interest Expense** |  |
| Finance Charge | 600.00 |
| Loan Interest | 1,404.87 |
| Interest Expense - Other | 57,601.31 |
| Total Interest Expense | 59,606.18 |
| Meals | 42,609.90 |
| Miscellaneous | -1,010.19 |
| **Office Expense** |  |
| **Electronics** |  |
| Cell Phones & Accessories | 19,773.21 |
| Computers & Accessories | 5,633.17 |
| Electronics - Other | 17,433.24 |
| Total Electronics | 42,839.62 |
| **Office Supplies** |  |
| Books | 4,567.95 |
| Office Supplies - Other | 84,405.14 |
| Total Office Supplies | 88,973.09 |
| Other Expenses | 147.48 |
| Payroll Expenses | 238.63 |
| Printing and Reproduction | 2,410.60 |
| Office Expense - Other | 166,970.40 |
| Total Office Expense | 303,579.82 |
| **Personal** |  |
| **Clothing, Grooming ,Accesories** |  |
| Toiletries | 0.00 |
| Clothing, Grooming ,Accesories - Other | 24,545.76 |
| Total Clothing, Grooming ,Accesories | 24,545.76 |
| **Entertainment** |  |
| Movies & Theater | 28.90 |
| Quiet Business Meals | 244,181.32 |

# DYSART VENTURES INC
## Profit & Loss
### January 2008 through December 2012

Cash Basis

| | Jan '08 - Dec 12 |
|---|---|
| Sport & Fitness | |
|   Personal Trainer | 178.67 |
|   Vitamins & Nutrition | 0.00 |
|   Sport & Fitness - Other | 1,850.73 |
| Total Sport & Fitness | 2,029.40 |
| Entertainment - Other | 4,273.17 |
| Total Entertainment | 250,512.79 |
| Household | |
|   Dry Cleaning & Laundry | 0.00 |
|   Equipment & Electronics | 0.00 |
|   Groceries | 0.00 |
| Total Household | 0.00 |
| Personal - Other | -12,664.73 |
| Total Personal | 262,383.82 |
| Peter Trimis | |
|   PT College Loan | 0.00 |
|   PT College Tuition | 0.00 |
|   PT MBA consultant | 0.00 |
| Total Peter Trimis | 0.00 |
| Postage, Mailing & Delivery | 46,873.66 |
| Professional Fees | |
|   Appraisal Fees | 9,535.00 |
|   Architectural | |
|     Approved Plans | -27,520.00 |
|     Architectural - Other | 2,500.00 |
|   Total Architectural | -25,020.00 |
|   Broker | 4,244.99 |
|   Cleaning | 6,613.76 |
|   Commitment Fee | 320.57 |
|   Consulting fees | |
|     Accounting | 155,332.34 |
|     Administrative | 70,629.52 |
|     Consulting fees - Other | 500,476.49 |
|   Total Consulting fees | 726,438.35 |
|   Corporate Filing Fee | 1,287.20 |
|   Corporate Registration Fees | 1,048.00 |
|   Credit Repair | 0.00 |
|   Credit Report Fees | 3,536.43 |
|   Equipment Rental | 6,123.50 |
|   Expediting | 881.95 |
|   Freight & Delivery | 12,655.08 |
|   Legal Fees | |
|     Credit Repair | 874.50 |
|     Legal Fees - Other | 58,616.80 |
|   Total Legal Fees | 59,491.30 |
|   Licenses and Permits | 269.21 |
|   Maintenance Charges | 8,934.79 |

# DYSART VENTURES INC
## Profit & Loss
### January 2008 through December 2012

Cash Basis

| | Jan '08 - Dec 12 |
|---|---|
| **Medical Fees** | |
| Consultation Fees | 250.00 |
| Copay | 159.49 |
| Hospital Fees | 1,900.00 |
| Medications | 0.00 |
| Medical Fees - Other | 1,245.67 |
| **Total Medical Fees** | 3,555.16 |
| Moving | 5,152.24 |
| Security | 17,960.67 |
| **Translation Services** | |
| Foreign Translation | -347.95 |
| Translation Services - Other | 6,930.10 |
| **Total Translation Services** | 6,582.15 |
| Professional Fees - Other | 46,141.05 |
| **Total Professional Fees** | 895,731.40 |
| Registration | 1,700.00 |
| **Rent** | |
| Home | 43,650.00 |
| Office Rent | 150,019.78 |
| Short Term Rentals | 33,349.57 |
| Storage | 3,065.46 |
| Sublet | 5,954.89 |
| Rent - Other | 112,400.45 |
| **Total Rent** | 348,440.15 |
| **Repairs** | |
| Equipment Repairs | 516.40 |
| Repairs - Other | 1,546.50 |
| **Total Repairs** | 2,062.90 |
| **Taxes** | |
| Corporate Tax | 1,063.50 |
| Federal | 610.50 |
| State | 843.81 |
| Taxes - Other | 2,258.00 |
| **Total Taxes** | 4,775.81 |
| **Telephone** | |
| Answering Service | 3,277.85 |
| Cell Phone | 168,077.71 |
| Landline | 671.12 |
| Long Distance | 131.54 |
| Telephone - Other | 14,074.89 |
| **Total Telephone** | 186,233.11 |
| **Travel** | |
| Agent fee | 5,077.61 |
| Carriage Fees | 116.00 |
| Hotels | 89,800.83 |
| Parking | 6,877.32 |
| **Transportation** | |
| Airfare | 115,080.12 |
| Car rental | 38,020.84 |
| Seafare | 177.79 |
| Taxi & Limousine Service | 14,888.73 |
| Train | 418.75 |
| Transportation - Other | 12,552.73 |
| **Total Transportation** | 181,138.96 |

# DYSART VENTURES INC
## Profit & Loss
### January 2008 through December 2012

Cash Basis

| | Jan '08 - Dec 12 |
|---|---|
| Travel Cash Expense | 4,440.52 |
| Travelers Insurance | 53.00 |
| Travel - Other | 274,538.69 |
| **Total Travel** | 562,042.93 |
| Utilities | |
| Cable | 11,133.97 |
| Electric | 4,919.92 |
| Fax | 1,149.84 |
| Internet | |
| Hosting | 1,248.89 |
| Internet - Other | 5,339.31 |
| **Total Internet** | 6,588.20 |
| Water | 306.18 |
| Utilities - Other | 20.00 |
| **Total Utilities** | 24,118.11 |
| Withdrawal Cash Expense | -111,662.66 |
| **Total Expense** | 2,956,474.92 |
| **Net Ordinary Income** | -3,009,187.61 |
| Other Income/Expense | |
| Other Income | |
| Unknown | 0.00 |
| **Total Other Income** | 0.00 |
| **Net Other Income** | 0.00 |
| **Net Income** | -3,009,187.61 |

# Wilson Development Associates LLC
## Balance Sheet
### As of December 31, 2012

Cash Basis

| | Dec 31, 12 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| TD Bank ....5440 | 8,186.34 |
| Total Checking/Savings | 8,186.34 |
| | |
| **Other Current Assets** | |
| Advances from Dysart | -4,519,508.96 |
| Bank Draws to Dysart | 8,962,055.10 |
| Due from 303 W 146 Street | 20,000.00 |
| WIP-Paid by Dysart | -1,545,864.36 |
| Total Other Current Assets | 2,916,681.78 |
| Total Current Assets | 2,924,868.12 |
| | |
| **Fixed Assets** | |
| Accumulated Depreciation | -271,177.00 |
| Comp. Equipment | 10,065.95 |
| Furniture and Equipment | 34,381.50 |
| **Improvements** | |
| Wilson Bldg. Improvem | 5,928,025.69 |
| Total Improvements | 5,928,025.69 |
| | |
| **Wilson Bldg** | |
| **Building** | |
| Wilson Bldg. Legal Fees | 150,583.00 |
| Building - Other | 3,127,421.74 |
| Total Building | 3,278,004.74 |
| Land | 750,000.00 |
| Total Wilson Bldg | 4,028,004.74 |
| Total Fixed Assets | 9,729,300.88 |
| | |
| **Other Assets** | |
| Escrow Deposit | 2,165.39 |
| Total Other Assets | 2,165.39 |
| **TOTAL ASSETS** | 12,656,334.39 |
| | |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | -13,270.18 |
| Total Accounts Payable | -13,270.18 |
| Total Current Liabilities | -13,270.18 |
| | |
| **Long Term Liabilities** | |
| Beneficial Note Payable | 10,501,951.12 |
| Total Long Term Liabilities | 10,501,951.12 |
| Total Liabilities | 10,488,680.94 |
| | |
| **Equity** | |
| Paid in Capital | 2,458,333.95 |
| Retained Earnings | -295,069.89 |
| Net Income | 4,389.39 |
| Total Equity | 2,167,653.45 |
| **TOTAL LIABILITIES & EQUITY** | 12,656,334.39 |

# Wilson Development Associates LLC
## Profit & Loss
### January 2008 through December 2012

Cash Basis

| | Jan '08 - Dec 12 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| REGISTRATION | -225.00 |
| Rental | 388,760.55 |
| **Total Income** | 388,535.55 |
| **Gross Profit** | 388,535.55 |
| **Expense** | |
| Advertising | 1,790.27 |
| Automobile Expense | 1,185.64 |
| **Bank Service Charges** | |
| Check Order | 288.94 |
| Bank Service Charges - Other | 8,839.82 |
| **Total Bank Service Charges** | 9,128.76 |
| Computer Equipment & Repair | 950.31 |
| **Contract Labor** | |
| General Laborers | 91,544.32 |
| Laborers-Child Support | 0.00 |
| SUPERINTENDENT | 0.00 |
| Contract Labor - Other | 0.00 |
| **Total Contract Labor** | 91,544.32 |
| Contributions | 6,300.00 |
| Depreciation Expense | 271,177.00 |
| Equipment Rental | 0.00 |
| Filing Fees | 2,320.00 |
| Inspection Fees | 2,575.00 |
| **Insurance** | |
| Disability Insurance | 0.00 |
| Liability Insurance | 585.95 |
| Workers Comp | 4,041.69 |
| Insurance - Other | 8,729.37 |
| **Total Insurance** | 13,357.01 |
| **Interest Expense** | |
| Loan Interest | 130,163.17 |
| Interest Expense - Other | 31,811.00 |
| **Total Interest Expense** | 161,974.17 |
| Licenses and Permits | 768.95 |
| LOCKSMITH | 1,089.98 |
| **Miscellaneous** | |
| Reconciliation Discrepancies | -12.30 |
| Miscellaneous - Other | 3,386.65 |
| **Total Miscellaneous** | 3,374.35 |
| OPERATING CAPITAL | 0.00 |
| Parking | 31,000.00 |
| **Payroll Expenses** | |
| Processing Fee | 1,036.00 |
| Taxes | 6,204.24 |
| Payroll Expenses - Other | 1,035.83 |
| **Total Payroll Expenses** | 8,276.07 |
| Permit Fees | 4,589.00 |
| Postage and Delivery | 3,552.05 |
| Printing and Reproduction | 1,110.58 |
| **Professional Fees** | |
| Accounting | 2,250.00 |
| Architect | 0.00 |

Page 1

## Wilson Development Associates LLC
## Profit & Loss
### January 2008 through December 2012

Cash Basis

| | Jan '08 - Dec 12 |
|---|---|
| Consulting | 56,875.00 |
| Engineer | 0.00 |
| Legal Fees | 96,174.53 |
| Professional Fees - Other | 90,519.15 |
| Total Professional Fees | 245,618.68 |
| PROFESSIONAL SERVICES | 29,383.02 |
| Rent | 14,676.07 |
| Rental - Parking Space | 7,399.96 |
| Repairs | |
| Elevator | 4,353.63 |
| Repairs - Other | 9,153.54 |
| Total Repairs | 13,507.17 |
| Salaries | 74,204.00 |
| Subcontractors | |
| Asbestos | 0.00 |
| Brickwork | -8,020.18 |
| Drywall | 0.00 |
| Electrician | -44,150.00 |
| Elevator | -8,229.00 |
| Fire Escape | -53,581.56 |
| HVAC | -10,424.32 |
| Plumber | -20,800.00 |
| Roofer | 0.00 |
| Sprinklers | -149,600.00 |
| Waterproofing | -25,000.00 |
| Subcontractors - Other | -9,550.00 |
| Total Subcontractors | -329,355.06 |
| Supplies | |
| Building Materials | |
| Heaters | 0.00 |
| WINDOWS | -14,798.00 |
| Building Materials - Other | 6,015.62 |
| Total Building Materials | -8,782.38 |
| Equipment | 877.83 |
| Office | 879.88 |
| Total Supplies | -7,024.67 |
| Taxes | |
| Local | 992.00 |
| Real Estate | 7,576.14 |
| Taxes - Other | 0.00 |
| Total Taxes | 8,568.14 |
| Telephone | 598.79 |
| Travel & Ent | |
| Lodging | 917.28 |
| Meals | 9,305.80 |
| Parking | 34.00 |
| Transportation | 1,433.51 |
| Travel | |
| Train | 717.75 |
| Total Travel | 717.75 |
| Travel & Ent - Other | 6,352.25 |
| Total Travel & Ent | 18,760.59 |
| Utilities | |

## Wilson Development Associates LLC
### Profit & Loss
January 2008 through December 2012

Cash Basis

|  | Jan '08 - Dec 12 |
|---|---|
| Electric | 13,349.67 |
| Gas and Electric | 6,989.80 |
| Internet | 5,122.42 |
| Sewer | 646.34 |
| Telephone | 551.21 |
| Water | 233.00 |
| Utilities - Other | 462.72 |
| Total Utilities | 27,355.16 |
| WEBCAMS | 0.00 |
| WEBSITE, DEVELOPMENT & MAINTENA | 124.95 |
| Total Expense | ① 719,880.26 |
| Net Ordinary Income | -331,344.71 |
| Other Income/Expense |  |
| Other Income |  |
| Interest Income | 40,664.21 |
| Total Other Income | 40,664.21 |
| Net Other Income | 40,664.21 |
| Net Income | -290,680.50 |

① TOTAL EXPENSES    719,880.26

② LESS: DEPRECIATION ⟨271,177.00⟩

NET CASH EXPENSES   448,703.26

2:52 PM

06/22/16

Accrual Basis

## Wilson Development Associates LLC
## General Journal Transaction
### December 31, 2011

| Num | Adj | Name | Memo | Account | Class | Debit | Credit |
|-----|-----|------|------|---------|-------|-------|--------|
| 73 AD... | | | To record 201... | Interest Income | | | 628.09 |
| | | | To record 201... | Interest Income | | | 534.94 |
| | | | To record 201... | Interest Income | | | 592.69 |
| | | | To record 201... | Beneficial Note Pay... | | 775,689.98 | |
| | | | To record 201... | Interest Income | | | 76.51 |
| | | | To record 201... | Bank Service Charges | | 3.00 | |
| | | | To record 201... | Beneficial Money M... | | | 773,860.75 |
| | | | | | | 775,692.98 | 775,692.98 |
| TOTAL | | | | | | 775,692.98 | 775,692.98 |



750,000.00   RESERVE DEPOSIT

25,689.98   INTEREST INCOME

775,689.98   LOAN PAYDOWN

2:48 PM

06/22/16

Accrual Basis

## Wilson Development Associates LLC
## General Journal Transaction
### December 31, 2011

| Num | Adj | Name | Memo | Account | Class | Debit | Credit |
|-----|-----|------|------|---------|-------|-------|--------|
| 72 AD... | | | Record 2011 t... | Loan Interest | | 31,811.84 | |
| | | | Record 2011 t... | Loan Interest | | 31,811.84 | |
| | | | Record 2011 t... | Interest Income | | | 130.00 |
| | | | Record 2011 t... | Interest Income | | | 85.00 |
| | | | Record 2011 t... | Interest Income | | | 94.00 |
| | | | Record 2011 t... | Beneficial Note Pay... | | 89,369.00 | |
| | | | Record 2011 t... | Interest Income | | | 12.19 |
| | | | Record 2011 t... | Beneficial Int Res #0... | | | 152,671.49 |
| | | | Record 2011 t... | Bank Service Charges | | 27.00 | |
| | | | Record 2011 t... | Beneficial Money M... | | | 27.00 |
| | | | | | | 153,019.68 | 153,019.68 |
| TOTAL | | | | | | 153,019.68 | 153,019.68 |

550,000.00    INTEREST RESERVE

89,369.00    LOAN PAYDOWN

460,361.00    INTEREST EXPENSE

## Wilson Development Associates LLC
## Profit & Loss
### January 2008 through December 2012

Cash Basis

| | Jan '08 - Dec 12 |
|---|---|
| **Ordinary Income/Expense** | |
| Income | |
| REGISTRATION | -225.00 |
| Rental | 388,760.55 |
| **Total Income** | 388,535.55 |
| **Gross Profit** | 388,535.55 |
| **Expense** | |
| Advertising | 1,790.27 |
| Automobile Expense | 1,185.64 |
| Bank Service Charges | |
| Check Order | 288.94 |
| Bank Service Charges - Other | 8,839.82 |
| **Total Bank Service Charges** | 9,128.76 |
| Computer Equipment & Repair | 950.31 |
| Contract Labor | |
| General Laborers | 91,544.32 |
| Laborers-Child Support | 0.00 |
| SUPERINTENDENT | 0.00 |
| Contract Labor - Other | 0.00 |
| **Total Contract Labor** | 91,544.32 |
| Contributions | 6,300.00 |
| Depreciation Expense | 271,177.00 |
| Equipment Rental | 0.00 |
| Filing Fees | 2,320.00 |
| Inspection Fees | 2,575.00 |
| Insurance | |
| Disability Insurance | 0.00 |
| Liability Insurance | 585.95 |
| Workers Comp | 4,041.69 |
| Insurance - Other | 8,729.37 |
| **Total Insurance** | 13,357.01 |
| Interest Expense | |
| Loan Interest | 130,163.17 |
| Interest Expense - Other | 31,811.00 |
| **Total Interest Expense** | 161,974.17 |
| Licenses and Permits | 768.95 |
| LOCKSMITH | 1,089.98 |
| Miscellaneous | |
| Reconciliation Discrepancies | -12.30 |
| Miscellaneous - Other | 3,386.65 |
| **Total Miscellaneous** | 3,374.35 |
| OPERATING CAPITAL | 0.00 |
| Parking | 31,000.00 |
| Payroll Expenses | |
| Processing Fee | 1,036.00 |
| Taxes | 6,204.24 |
| Payroll Expenses - Other | 1,035.83 |
| **Total Payroll Expenses** | 8,276.07 |
| Permit Fees | 4,589.00 |
| Postage and Delivery | 3,552.05 |
| Printing and Reproduction | 1,110.58 |
| Professional Fees | |
| Accounting | 2,250.00 |
| Architect | 0.00 |

**Wilson Development Associates LLC**
## Profit & Loss
January 2008 through December 2012

Cash Basis

| | Jan '08 - Dec 12 |
|---|---|
| Consulting | 56,675.00 |
| Engineer | 0.00 |
| Legal Fees | 96,174.53 |
| Professional Fees - Other | 90,519.15 |
| **Total Professional Fees** | 245,618.68 |
| PROFESSIONAL SERVICES | 29,383.02 |
| Rent | 14,876.07 |
| Rental - Parking Space | 7,399.96 |
| Repairs | |
| Elevator | 4,353.63 |
| Repairs - Other | 9,153.54 |
| **Total Repairs** | 13,507.17 |
| Salaries | 74,204.00 |
| Subcontractors | |
| Asbestos | 0.00 |
| Brickwork | -8,020.18 |
| Drywall | 0.00 |
| Electrician | -44,150.00 |
| Elevator | -8,229.00 |
| Fire Escape | -53,581.56 |
| HVAC | -10,424.32 |
| Plumber | -20,800.00 |
| Roofer | 0.00 |
| Sprinklers | -149,600.00 |
| Waterproofing | -25,000.00 |
| Subcontractors - Other | -9,550.00 |
| **Total Subcontractors** | -329,355.06 |
| Supplies | |
| Building Materials | |
| Heaters | 0.00 |
| WINDOWS | -14,798.00 |
| Building Materials - Other | 6,015.62 |
| **Total Building Materials** | -8,782.38 |
| Equipment | 877.83 |
| Office | 879.68 |
| **Total Supplies** | -7,024.87 |
| Taxes | |
| Local | 992.00 |
| Real Estate | 7,576.14 |
| Taxes - Other | 0.00 |
| **Total Taxes** | 8,568.14 |
| Telephone | 598.79 |
| Travel & Ent | |
| Lodging | 917.28 |
| Meals | 9,305.80 |
| Parking | 34.00 |
| Transportation | 1,433.51 |
| Travel | |
| Train | 717.75 |
| **Total Travel** | 717.75 |
| Travel & Ent - Other | 6,352.25 |
| **Total Travel & Ent** | 18,760.59 |
| Utilities | |

## Wilson Development Associates LLC
## Profit & Loss
### January 2008 through December 2012

Cash Basis

|  | Jan '08 - Dec 12 |
|---|---|
| Electric | 13,349.67 |
| Gas and Electric | 6,989.80 |
| Internet | 5,122.42 |
| Sewer | 646.34 |
| Telephone | 551.21 |
| Water | 233.00 |
| Utilities - Other | 462.72 |
| Total Utilities | 27,355.16 |
| WEBCAMS | 0.00 |
| WEBSITE, DEVELOPMENT & MAINTENA | 124.95 |
| Total Expense | ① 719,880.26 |
| Net Ordinary Income | -331,344.71 |
| Other Income/Expense |  |
| Other Income |  |
| Interest Income | 40,664.21 |
| Total Other Income | 40,664.21 |
| Net Other Income | 40,664.21 |
| Net Income | -290,680.50 |

① TOTAL EXPENSES        719,880.26

② LESS: DEPRECIATION  <271,177.00>

NET CASH EXPENSES  448,703.26

2:52 PM
06/22/16
Accrual Basis

**Wilson Development Associates LLC**
**General Journal Transaction**
December 31, 2011

| Num | Adj | Name | Memo | Account | Class | Debit | Credit |
|-----|-----|------|------|---------|-------|-------|--------|
| 73 AD... | | | To record 201... | Interest Income | | | 628.09 |
| | | | To record 201... | Interest Income | | | 534.94 |
| | | | To record 201... | Interest Income | | | 592.69 |
| | | | To record 201... | Beneficial Note Pay... | |  775,689.98 | |
| | | | To record 201... | Interest Income | | | 76.51 |
| | | | To record 201... | Bank Service Charges | | 3.00 | |
| | | | To record 201... | Beneficial Money M... | | | 773,860.76 |
| | | | | | | 775,692.98 | 775,692.98 |
| TOTAL | | | | | | 775,692.98 | 775,692.98 |

750,000.00   RESERVE DEPOSIT
25,689.98   INTEREST INCOME
775,689.98   LOAN PAYDOWN

2:48 PM

06/22/16

Accrual Basis

# Wilson Development Associates LLC
## General Journal Transaction
### December 31, 2011

| Num | Adj | Name | Memo | Account | Class | Debit | Credit |
|-----|-----|------|------|---------|-------|-------|--------|
| 72 AD... | | | Record 2011 t... | Loan Interest | | 31,811.84 | |
| | | | Record 2011 t... | Loan Interest | | 31,811.84 | |
| | | | Record 2011 t... | Interest Income | | | 130.00 |
| | | | Record 2011 t... | Interest Income | | | 85.00 |
| | | | Record 2011 t... | Interest Income | | | 94.00 |
| | | | Record 2011 t... | Beneficial Note Pay... | | 89,369.00 | |
| | | | Record 2011 t... | Interest Income | | | 12.19 |
| | | | Record 2011 t... | Beneficial Int Res #0... | | | 152,671.49 |
| | | | Record 2011 t... | Bank Service Charges | | 27.00 | |
| | | | Record 2011 t... | Beneficial Money M... | | | 27.00 |
| | | | | | | 153,019.68 | 153,019.68 |
| TOTAL | | | | | | 153,019.68 | 153,019.68 |

*(handwritten annotations)*

550,000.00    INTEREST RESERVE

89,369.00    LOAN PAYDOWN

460,361.00    INTEREST EXPENSE

# EXHIBIT D



# REBUS REALTY LLC

July 3rd, 2016

To Whom It May Concern,

Please accept this letter as confirmation that Mr George Trimis has been employed by Rebus Realty LLC since July 1st, 2016.

His title is Management Director and his duties encompass all management activities for buildings in our portfolio.

Mr Trimis works on a commission basis and it is our estimation that in this capacity he will earn between $100,000 and $150,000 per annum.

Should you have any questions or require further information, please contact me by phone 917 340 1129.

Yours sincerely,

H. Williams

Ms. Heather Williams

Rebus Realty LLC

# EXHIBIT E

# ▲ ALMA BANK

28-31 31st Street, Astoria, NY 11102

1

| GEORGE TRIMIS | | Page 3 |
|---|---|---|
| March 31, 2016 | | XXXXXX2360 |

| Date | Description | Subtractions |
|---|---|---|
| 03-23 | POS Purchase | 22.85 |
| | MERCHANT PURCHASE TERMINAL 15410196 FEDEX 805436658254 | |
| | 800-46333 TN 03-22-16 12:00 AM SEQ # 741144155841 | |
| 03-24 | Preauthorized Wd | 0.55 |
| | DISCOVER FIN SVS TRIALDEBIT 160324 | |
| 03-24 | Preauthorized Wd | 0.75 |
| | DISCOVER FIN SVS TRIALDEBIT 160324 | |
| 03-25 | POS Purchase | 10.50 |
| | MERCHANT PURCHASE TERMINAL 55432866 SQ *ROLL & KATSU K | |
| | ITCH New York NY 03-24-16 12:00 AM SEQ # 000134584718 | |
| 03-25 | POS Purchase | 132.03 |
| | MERCHANT PURCHASE TERMINAL 05314616 PETIT POULET | |
| | NEW YORK NY 03-24-16 12:00 AM SEQ # 000269555246 | |
| 03-28 | Outgoing Wire-Manual | 325.00 |
| | 201603280007324 ANNA KASSOMENAKIS UNITED STATES | |
| 03-28 | Debit Memo | 20.00 |
| | RETURNED WIRE FEE FOR IMAD:20160328MMQFMPD7000006 DATE | |
| | D.3/28/16 IN THE AOUNT OF USD $325.00 | |
| 03-28 | POS Purchase | 13.58 |
| | MERCHANT PURCHASE TERMINAL 05314616 GIGI CAFE - 64 BAK | |
| | E CO NEW YORK NY 03-25-16 12:00 AM SEQ # 100173946359 | |
| 03-28 | Wire Fee Out Manual | 30.00 |
| | 201603280007324 ANNA KASSOMENAKIS UNITED STATES | |
| 03-29 | Outgoing Wire-Manual | 325.00 |
| | 201603290010016 MARIA ANNA KASSOMEUNITED STATES | |
| 03-29 | Wire Fee Out Manual | 30.00 |
| | 201603290010016 MARIA ANNA KASSOMEUNITED STATES | |

## CREDITS

| Date | Description | Additions |
|---|---|---|
| 03-16 | Transfer Credit | 50.00 |
| | TRANSFER FROM DEPOSIT ACCOUNT XXXXXX5063 | |
| 03-16 | Incoming Wire-Int'L | 13,927.44 |
| | 201603160000165 KARANDRIKA M + MAMN12 7BJ | |
| | FROM OIKONOMAKIS | |
| 03-24 | Preauthorized Credit | 0.21 |
| | DISCOVER FIN SVS TRIALCREDT 160324 | |
| 03-24 | Preauthorized Credit | 0.25 |
| | DISCOVER FIN SVS TRIALCREDT 160324 | |
| 03-24 | Preauthorized Credit | 0.34 |
| | DISCOVER FIN SVS TRIALCREDT 160324 | |
| 03-24 | Preauthorized Credit | 0.50 |
| | DISCOVER FIN SVS TRIALCREDT 160324 | |
| 03-25 | Credit Memo | 21.50 |
| | DEBIT CARD CLAIM EF160011 | |



**ALMA BANK**

28-31 31st Street, Astoria, NY 11102

1

GEORGE TRIMIS
June 30, 2016

Page 6
XXXXXX2360

| Date | Description | Subtractions |
|------|-------------|-------------|
| 06-30 | POS Purchase | 190.53 |
| | MERCHANT PURCHASE TERMINAL 55536076 GEOX | |
| | NEW YORK NY 06-29-16 12:00 AM SEQ # 556013000185 | |

**CREDITS**

| Date | Description | Additions |
|------|-------------|-----------|
| 06-10 | Incoming Wire-Int'L | 16,047.00 |
| | 201606100032281 VYTINA NAVIGATION TRANSFER | |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 05-31 | -0.39 | 06-16 | 14,688.80 | 06-24 | 11,504.78 |
| 06-01 | -5.39 | 06-17 | 14,162.04 | 06-27 | 10,346.30 |
| 06-10 | 16,040.61 | 06-20 | 13,444.19 | 06-28 | 10,120.99 |
| 06-13 | 15,915.73 | 06-21 | 12,533.00 | 06-29 | 7,947.92 |
| 06-14 | 15,693.90 | 06-22 | 12,424.79 | 06-30 | 7,547.26 |
| 06-15 | 15,663.10 | 06-23 | 12,091.03 | | |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|------|-------------|-------------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Alma Bank*

# EXHIBIT F



# Internal Revenue Service
## United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 07-22-2016
Response Date: 07-22-2016
Tracking Number: 100291725742

Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 2013

TAXPAYER IDENTIFICATION NUMBER:          ███-██-8316

GEORGE TRIMIS
████████████████████
NEW YORK, NY 10022-2120-118

---- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:          0.00
ACCRUED INTEREST:         0.00          AS OF: Jan. 05, 2015
ACCRUED PENALTY:          0.00          AS OF: Jan. 05, 2015

ACCOUNT BALANCE
    PLUS ACCRUALS
    (this is not a
    payoff amount):      0.00

        ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:               00
FILING STATUS:            Single
ADJUSTED GROSS
    INCOME:
TAXABLE INCOME:
TAX PER RETURN:
SE TAXABLE INCOME
    TAXPAYER:
SE TAXABLE INCOME
    SPOUSE:
TOTAL SELF
    EMPLOYMENT TAX:
RETURN NOT PRESENT FOR THIS ACCOUNT

|      |                                | TRANSACTIONS |            |          |
|------|--------------------------------|--------------|------------|----------|
| CODE | EXPLANATION OF TRANSACTION     | CYCLE        | DATE       | AMOUNT   |
|      | No tax return filed            |              |            |          |
| 460  | Extension of time to file tax return |         | 04-15-2014 | $0.00    |
|      | ext. Date 10-15-2014           |              |            |          |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
## United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 07-22-2016
Response Date: 07-22-2016
Tracking Number: 100291725742

Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 2014

TAXPAYER IDENTIFICATION NUMBER:          ●●●●●-8316

GEORGE TRIMIS

NEW YORK, NY 10022-2120-118


          --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:          0.00
ACCRUED INTEREST:         0.00          AS OF: May  11, 2015
ACCRUED PENALTY:          0.00          AS OF: May  11, 2015

ACCOUNT BALANCE
     PLUS ACCRUALS
     (this is not a
     payoff amount):      0.00

          ** INFORMATION FROM THE RETURN OR AS ADJUSTED **


EXEMPTIONS:               00
FILING STATUS:            Single
ADJUSTED GROSS
     INCOME:
TAXABLE INCOME:
TAX PER RETURN:
SE TAXABLE INCOME
     TAXPAYER:
SE TAXABLE INCOME
     SPOUSE:
TOTAL SELF
     EMPLOYMENT TAX:
RETURN NOT PRESENT FOR THIS ACCOUNT

07/22/2016 6:04:54 PM -0400 IRS                                    PAGE 3   OF 4

                                    TRANSACTIONS
     CODE  EXPLANATION OF TRANSACTION         CYCLE    DATE           AMOUNT              .
           No tax return filed

     460   Extension of time to file tax return        04-15-2015        $0.00
           ext. Date 10-15-2015

                       This Product Contains Sensitive Taxpayer Data

07/22/2016 5:04:52 PM -0500 IRS                    PAGE 2    OF 4



**Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 07-22-2016
Response Date: 07-22-2016
Tracking Number: 100291725742

Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 2015

TAXPAYER IDENTIFICATION NUMBER:          ▇▇▇-8316

GEORGE TRIMIS
▇▇▇▇▇▇▇▇▇▇▇▇▇▇
NEW YORK, NY 10022-2120-118


        --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---


ACCOUNT BALANCE:          0.00
ACCRUED INTEREST:         0.00          AS OF: May  09, 2016
ACCRUED PENALTY:          0.00          AS OF: May  09, 2016

ACCOUNT BALANCE
    PLUS ACCRUALS
    (this is not a
    payoff amount):      0.00

        ** INFORMATION FROM THE RETURN OR AS ADJUSTED **


EXEMPTIONS:               00
FILING STATUS:            Single
ADJUSTED GROSS
    INCOME:
TAXABLE INCOME:
TAX PER RETURN:
SE TAXABLE INCOME
    TAXPAYER:
SE TAXABLE INCOME
    SPOUSE:
TOTAL SELF
    EMPLOYMENT TAX:
RETURN NOT PRESENT FOR THIS ACCOUNT

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| | No tax return filed | | | |
| 460 | Extension of time to file tax return | | 04-15-2016 | $0.00 |
| | ext. Date 10-15-2016 | | | |

This Product Contains Sensitive Taxpayer Data



Department of Taxation and Finance
## Application for Automatic Six-Month
## Extension of Time to File for Individuals (with instructions)

**IT-370**

568301 09-16-15

2015

### Instructions

#### New for 2015

Self-employed individuals engaging in business within the Metropolitan Commuter Transportation District (MCTD) must now submit their application for automatic six-month extension of time to file, along with any required payment for metropolitan commuter transportation mobility tax (MCTMT), using Form IT-370 rather than Form MTA-7, *Application for Automatic Six-Month Extension of Time To File a Metropolitan Commuter Transportation Mobility Tax Return.* Form MTA-7 is obsolete.

#### General information

##### Purpose

File Form IT-370 on or before the due date of the return to get an automatic six-month extension of time to file Form IT-201, *Resident Income Tax Return,* or Form IT-203, *Nonresident and Part-Year Resident Income Tax Return.*

**Note:** We no longer accept a copy of the federal extension form in place of Form IT-370.

If you are requesting an extension of time to file using Form IT-370, you may still file Form IT-201 or Form IT-203 electronically, provided you meet the conditions for electronic filing as listed in the instructions for the forms.

If you have to file Form Y-203, *Yonkers Nonresident Earnings Tax Return,* the time to file is automatically extended when you file Form IT-370. For more information on who is required to file Form Y-203, see the instructions for the form.

We cannot grant an extension of time to file for more than six months if you live in the United States. However, you may qualify for an extension of time to file beyond six months under section 157.3(b)(1) of the personal income tax regulations because you are outside the United States and Puerto Rico, or you intend to claim nonresident status under section 605(b)(1)(A)(ii) of the Tax Law (548-day rule), as explained in the instructions for Form IT-203 under *Additional information.* Also see the special condition code instructions for the return you will be filing (Form IT-201 or Form IT-203).

#### When to file

File one completed Form IT-370 on or before the filing deadline for your return (extension applications filed after the filing deadline for the return are invalid). Generally, the filing deadline is the fifteenth day of the fourth month following the close of your tax year (April 18, 2016, for calendar-year filers).

However, you may file Form IT-370 on or before:

- **June 15, 2016,** if you qualify for an automatic two-month extension of time to file your federal and New York State income tax returns because you are out of the country (for additional information, see *When to file/important dates* on the back cover of the instructions for the return you are filing) and you need an additional four months to file (October 17, 2016);

- **June 15, 2016,** if you are a U.S. nonresident alien for federal income tax purposes and you qualify to file your federal and New York State income tax returns on June 15, 2016, and you need an additional six months to file (December 15, 2016); or

- **July 14, 2016,** (if your due date is April 18, 2016) or **September 13, 2016,** (if your due date is June 15, 2016) if you qualify for a 90-day extension of time to file because your spouse died within 30 days before your return due date and you need additional time to file. However, you must file your return on or before October 17, 2016, if your due date is April 18, 2016, or on or before December 15, 2016, if you are a nonresident alien and your due date is June 15, 2016.

See *Special condition codes* on page 2.

If you qualify for an **extension of time to file beyond six months,** you must file Form IT-370 on or before the filing deadline for your return.

#### How to file

Complete Form IT-370 and file it, along with payment for any tax due, on or before the due date of your return. Use the worksheet on page 3 to determine if a payment is required.

▼ **Detach (cut) here** ▼    Do not submit with your return.



2015

Department of Taxation and Finance
## Application for Automatic Six-Month Extension of Time to File for Individuals

**IT-370**

| Paid preparer? Mark an X in the box and complete page 2 ...... | ☒ | | Enter your 2-character special condition code if applicable (see instructions) ......................... ● |
|---|---|---|---|

| Your social security number (SSN) | Spouse's SSN (only if filing a joint return) |
|---|---|
| ▮▮▮▮▮ | |

Mark an X in the box for each tax that you are subject to:

NYS tax ▢    NYC tax ▢    Yonkers tax ▢    MCTMT ▢

| Your first name and middle initial | Your last name |
|---|---|
| GEORGE | TRIMIS |

| Spouse's first name and middle initial | Spouse's last name |
|---|---|
| | |

|  |  | Dollars | Cents |
|---|---|---|---|
| Mailing address (number and street or PO box) | Apartment number | | |
| ▮▮▮▮▮ | | | |
| | 1 Sales and use tax ... | 0 | 00 |

| City, village, or post office (see instructions) | State | ZIP code | 2 Total payment ......... | 0 | 00 |
|---|---|---|---|---|---|
| NEW YORK | NY | 10022-2120 | | | |

| E-mail: |
|---|

3701151019   147808316



**Page 2 of 2 IT-370 (2015)**

568302 09-16-15

Spouses who file separate returns must complete separate Forms IT-370. Do not include your spouse's SSN or name on your separate Form IT-370.

**Payment of tax -** To obtain an extension of time to file, you must make full payment of the properly estimated tax balances due. Payment may be made by check or money order. See *Payment options* below.

### Penalties

**Late payment penalty -** If you do not pay your tax liability when due (determined with regard to any extension of time to pay), you will have to pay a penalty of 1/2 of 1% of the unpaid amount for each month or part of a month it is not paid, up to a maximum of 25%. The penalty will not be charged if you can show reasonable cause for paying late. This penalty is in addition to the interest charged for late payments.

Reasonable cause will be presumed with respect to the addition to tax for late payment of tax if the requirements relating to extensions of time to file have been complied with, the balance due shown on the income tax return, reduced by any sales or use tax that is owed, is no greater than 10% of the total New York State, New York City, Yonkers, and MCTMT tax shown on the income tax return, and the balance due shown on the income tax return is paid with the return.

**Late filing penalty -** If you do not file your Form IT-201 or Form IT-203 when due (determined with regard to any extension of time to file), or if you do not file Form IT-370 on time and obtain an extension of time to file, you will have to pay a penalty of 5% of the tax due for each month, or part of a month, the return is late, up to a maximum of 25%. However, if your return is not filed within 60 days of the time prescribed for filing a return (including extensions), this penalty will not be less than the lesser of $100 or 100% of the amount required to be shown as tax due on the return reduced by any tax paid and by any credit that may be claimed. The penalty will not be charged if you can show reasonable cause for filing late.

### Interest

Interest will be charged on income tax, MCTMT, or sales or use tax that is not paid on or before the due date of your return, even if you received an extension of time to file your return. Interest

is a charge for the use of money and in most cases may not be waived. Interest is compounded daily and the rate is adjusted quarterly.

**Fee for payments returned by banks**

The law allows the Tax Department to charge a $50 fee when a check, money order, or electronic payment is returned by a bank for nonpayment. However, if an electronic payment is returned as a result of an error by the bank or the department, the department won't charge the fee. If your payment is returned, we will send a separate bill for $50 for each return or other tax document associated with the returned payment.

**Privacy notification**

See our Web site or Publication 54, *Privacy Notification.*

### Specific instructions

**Name and address box -** Enter your name (both names if filing a joint application), address and social security number(s). Failure to provide a social security number may invalidate this extension. If you do not have a social security number, enter *do not have one.* If you have a social security number, but have applied for one, enter *applied for.*

**Foreign addresses -** Enter the information in the following order: city, province or state, and then country (all in the *City, village, or post office* box). Follow the country's practice for entering the postal code. **Do not abbreviate the country name.**

**Special condition codes -** If you are out of the country **and** need an additional four months to file (October 17, 2016), enter special condition code *E3.* If you are a nonresident alien and your filing due date is June 15, 2016, **and** you need an additional six months to file (December 15, 2016), enter special condition code *E4.* If you qualified for a 90-day extension of time to file because your spouse died, and you need additional time to file (on or before October 17, 2016, or in the case of a nonresident alien, on or before December 15, 2016), enter special condition code *D9.* Also enter the applicable special condition code, *E3, E4,* or *D9* on Form IT-201 or Form IT-203 when you file your return.

---

▼ Detach (cut) here ▼   Do not submit with your return.

---

**IT-370 (2015) (page 2)**

**Payment options -** Full payment must be made by check or money order of any balance due with this automatic extension of time to file. Make the check or money order payable in U.S. funds to *New York State Income Tax* and write your social security number and *2015 Income Tax* on it. For online payment options, see our Web site (at *www.tax.ny.gov*).

**Paid preparers -** Under the law, all paid preparers must sign and complete the paid preparer section of the form. Paid preparers may be subject to civil and/or criminal sanctions if they fail to complete this section in full.

When completing this section, enter your New York tax preparer registration identification number (NYTPRIN) if you are required to have one. If you are not required to have a NYTPRIN, enter in the *NYTPRIN excl. code* box one of the specified 2-digit codes listed below that indicates why you are exempt from the registration requirement. You must enter a NYTPRIN or an exclusion code. Also, you must enter your federal preparer tax identification number (PTIN) if you have one; if not, you must enter your social security number.

| Code | Exemption type | Code | Exemption type |
|---|---|---|---|
| 01 | Attorney | 02 | Employee of attorney |
| 03 | CPA | 04 | Employee of CPA |
| 05 | PA (Public Accountant) | 06 | Employee of PA |
| 07 | Enrolled agent | 08 | Employee of enrolled agent |
| 09 | Volunteer tax preparer | 10 | Employee of business preparing that business' return |

See our Web site for more information about the tax preparer registration requirements.

▼ Paid preparer must complete (see instructions) ▼

Date:

Preparer's signature
▶

▶ Preparer's NYTPRIN

Firm's name (or yours, if self-employed)
BOHLMANN ACCOUNTING GROU

▼ Preparer's PTIN or SSN
P00170937

Address
9130 S. DADELAND BLVD, S
MIAMI, FL 33156

Employer identification number
472451176

NYTPRIN excl. code

E-mail: BBOHLMANN@BAGPLLC.COM

3702151019   147808316



419711
04-29-14

▼ DETACH HERE ▼

Form **4868**
Department of the Treasury
Internal Revenue Service (99)

## Application for Automatic Extension of Time
## To File U.S. Individual Income Tax Return

For calendar year 2014, or other tax year beginning _____ , 2014, ending _____

1019

**2014**

| Part I | Identification |
| --- | --- |

**1** Your name(s)

GEORGE TRIMIS

NEW YORK, NY 10022-2120

**2** Your social security number

███-██-8316

**3** Spouse's social security number

| Part II | Individual Income Tax |
| --- | --- |

| | | |
| --- | --- | --- |
| **4** Estimate of total tax liability for 2014 ..... $ | | 0. |
| **5** Total 2014 payments ........................... | | 0. |
| **6** Balance due. Subtract line 5 from line 4 ................................ | | 0. |
| **7** Amount you are paying ........................ ▶ | | 0. |

**8** Check here if you are "out of the country" and a U.S. citizen or resident ........................................... ▶ ☐

**9** Check here if you file Form 1040NR or 1040NR-EZ and did not receive wages as an employee subject to U.S. income tax withholding ..... ▶ ☐

147808316 TA TRIM 30 0 201412 670

**2014**  New York State Department of Taxation and Finance
## Application for Automatic Six-Month
## Extension of Time to File for Individuals

**IT-370**

| | | | |
|---|---|---|---|
| 1  New York State income tax liability for 2014 | 1. | 0. | |
| 2  New York City income tax liability for 2014 | 2. | 0. | |
| 3  Yonkers income tax liability for 2014 | 3. | 0. | |
| 4  Sales and use tax due for 2014 *(enter this amount here and on line 1 below)* | 4. | 0. | |
| 5  Total taxes *(add lines 1 through 4)* | 5. | | 0. |
| 6  Total 2014 income tax already paid | 6. | | 0. |
| 7  Total payment *(subtract line 6 from line 5 and enter this amount here and on line 2 below)*. If line 6 is more than line 5, enter 0 | 7. | | 0. |

468301
10-07-14

▼ Detach (cut) here ▼   Do not attach to your return.

**2014**  New York State Department of Taxation and Finance
**Application for Automatic Six-Month Extension of Time to File for Individuals**

**IT-370**

Paid preparer? Mark an X in the box and complete page 2 ....... [X]

Enter your 2-character special condition code

If applicable (see instructions) .................... [ ●  ] [    ]

Mark an X in the box for each tax that you are subject to:

New York State tax [    ]   New York City tax [    ]   Yonkers tax [    ]

Your social security number (SSN): ███ - 8316

Spouse's SSN (only if filing a joint return):

Your first name and middle initial: GEORGE

Your last name: TRIMIS

Spouse's first name and middle initial:

Spouse's last name:

Mailing address (number and street or rural route): ███████

Apartment number:

City, village, or post office: NEW YORK

State: NY   ZIP code: 10022-2120

E-mail:

| | Dollars | Cents |
|---|---|---|
| 1  Sales and use tax ... | 0 | .00 |
| 2  Total payment ......... | 0 | .00 |

3701141019   147808316   5

**Page 2** of 2 **IT-370** (2014)

468902
10-07-14

▼ Detach (cut) here ▼   Do not attach to your return.

**IT-370** (2014) (page 2)

**Payment options** - Full payment must be made by check or money order of any balance due with this automatic extension of time to file. Make the check or money order payable to *New York State Income Tax* and write your social security number and *2014 Income Tax* on it.

For online payment options, see our Web site (at *www.tax.ny.gov*).

**Paid preparers** - When signing Form IT-370, you must enter your New York tax preparer registration identification number (NYTPRIN) if you are required to have one. Also, you must enter your federal preparer tax identification number (PTIN) if you have one; if not, you must enter your social security number.

Paid preparers may be subject to a penalty for failure to conform to certain requirements. For more information, see Publication 58, *Information for Income Tax Return Preparers*.

| ▼ Paid preparer must complete ▼ | Date: |
|---|---|
| Preparer's signature ▶ | ▶ Preparer's NYTPRIN |
| Firm's name (or yours, if self-employed) BOHLMANN ACCOUNTING GROU | ▼ Preparer's PTIN or SSN P00854754 |
| Address 9130 S. DADELAND BLVD, S MIAMI, FL 33156 | ● Employer identification number 47-2451176 Mark an X if self-employed |
| E-mail: CSALCEDO@BAGPLLC.COM | |

3702141019  147808316   5



# EXHIBIT G



## Liouta & Partners

LAW FIRM

*BY EMAIL AND COURIER*

September 6, 2016

Dear Mr. Pope,

We are the legal advisors of Mrs. Efstathia Coulouthrou and Savoy Enterprises Inc., of Delaware in Greece.

By this letter we hereby confirm that Mrs. Efstathia Coulouthrou is the sole shareholder and beneficial owner of Savoy Enterprises Inc., owner of the apartment located at 200 E 61st Street, Apt 23B, New York.

Dysart Ventures Inc. or the individual Mr. George Trimis have not any ownership interest in the above mentioned premises. Dysart Ventures Inc., simply assisted in the order for the incorporation of Savoy Enterprises Inc. and acted as attorneys-in-fact in the closing procedure.

In support to the above stated we enclose herewith:

1. Original Incumbency Certificate dated 30th of August 2016 duly notarized and legalized by Apostille, which states that Mrs. Efstathia Coulouthrou is the sole shareholder of the subject company;

2. Copy of email dated May 31, 2011 from info@dysart.us to Mrs. Efstathia Coulouthrou by which Dysart forwarded to Mrs. Coulouthrou an email from American Incorporators Ltd. (registered agents of Savoy Enterprises Inc.) dated the same day, informing Mrs. Coulouthrou that the incorporation of hew new company has been filed and approved;

3. Copy of Unanimous consent and Resolution of the Sole Shareholder of Savoy Enterprises Inc., dated 29th of July 2011 duly signed by Mrs. Efstathia Coulouthrou, authorizing attorney(s)-in-fact to represent Savoy Enterprises Inc. in the closing with regards to the purchase of the premises known as 200 East 61 Street, Unit 23B, New York for the amount mentioned therein.

Furthermore, we hereby confirm on behalf of our client Mrs. Efstathia Coulonthrou, that the last two transfers in year 2016 to Mr. George Trimis, represented funds given to her by the mother of Mr. George Trimis for the latter's support and assistance in his ongoing litigation in the USA and she was requested to facilitate Mr. Trimis' mother with the wire transfer since the mother was not familiar with banking transactions abroad.

Sincerely yours,

Marina D. Liouta

Encls.

American Incorporators Ltd.
1013 Centre Road, Suite 403-A
Wilmington, DE 19805

# Apostille

*(Convention de La Haye du 5 Octobre 1961)*

1. Country: United States of America

   This public document:
2. has been signed by Jeffrey L. Tindall

3. acting in the capacity of Notary Public

4. bears the seal/stamp of Jeffrey L. Tindall, Notary Public, Delaware

## Certified

5. at Dover, Delaware

6. thirty-first day of August, A.D. 2016

7. by Secretary of State, Delaware Department of State

8. No.202915586

9. Seal/Stamp:

10. Signature:

Printed by: EM
Title: Fw: Order Information : nsm.gr

Thursday, June 16, 2011  9:45:40 PM
Page 1 of 1

Tuesday, May 31, 2011 6:31:39 PM
Message

From:            George Trimis <info@dysart.us>

Subject:       Fw: Order Information

To:               NY <ny@dysart.us>
                   EM
                   stargate@nsm.gr

Attachments:    SurveyAIL.pdf

----- Original Message -----
From: debbie@corpserviceusa.com [mailto:debbie@corpserviceusa.com]
Sent: Tuesday, May 31, 2011 11:25 AM
To: George Trimis Subject: Order Information

Dear Efstathia,

Congratulations!  Your new General Corporation has been filed, and approved, by the state of Delaware.

Your approved General Corporation's name is: Savoy Enterprises Inc. and the date of formation is Friday, May 27, 2011.

Your state ID number is 5989233.

We have also obtained your Federal Tax ID (EIN) number, as requested.  The EIN for your company is: 33-122109.

The official state documents are being shipped today. Upon receipt of your order, please review all documents carefully.

Your General Corporation record keeping kit has been ordered and has been sent separately.

If you would like to receive a copy of the filed certificate by email, please let us know by responding to this message.

Attached you will find a customer satisfaction survey. Please take 5 minutes to complete and return this survey and receive a discount coupon which can apply to future orders. Your feedback means that much to us!

If you have any questions or need any further assistance, please feel free to contact us.

Thanks again for selecting American Incorporators Ltd. for your incorporation needs.

Sincerely,

Debbie Summa
American Incorporators Ltd.
Suite 806, 1220 North Market Street
Wilmington, DE 19801
1-800-421-2661
302-421-5753
infoAIL@AIL.corp.com
www.ailcorp.com

CERTIFICATE OF INCUMBENCY
OF
**SAVOY ENTERPRISES INC.**

We, American Incorporators Ltd., of Suite 403-A, 1013 Centre Road, Wilmington, County of New Castle, DE 19805, being the duly appointed Registered Agent of **SAVOY ENTERPRISES INC.**, (herein after the "Company"), do herby confirm that, to the best of our knowledge, information and belief and as far as can be determined from the documents retained at the Registered Office as of the date of this Certificate:

The Sole Shareholder, owning 100% of the 1500 authorized shares of the Company is:

Mrs. Efstathia Coulouthrou
shares issued May 27th, 2011

Curtis Sweltz, Incorporating Specialist
For and on behalf of American Incorporators Ltd.
*registered agent*

**SWORN TO AND SUBSCRIBED** before me, a notary public for the State of Delaware,

County of New Castle, this 30th day of August, 2015.

NOTARY PUBLIC

JEFFREY L. TINDALL
NOTARY
My Comm. Expires
June 5, 2017
STATE OF DELAWARE
PUBLIC

## UNANIMOUS CONSENT AND RESOLUTION OF THE SOLE SHAREHOLDER

The undersigned, being the sole shareholder of **Savoy Enterprises Inc.** a Delaware corporation, does hereby represent and warrant that the undersigned constitutes all of the shareholders of **Savoy Enterprises Inc.** and hereby resolves and adopts the foregoing resolution.

**IN WITNESS WHEREOF,** this consent of the sole Shareholder of **Savoy Enterprises Inc.** has been duly executed on the 29th day of July 2011.

_Efstathia Coulouthrou_
Efstathia Coulouthrou

**RESOLVED,** that Angelica Philippopoulos or any other officer of this corporation, be and they are hereby authorized to execute and deliver all closing documents and all other documents needed to constitute the purchase of the premises known as 200 East 61 Street, Unit 23B, New York, New York, 10021 for the amount of $940,000.00, and such other documents and agreements as said officer executing the same may deem proper or advisable to complete the purchase.

**FURTHER RESOLVED,** that all actions heretofore taken by Savoy Enterprises Inc. in connection with or relating to the subject matter of the foregoing resolution that are within the authority conferred by the foregoing resolution are hereby authorized, approved, ratified and confirmed as the acts and deeds of Savoy Enterprises Inc. as applicable, having the same force as if performed pursuant to the direct authorization of the President or any officer of this corporation.