PETER G. STAVROPOULOS, ESQ.

New York, NY 10021
1(917)495-9511

July 11, 2016

Hon. Gene E. K. Pratter
United States District Court Judge
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street, Room 10613
Philadelphia, PA 19106-1723

RE: George Trimis

Dear Judge Pratter:

I am a personal friend of George Trimis, and I have known him since 1996. I have also worked for him in a legal capacity early in my legal career when he asked me to draft an agreement. He has asked me to write you as a character reference, which I am very happy to do. I am writing this personal character reference for him because I have found him to be hard working, forthright, honest, meticulous and diligent. I find him to be an honest man of integrity who keeps his word.

I do not know what this case is about, however I do know the man. George has always been there for me when I needed him. He supported me when I was getting married, and he was present when my only child was born. I hope to see him there for me well into my old age.

I hope that this letter sheds some light on him and may be of use to you in the event that you should ever come to question his honesty, integrity or character, and please feel free to reach out to me if I may be of any assistance. I remain,

Very truly yours,

Peter G. Stavropoulos, Esq.

The Honorable Judge Gene E. K. Pratter,
United States District Court for the
Eastern District of Pennsylvania

Dear Honorable Judge Pratter,

I am an independent Economist – Analyst, writing this letter for George Trimis, as I have previously worked with him, but I've also had the pleasure of knowing him as a friend as well.

I met George about four years ago through common friends, and through the course of this time I have been impressed by the qualities of honesty, generosity and kindness that distinguish him.

Along the way, I had the chance of working with George on a business project as well. Through the course of our collaboration, I found that he possesses a great deal of reliability and generosity as well. He was highly trustworthy and worked with great passion and integrity.

I hope that you will find this information useful; I remain at your disposal should you need any further assistance.

Sincerely,

Paraskevi Leivaditou

Email: vivian.livaditou@gmail.com
Contact no: +306946540513

*Danny Thadhani*
dthad8@gmail.com

July 8th, 2016

The Honorable Judge Gene E. K. Pratter
United States District Court
Eastern District of Pennsylvania

Dear Honorable Judge Pratter,

My name is Danny Thadhani and I am a good friend of Mr. George Trimis.

I have known Mr. Trimis for about 20 years, both as a friend and a business associate.

I have known him to be an honest person and with very high moral convictions. I have done business with him from time to time and find him to be of very high character and principles.

When I met George, I found him to be a very friendly and confident person. I can say without any hesitation that I can vouch for him, and his respect towards others. He is a decent person.

Thank you for your kind consideration.

Sincerely,

Danny Thadhani

July 5, 2016

Honorable Judge

Dear Honorable Judge,

My name is Penny Bradley, I am a real estate investor and developer based in New York. I know George Trimis through my business. While our business relationship is relatively recent we have worked on a number of transactions.

I have enjoyed working with George, and found no reason to question his character, he is straightforward, logical and thoughtful. Having assessed real estate transactions together I have also found him to be smart, considered and honest.

I understand you have a decision to make about George and hope you are able to balance your decision with my experience of George as a man of good standing and strong character.

Sincerely

Penny Bradley
646 831 6445

Stavros Almpanis
Karterados
84700 Santorini
Greece
+30 2286021858

Att: Honorable Judge

Dear Honorable Judge

I am Stavros Almpanis, the director of santorini24.eu, writing this letter as a previous employer of us mr. George Trimis.

Mr. Trimis had formerly worked with us for few months and during his tenure with us I was able to get to know him better. Mr. Trimis was arduous worker and has professional approach toward the work.
Was highly trustworthy, always open to cover up for any opportunity given to him.

Mr. Trimis Work performance was always commendable and carried professional attitude throughout.

I expect that you find this information useful and I assure to remain at your disposal if you need any further assistance.

Sincerely Yours,

Stavros Almpanis

July 11, 2016

The Honorable Judge Gene E. K. Pratter,
United States District Court for the
Eastern District of Pennsylvania,

Most Honorable Judge,

My name is Martine Lallouz. I have known George Trimis for over a year. I met George
through mutual friends.

During this very difficult time for him, I have gotten to know a man that has very strong
family values. Although his situation was not the best, he was continually concerned about
his father, mother, son, and sisters as he has been their support and provider for a very
long. His concern was sincere and heartfelt.

He is very respectful of rules, and continuously impressed me as he complied at all times
with those set upon him.

I have only seen a very caring, respectful and honorable man in George.

Martine Lallouz

514 – 945 – 6428

July 10, 2016

Honorable Judge,

I am writing in reference to Mr.George Trimis, who is appearing before your court.

Mr. Trimis asked me to write a character reference letter, but the truth is that I was already planning on doing so before the request. I feel strongly about Mr. Trimis, and about his future, and I want to try to make you feel the same way.

Mr. Trimis is a person of good moral character. I realize that might seem hard to believe, given the circumstances, but it's true nonetheless. I have known Mr. Trimis for over 8 years, and in that time I have seen him go through ups and downs, but all the while I have been convinced that he is a decent person at the core. He just needs more people to believe in him so that he can become the person I know he is.

I am well aware that it is difficult to make a decision about unfamiliar person; I expect this letter will help you in the process of making right decision about who is genuinely kind and thoughtful.

Truly Yours,

Email: dcurbel@hotmail.com
Contact No. 347 280 4294

Elena Andreadis
Niederfelbenweg 9
8702 Zollikon
Switzerland

**The Honorable Judge Gene E. K. Pratter**
**United States District Court for the**
**Eastern District of Pennsylvania**

Date: 10th July 2016
Subject: Character reference letter for court

Dear Honorable Judge Pratter,

I, Elena Andreadis am writing this letter to you to provide a character reference about Mr. George Trimis, who I know as a friend for a period of 13 years.

In the many years that I have known Mr. Trimis he has been a genuine person and a friend. He truly cares about people and I have come to see that he is tirelessly hard working, often staying long hours in order to provide the best for his family, friends and employees. Mr. Trimis is very well brought up and a courteous person who is trustworthy and reliable. He is a man of great integrity, is extremely dedicated to his family and work, and is entirely peace-loving.

Mr. Trimis always achieves what he sets in his mind to with dedication and sheer force of will. I hope that you will consider the tenacity, self-awareness and courage of this wonderful person during a troubled period in his life.

Thank you for your time and your consideration.

Sincerely yours,

*E. Andreadis*

Elena Andreadis

E-mail id: eandreadis1@gmail.com

Contact no.: +41 76 577 01 57

July 8, 2016

Honorable Judge Gene E. K. Pratter
United States District Court for the
Eastern District of Pennsylvania

Honorable Judge,

When I found out that my friend Mr. Trimis was in trouble I asked what I could do to help out, and he asked that I write a character letter. I'm very happy, indeed, that at this difficult juncture of his life I'm able to help him even in such a small way.

Mr. Trimis is a successful businessman and a loyal friend. I've known him for about twenty years and though he had spent many years outside of the US, I always thought he was just a phone call away. Mr. Trimis believes in love and he believes in God, and as a child of God he means well toward people and any form of life. He's a great father, employer and friend. He's very smart and has a keen sense of life's events and realities. Though he's very successful in business, he's also very modest and humble. Mr. Trimis makes people around him feel important. He's a pleasure to hang out with, as he's a man of the world and at the same time a man of the house next door. He's a man who keeps his word and a man of honor. He is a man of integrity and passionate about his work.

I'm really sorry that he's in trouble and pray that all that is against him will go away and my friend, George Trimis, will be able to get back to his life and continue the good work for his family, friends and employees again and again, as he best knows how.

Thank you for your time and consideration.

Sincerely
Eleftheria Batha

Mt. Kisco, NY 10549
646 460 0470
elbatha@gmail.com

Curtis W. Horton

▄▄▄▄▄▄▄

Hartsdale, NY  10530
Phone:  914.954.3328
Email:  cwhorton6@yahoo.com

July 10, 2016

Honorable Judge Gene E. K. Pratter
United States District Court
For the Eastern District of Pennsylvania

Dear Honorable Judge Pratter,

I am a Business Consultant who has worked with George Trimis in the past.  I am writing this letter to vouch for Mr. Trimis' character.  I was a colleague of Mr. Trimis and very impressed with his ability to organize major projects and get things done quickly and efficiently.

George Trimis has the unique ability to identify business opportunities, organize teams and motivate individuals to complete complex tasks resulting in the successful implementation of these projects.  Mr. Trimis' talents are extraordinary and he brings a global vision to the initiatives he undertakes.  We need more people like George Trimis, who treats people fairly and pays them generously for work that is completed on time and on budget.

I can only say positive things about my business dealings with Mr. Trimis and truly feel that we need more people like him in our business community.  George Trimis is a person who can make things happen when our economy is struggling.

I expect that you will find this information useful and feel free to contact me if you require any additional information.

Sincerely,

*Curtis W. Horton*

Curtis W. Horton

Heather Powell

New York, NY  10128

July 22, 2016

The Honorable Judge Gene E. K. Pratter

United States District Court

Eastern District of Pennsylvania

James A. Byrne United States Courthouse

Room 10613

Philadelphia, Pennsylvania, 19106-1723

Dear Judge Pratter,

I am writing this letter on behalf of my friend George Trimis whom I have known for 5 years. During this time, I have come to know that George is a man of high integrity, kindness, patience and determination.  George always gives his best and unfailingly puts others before himself.

His dedication to his friends and family is unmatched. He is usually the first person to offer help to a friend in need. His steady character is highly regarded by all, as he can be relied upon to provide good advice and assistance in both personal and professional matters. He has always been part of community activities and contributes to charity and other social events.

In his business life, everyone has tremendous respect for him because of his talent, dedication and hard work.  George has contributed to the United States considerably by bringing much needed jobs to many families. He has always held the welfare of his employees and their families as one of his most important responsibilities and each job that he has undertaken, has given his best to finish to the highest possible standards.

I write to you to show that my experience of George is that of a kind, loyal friend whose personal ethos is to stand by his word. I am glad to be in the position to write this character reference for him.

I hope that you will consider the above when making your decision.

Respectfully,

Heather Powell

HONORABLE JUDGE,


It is with honor that I address you from Athens, Greece, as the mother of Mr. George Trimis. My son was implicated in the legal case with which you are entrusted, due to unfortunate circumstances and mishandlings, but he is a person of many virtues. He is an upstanding and hard-working man who worked hard in his life to survive in a foreign land. Not only did he survive, but through his business activities in construction, he was able to give work to many families. And this is not just it. With the father's precious help, his son was able to study finance and law. Also, he has been very kind to us, his parents, and supported us through difficult times, never losing us out of his sight although he lives on the other side of Atlantic Ocean.

As his mother, with pain in my heart, I ask that you show leniency toward him and do what's best for him.


WITH HONOR

MARIA FOUNTOULI


ATHENS, 1-19-2016

July 7, 2016

Leonid Leonidov.
718-207-7766
llprohome@gmail.com

Honorable Jude Gene E.K.Prater.
United State District Court for
the Eastern District of Pennsylvania.

RE: Character reference for Mr. George Trimis.

Dear Honorable Judge Prater:

I have known George Trimis about 20 years. First time I met him on an interview when he was President of T-Enterprises, Inc. It was my first work in New York area and I had no knowledge or experience working in such area after my emigration from former Soviet Union.

From day one I felt extremely supportive environment and close attention from Mr. Trimis helping me to adjust myself in my new life status. George Trimis gave me and other employees the real opportunity for starting new life. He was always very patient, supportive and kind to all of us helping in any issues either working, or personal. There were people from different parts of the World in our Company – from Northern Africa, Turkey, Poland, Middle East, Caribbean Islands, and Greece. Everyone was treated as family members.

I spent many years working under George Trimis' ownership or/and supervision, and I can say - it was the best and most useful time for my working experience in the United States.

I hope that my letter will help you to make judgement of George Trimis as kind, helpful, supportive and thoughtful person.

Sincerely,

Leonid Leonidov.

**SOFOKLIS ROVIS**

~~████████████████~~

<u>GR 166 75 VOULIAGMENI</u>

July 6th, 2016

Honorable Judge,

My name is Sofoklis Rovis and I am a childhood friend of Mr. George Trimis. I have known him a good long thirteen years now. In the many years that I have known Mr. Trimis, he has been an extremely genuine person and a true friend. I met Mr. Trimis for the first time, back when we were in the seventh grade and ever since we have been the closest of friends. Mr. Trimis has always amazed me with his calm and composed nature. In all these years I have never ever seen him lose his temper or even raise his voice with anyone. He truly cares about people whether they are family, friends or anyone else.

Mr. Trimis has always been a very honest and a generous man. I have seen him do his work with great passion and integrity. As a friend Mr. Trimis has always been there for me and for all of our friends. Mr. Trimis believes in pursuing his passion and I have seen him work really hard towards it. Mr. Trimis has been that one person I know personally who has never compromised with his principles and beliefs just to get any of his work done. Mr. Trimis is an extremely well bought up and well behaved person and I can vouch for it, because I have grown up with him all these years. I call a stone, a stone and I truly believe Mr. Trimis is definitely one of the few selfless and loving people I have come across.

We cannot know anyone in a short span of time, but here I am confidently talking about, because nobody can pretend for years. I would never tolerate anyone being disrespectful to me, but Mr. Trimis has always respected me as a man and treated me well. I adore the qualities in Mr. Trimis and respect him as a friend. I have only seen him grow as a person.

I know it is difficult to make decisions about a person that you don't know. I hope that you will take my letter in account and see that Mr. Trimis is a kind, helpful and a decent person.

Thank you for your time and consideration.

Kind Regards,

Sofoklis Rovis

**5 July, 2016**

Honorable Judge Gene E. K. Pratter,
United States District Court for the
Eastern District of Pennsylvania

My name is Ifigenia Livaditou, and I am an old and close friend of mr George Trimis.
When I was asked to write a character reference about him, I was not only glad to do it, but I felt obliged to do so, not only
for the sake of our old friendship but because he is a person who deserves the best of behavior from my side.

He holds an honest and profound personality, trustworthy, generous and thoughtful and there was never a doubt about this,
from his surrounding.
He stands next to his family and friends, placing their needs above his, with sincereness, warmth and careabout.

I really hope he gets out of this difficult situation, and be next to us and his activities soon. He is a strong person with faith
in God and Justice and I am positive, this will turn back to him.

I hope my letter to you, is to be taken under consideration and I remain at your disposal for any further assistance.

Kind regards,

Ifigenia Livaditou
e-mail - ifigenialivaditou@gmail.com
contact no - 00306944352268

July 5, 2016

The Honorable Judge Gene E. K. Pratter,
United States District Court for the
Eastern District of Pennsylvania,


Dear Honorable Judge,


I am a good friend I have known George Trimis for 15 plus years. My name is Lori Frisher.  From the minute I met him I was really impressed with how polite and kindhearted he was to my business associates who I was sitting with at the time. His smile was contagious. Proud to say from that day on, it developed into a lasting and respectful friendship all through the years. He has always been caring man and a true loyal friend to me. A generous individual who gives with a full heart to those he comes in contact with.


He has always been very generous with his kindness and always making sure all those around him are comfortable. He is a truly kindhearted gentleman.

His disposition is soft spoken and is well respected whenever I have been in his company. He has always cared about people, they can be strangers, family, friends. For as long as I have known him. He is so dedicated to the work he does, has passion for his work, and cares about those who are in his company.


I know it is difficult to make decisions about a person that you don't know but would know he is the type of friend you can count on day or night.  I hope that you will take my letter in account and see that—he is a wonderful, helpful and a respected person.


Thank you for your time and your consideration.


Kind Regards,

Lori Frisher

Ellen I. Sykes

Apartment 6E
New York, New York 10075

July 22, 2016

The Honorable Judge Gene E. K. Pratter
United States District Court
Eastern District of Pennsylvania
James A. Byrne United States Courthouse
Room 10613
Philadelphia, Pennsylvania 19106-1723

Dear Judge Pratter:

I write on behalf of my friend, George Trimis, whom I have known since 2000 when we both bought apartments in a newly developed building on Third Avenue in Manhattan– a decision we both came to regret as the developer mis-represented just about everything he could to the buyers and erected a shoddy building with substandard materials. We condo owners banded together to compel him to remediate the problems. It took six years, a lawsuit and hours of volunteer time, but we finally succeeded. He's now out of business and the building is whole. We both moved on for different reasons, but the current owners enjoy the fruit of our labors.

In 2003, due to a change in my circumstances, I became a real estate agent. George was particularly kind in sending business my way at an early stage, and since then I have had many occasions to collaborate with him on listings all over the city. It meant a great deal to me that George was willing to give me a chance to prove myself. As you probably know real estate agents and property developers are considered only slightly higher than used car salesmen on the scale of respect for professions. Despite that, I would like to think that I have high ethical standards. I can say that certainly in all my dealings with George Trimis, he has exhibited nothing but the highest standards himself.

When you work with someone for a period of years, particularly in real estate, you get to see the underbelly as well as the façade. I don't find any difference between the two in George, and I am grateful to have him as a friend and colleague. I know him to be honorable and upright. I am happy to

be in a position to write a character reference for him, which I do
unreservedly.

Should you wish any other information, please do not hesitate to
contact me at 212-535-6966 or at the address above.

Sincerely,

2.

August 14, 2016

Honorable Judge Gene E. K. Pratter
United District Court for the Eastern District of Pennsylvania

Honorable Judge Gene E. K. Pratter,

It is with utmost respect that I'm writing to you in defense of my friend Mr. George Trimis. I have known George since he was in Greece as I have been a friend of his family. Over the many years, I have followed George from when he was a young and aspiring man who wanted to conquer the world. And he did, due to his hard work - never skipped a step – and intelligence. I admire him for he began with nothing and made himself a reputable business entrepreneur. I admire him also because he never forgot his moral obligation to his parents and family back home. He never cut his ties off but helped any chance he got.

On a personal level, he has been a wonderful friend to me and my family. He makes sure to keep in touch even though he travels the world around. His family and friends mean everything to him. His outer shell is very hard, but his heart is very soft and tender. He does not let people know what he's really made of unless he trusts them. I'm of the few ones to know George inside out and I love what I see. In my heart I know that if I ever needed something, he would lend a helping hand, no matter what the need.

I'm not sure I understand the legal issue in which he's implicated and don't think I will understand it anyway, but I'm writing to you to plead to your kindness and ask that you try my friend George with leniency. He's a very good man at heart and he has done a lot of good in the business and in the world. The world needs good people like him, who believe in God with their heart and do good. Please, give him his life back so that he can move on and continue the good work. I trust that you will never regret it.

May God bless and guide you.

Respectfully,

Sophocles Rovis

*Albert Harvy*

~~███████████~~
*New York, NY 10016*
*1-917-012-052*

August 1, 2016

The Right Honorable Judge Gene E. K. Pratter
United District Court for the Eastern District of Pennsylvania

Dear Honorable Judge Pratter:

My name is Albert Harvy. I have known Mr. George Trimis for over 23 years, as a friend as well as having done business with him.

My wife Stella and I became very close to George. We have socialized with him and his girlfriend on many occasions. We both enjoyed his company, as he is always in good mood and very up and up with his friends.

From a Business perspective, George has always acted in the most professional way.

He is always ready to help others, especially in the Greek community, and unfortunately it has backfired on him.

I know for a fact that he takes care of his mother in Greece and has supported his son, to whom he has ensured a triple A education.

I found George to be very reliable and motivated in whatever goals he sets for himself, business wise or personally. He continually strives to improve his personal character.

My wife and I really feel for him, in what he has gone through in the last 12 months, whether he made a mistake or not.

We hope that your honor will make the right decision for this man who is a very kind person.

Very truly yours.

Albert Harvy

# COSMETIC DERMA MEDICINE MEDICAL GROUP

 

The Honorable Judge Gene E. K. Pratter
United States District Court for the Eastern District of Pennsylvania

Athens 11th July 2016

Dear Honorable Judge,

I am Anastasios Vekris, MD, I am a Plastic surgeon, founder, owner and CEO of Cosmetic Derma Medicine Medical Group, which is a medical establishment located in Athens, Greece.

I am addressing this letter to You as to testify my opinion on and knowledge of the character of George Trimis.

I am also writing this letter on behalf of my wife Dr Amalia Tsiatoura, MD.

We have known Mr. George Trimis for the last 5 years. We first met George as a patient, who was referred to us for a hair loss problem he suffered from. Soon after we first met him we became very good friends. Since we have first met George we found out that he is a very friendly and warm person, caring for his family and friends and the Greek society in general.

In several occasions he did not only assist us in our practice by referring many of his friends and family to our clinic, but, to our surprise, we realized that he was covering the full cost of treatments provided by our clinic to the referred patients. He did so for close family members like his son, Panayiotis and his sister and for several personal friends of his.

The more we got involved with George as friends we realized that, without drawing attention to his name and without asking for any publicity or recognition for his efforts, he was actively supporting several charities both in Greece and in the United States, namely in the fields of education of underprivileged children, church charities and he supported poor families.

We have no doubt that if George Trimis is in the position to do so in the future, he will not hesitate to carry on his charitable activities and his generous contributions, not only to close family and friends, but also to unknown, underprivileged persons of our society. His good

heart and kind personality guarantee that George was, is and will be in the future a valuable asset for both the American and Greek Society.

I expect that you find this information useful and I assure to remain at your disposal if you need any further assistance.

With special appreciation,

**Dr Anastasios Vekris, MD**
Plastic Surgeon, Member of the ISHRS
Medical Director of Plastic, Aesthetic Surgery & Hair Restoration Department
Cosmetic Derma Medicine/Advanced Hair Clinics Center
Address. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Athens Greece
Tel/Fax. +302106980451
Mob. +306977666519
Email. anastasios.vekris@cosmeticdermamedicine.gr
www.cosmeticdermamedicine.gr

July 7, 2016

To: The Honorable Judge Gene E. K. Pratter,
     United States District Court for the
     Eastern District of Pennsylvania,

Your Honour,

I am delighted to write a character reference for Mr. George Trimis who I have the pleasure and the honor to call a friend for the last 15 years. I am also aware and dismayed with the distress he is facing due to this ongoing litigation. I would like to extent to you my request to take this letter into account when making your crucial decision.

George Trimis is a remarkable person with outstanding generosity. He genuinely enjoys helping people and expects nothing back. Many times I had the opportunity to witness the giving nature of his personality and how his altruism brought a positive change into people's lives. He is full of respect and compassion and truly enjoys helping people.

George sincerely cares for individuals regardless of their cultural and socio-economic background. He is a man of integrity and honesty in an old-fashioned way, like when those accolades always tracked one's character and actions. George Trimis is a self-made individual that appreciates the values of honest hard-work, professionalism, duty and responsibility. Knowing him for so long I can attest to the dependable, reliable and conscientious nature of his personality.

I have absolute trust to our legal system and the people who serve it; I hope this letter offered you some service in the arduous process of making a just decision about a person of genuine integrity and honesty.

Yours faithfully

Constantinos Laskarides DMD, DDS, PharmD, FICD, FACS
*Associate Professor, Assistant Director Advanced Residency Program*
*Oral & Maxillofacial Surgery, Tufts University*
*Attending Surgeon, Tufts Medical Center*
*Diplomate, American Board of Oral & Maxillofacial Surgery*
*Fellow, American Association of Oral & Maxillofacial Surgeons*
*Fellow, American College of Oral & Maxillofacial Surgeons*
*▓▓▓▓▓▓▓▓▓▓, Boston MA 02111*

July 8, 2016

Honorably Judge Gene E.K. Pratter

United States District Court for The East District

Of Pennsylvania

Dear Honorable Judge Pratter:

My name is Stamatios Gerardis and I have known Mr. George Trimis for the past 45 years. Mr. Trimis and I have been childhood friends since growing up in Greece. In the many years that I have known Mr. Trimis, he has always been a true and honest friend. We met in Greece, went to school together and ended up in New York City together. In all these years I have known Mr. Trimis, he was always a hard worker, helpful towards others and responsible in his everyday duties and decisions.

Mr. Trimis passion for work has lead him to become a successful businessman. He is well respected by all his peers and coworkers. I would never tolerate anyone for over 40 years if he was not the person I claim he is.

I know it is difficult to make decisions about an unfamiliar person, but I expect this letter will help you in the process of making the right decision.

Thank you for your time and consideration.

Kind Regards

Stamatios Gerardis

**Christos Skaltsaris**

~~●━━━━━━~~

17123 Athens,

Greece

Honorable Judge Gene E. K. Pratter.

Athens: July 5th 2016

Dear Honorable Judge,

I am very contented to write a character reference for George Trimis I have known him personally for the last ten years as a friend and as colleague.

During the years I have known to him I am highly impressed about his zealous nature and his readiness to help others.

He is always willing to volunteer in the any event either at business or in the community. I have also known George Trimis to been concerned about the activities around his family and other friends. George Trimis possesses great deal of social responsibility and is consistently attempt to do the right things,

I am well aware that it is difficult to make a decision about unfamiliar person; I expect this letter will help you in the process of making right decision about person who is genuinely kind and thoughtful.

Truly Yours,

Christos Skaltsaris

Phone: 003069444301117

Email: chriskal@hol.gr



**Hydel Overseas**
**( S h a n g h a i )**

Shipbuilding & Marine Engineering
High Pressure Hydraulics
Precision Engineering
Marine Automation

**Hydel Overseas (Shanghai)**

Pudong District,
Shanghai, 201315, P.R.China
Tel.: +86 021 68062051 - 68062052
Fax: +86 021 68062053
Web: www.hydel.com
E-mail: overseas@hydel.com

| Consulting Marine Engineers | H.P. Hydraulics | Designee & Constructions | Service |
|---|---|---|---|

To: **Honorable Judge Gene E. K. Pratter.**

| Our Reference | Your Reference | Date |
|---|---|---|
| 011/16 | | July, 6th 2016 |

Dear Honorable Judge,

We are very contented to write a character reference for George Trimis we have known him personally involve in business for the last twelve years as a friend and as colleague.

During the years we have known to him we are highly impressed about his zealous nature and his readiness to help others.

He is always willing to volunteer in the any event either at business or in the community. We have also known George Trimis to been concerned about the activities around his family and other friends.

George Trimis possesses great deal of social responsibility and is consistently attempt to do the right things,

We are well aware that it is difficult to make a decision about unfamiliar person; we expect this letter will help you in the process of making right decision about person who is genuinely kind and thoughtful.

YOURS FAITHFULLY

HYDEL OVERSEAS (Shanghai)

Katerina Nomikou
Solicitor & European Qualified Lawyer
Member of the Law Society of England & Wales and
the Athens Bar Association
█████████ London EC3V 3ND
United Kingdom

To the attention of
The Honorable Judge Gene E. K. Pratter,
United States District Court for the
Eastern District of Pennsylvania,

London, July 4rd 2016

Dear Honorable Judge,

I am addressing this letter to you following the request of Mr George Trimis and under my capacity as Solicitor and Greek Lawyer who happens to know Mr Trimis both socially and professionally for period of approximately 15 years.
I would therefore like to make you aware that to the best of my knowledge, Mr George Trimis is a person of integrity, honesty, good character and ethos both in his social and business affairs.
During the past 15 years, my flawless professional cooperation with Mr Trimis evolved to friendship, as I realized that he is a giving, good and open hearted person but also professional and high flyer, who may unfortunately though sometimes could have been exploited by others and especially women due to his 'giver' type personality.
I could write pages about Mr Trimis abilities, good soul and correctness but I believe the above are enough to assist you in forming your esteemed opinion as close as possible to the real facts about his personality.

Regards,
Katerina Nomikou



Andreas Neophytides, MD
Clinical Professor

**ANDREAS N. NEOPHYTIDES, M. D.**
*Clinical Professor of Neurology*
*New York University*

NEW YORK, NY 10016
Tel (212) 213-9580 - Fax (212) 779-9699

July 5, 2016

The Honorable Judge Gene E. K. Pratter,
United States District Court for the
Eastern District of Pennsylvania

Re: George Trimis

Dear Honorable Judge Pratter,

I am writing this letter as a character reference for George Trimis, whom I have known for the last 13 years, both as a patient, and as a friend.

I have cared for his cervical spinal and lumbar spinal problems, and guided him through periods of depression and anxiety.

I have kept communications with him over the years and see him us my time allows. He has impressed me as a very honorable person, generous and caring for his family and for his friends and employees. I have met his son in the past, who turned out to be a very fine young man. Mr. Trimis brought his aunt from Greece to see me several years ago. She was suffering with a yet undiagnosed progressive neurological condition, which turned out to be amyotrophic lateral sclerosis (Lou Gehrig's disease). He not only paid for her visit and for her medical care here but he also visited her there frequently and he stood by her through her 2-year debilitating terminal illness: Comforting her and her husband and providing psychological and financial support.

George Trimis has impressed me as a kind and caring person and I have no hesitation in vouching for his good character.

I hope that this letter assists you in formulating an opinion of Mr. George Trimis.

Sincerely,

Andreas Neophytides, M.D.

NYU Langone Neurology Consultants of NY
650 First Avenue, 4th Floor, New York, NY 10016 • tel 212.213.9580 • fax 212.779.9699

22

Honorable Judge Gene E. K. Pratter,
United States District Court for the Eastern District of Pennsylvania


Dear Honorable Judge Pratter,

I am writing to express my sincerest opinion of Mr. George Trimis.


I have known him for about 15 years, since I was a high-school student in Athens, Greece. We were introduced through my parents and I believe that since I met him he has done his very best to better me in many aspects of my life, being a mentor and a good friend. I consider him a close friend despite our age difference and one that will always be supportive to me and mine, even to his own detriment.

I honestly believe he has helped me by being a close friend who I can trust and confide in, a person who essentially helped me become more confident in myself and assist in my weight loss journey, as I suffered from being overweight and insecure growing up. His guidance in many matters has been tremendously helpful and has been essential in getting me to where I am in life.

Very few people have spent as much time as I have with him in the past 15 years; I have spent time working for him, vacationing together, playing sports and many more. From all of our time spent together, I can safely say that he has positively influenced my life almost as much as my parents, my wife and my brother.


I understand you are about to make an important decision about Mr. Trimis's future and I hope you take my points into consideration.


Kind Regards,

John Moulopoulos


Email: kaptayannis@gmail.com

Tel: +1(646)981-8740

Fidelis O. Oziegbe
██████, ██████████,
St. Albans, New York, 11412
(718)341-4633 (home)/ (646)841-4161(Cell)
foziegbe@yahoo.com

July 6, 2016

The Honorable Judge Gene E.K. Pratter
United States District Court for the
Eastern District of Pennsylvania.

Re: Letter of reference for Mr. George Trimis

Dear Honorable Judge Pratter;

It is with great pleasure that I write this letter to accent the good character of my friend of over 20yrs, George Trimis.

George actually hired me as a consultant to work in his construction company in 1993 till 1995. I am an Architect and an Estimator. I found him to be civil and professional to me even in those years in spite of the pressure of winning and losing bids for new construction work. Our employer/employee relationship grew into friendship from onset and continued till today. I know him to be trustworthy. This is why I am obliged to write this letter.

Over this period that I know him, George and I have treated each other with mutual respect. I know him to be a man of honor and moral standard. I have not witnessed any mistreatment of me or anyone that could have tainted his character in my site. He rates highly as regards to moral standards in my opinion.

Please do not hesitate to reach out to me in respect to this letter and my friend, George Trimis.

Sincerely,

Fidelis O. Oziegbe

The Honorable Judge Gene E. K. Pratter,
United States District Court for the
Eastern District of Pennsylvania

Dear Honorable Judge Pratter,

My name is Maria Trimi and I am writing this character letter for George Trimis, my half-brother by our father. Growing up in different environment did not stop us from creating a strong bond which gets stronger as time goes by. So, as you understand I have known him all my life and despite the fact that we are from different mothers, he has always been a source of inspiration to me throughout my life.

George is a caring and thoughtful person who has always been there for me whenever I have asked or needed his help. He is there for every one of us, including family and friends. He has never failed to help in any medical problem of our father or my mother even when away. George is a person whose morality and ethical responsibility are his driving forces. Not only is he reliable but he also strives to do his best at everything he does, improving himself constantly. I admire my beloved brother for that as I try to follow his example every day and I do realize that being hard working and dedicated (as he is) is difficult at times. The advice and support that I have been given concerning my work, family and the upbringing of my children, have helped me to overcome successfully any difficult situations I have encountered throughout the years.

I truly understand how hard it might be to see George through my eyes, but I can only assure you that he is as I have described him. If need be, do not hesitate to contact me for any further assistance.

Sincerely yours,

Maria Trimi


Maria Trimi

Zip Code 16232
Vyronas – Athens
Greece
+30 2107609308
manyatrimi@yahoo.gr

The Honorable Judge Gene E. K. Pratter,
United States District Court for the
Eastern District of Pennsylvania,

Dear Honorable Judge Pratter,

I am very happy to write a character reference for George. I have known him personally for the last sixteen years as I have married his sister.

During the years I have known him, I am very impressed by his kind nature. He is always there for other people and always willing to help. I have always admired him for his professionalism and have always taken his advice under serious consideration.

He is always there to assist in any event or problem in our family. He has always been involved in the activities around his family and other friends. George is very responsible and active as a citizen.

Despite the fact that he lives in the United States and we live in Greece we manage to keep in touch and follow each other's life. I consider him a brother and I have the outmost respect and love for him.

Should you need any further clarifications, please feel free to contact me.

Sincerely yours,

Dimitrios Kyrialanis

Dimitrios Kyrialanis

Zip Code 16232
Vyronas – Athens
Greece
dkirialanis@gmail.com



INTERNATIONAL
OLYMPIC
COMMITTEE

Lambis V. Nikolaou
Honorary Member

The Honorable Judge Gene E. K. Pratter,
United States District Court for the
Eastern District of Pennsylvania

Athens, 7 July 2016

Dear Honorable Judge,

My name is Lambis Nikolaou and I am a civil engineer graduate from the Technical University of Munich, Germany and doctor of Sports Sciences of the University of Mainz, Germany, as well as doctor of Humanities of the Arcadia University of Philadelphia, USA. My sports administration career in short: President of the Hellenic Olympic Committee (1985-1992; 1997-2004), Vice-President of the Organizing Committee for the Games of XXVIII Olympiad in 2004 in Athens, Vice-President (2005-2009) of the IOC and IOC Honorary Member since 2016.

Please, allow me here with to present the character of Mr. George Trimis, who I so deeply value for his calm and composed nature.

I know George since the last 13 years and I am so glad that I have the chance to give some insight about his character to any sincere person concerned. All these years, I know George as a genuine person and a true friend. His eagerness to help others has always amazed me. He volunteered for many different events and always helped out family and friends. George is the person with strong social responsibility who would make every effort to act in the right way. He is a man of honor with integrity and great kindness.

We cannot know anyone in a short span of time, but here I am confidently talking about George and I can vouch for this having spent 13 years of good friendship which undoubtedly constitutes a sureship for his decency and good manners demonstrated to all the people of our social circle.

Hoping that you will take this letter into account, I thank you for your time and consideration.

With special appreciation,

Lambis Nikolaou

52, Dimitrios Vikelas Avenue, 152 33 Athens, Greece | Tel. +30 210 687 6721 | Fax +30 210 687 8740 | e-mail lvnikolaou@yahoo.gr

July 5TH 2016

 Honorable Judge Gene E. K. Pratter,
United States District Court for the
Eastern District of Pennsylvania,


Dear Honorable Judge Pratter,

I am very contented to write a character reference for George Trimis. I have known him personally for the last sixteen years as a friend.

During the years I have known to him I am highly impressed about his zealous nature and his readiness to help others.

He is always willing to volunteer in the any event either at school or in the community. I have also known George to been concerned about the activities around his family and other friends. He possesses great deal of social responsibility and is consistently attempt to do the right things.

I am well aware that it is difficult to make a decision about unfamiliar person; I except this letter will help you in the process of making right decision about person who is genuinely kind and thoughtfull.


Sincerely yours,

Michael Kateinios
Email: mkaterinios@gmail.com
Contact No:  +306981136623

**SOFOKLIS ROVIS**

<span style="color:gray">▬▬▬▬▬▬</span>

GR 166 75 VOULIAGMENI
GREECE

July 6th, 2016

THE HONORABLE JUDGE GENE E. K. PRATTER,
UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA,

Honorable Judge,

My name is Sofoklis Rovis and I am a childhood friend of Mr. George Trimis.  I have known him a good long thirteen years now.  In the many years that I have known Mr. Trimis, he has been an extremely genuine person and a true friend.  I met Mr. Trimis for the first time, back when we were in the seventh grade and ever since we have been the closest of friends.  Mr. Trimis has always amazed me with his calm and composed nature.  In all these years I have never ever seen him lose his temper or even raise his voice with anyone.  He truly cares about people whether they are family, friends or anyone else.

Mr. Trimis has always been a very honest and a generous man.  I have seen him do his work with great passion and integrity.  As a friend Mr. Trimis has always been there for me and for all of our friends.  Mr. Trimis believes in pursuing his passion and I have seen him work really hard towards it.  Mr. Trimis has been that one person I know personally who has never compromised with his principles and beliefs just to get any of his work done.  Mr. Trimis is an extremely well bought up and well behaved person and I can vouch for it, because I have grown up with him all these years.  I call a stone, a stone and I truly believe Mr. Trimis is definitely one of the few selfless and loving people I have come across.

We cannot know anyone in a short span of time, but here I am confidently talking about, because nobody can pretend for years.  I would never tolerate anyone being disrespectful to me, but Mr. Trimis has always respected me as a man and treated me well.  I adore the qualities in Mr. Trimis and respect him as a friend.  I have only seen him grow as a person.

I know it is difficult to make decisions about a person that you don't know.  I hope that you will take my letter in account and see that Mr. Trimis is a kind, helpful and a decent person.

Thank you for your time and consideration.

Kind Regards,

Sofoklis Rovis

July 5TH 2016


 Honorable Judge Gene E. K. Pratter,
United States District Court for the
Eastern District of Pennsylvania,

Dear Honorable Judge Pratter,

My name is Despina Korasidi and I am friend of George Trimis. I have known George for a good long twenty years now. In the many years I have known him, he has been an extremely genuine person and a true friend. He has always amazed me with his calm and composed nature. In all these years I have never seen him lose his temper or even raise voice with anyone. He truly cares about people whether they are family, friends or anyone else.

George has always been a very honest and a generous man. I have seen him do his work with great passion and integrity. As a friend he has always been there for me and for all of our friends. George believes in pursuing his passion and I have seen him work really hard towards it. He has been that one person I know personally who has never compromised with his principles and beliefs just to get any of his work done. George is an extremely well bought up and well behaved person and I can vouch for it because I have grown up with him all these years. I call a stone, a stone and I truly believe he is definitely one of the few selfless and loving people I have come across.

We cannot know anyone in a short span of time, but here I am confidently talking George because nobody can pretend for years. I would never tolerate anyone being disrespectful to me, but he has always respected me as a woman and treated me well. I adore the qualities in him and respect him as a friend. I have only seen him grown as a person.

I know it's difficult to make decisions about a person that you don't know. I hope that you will take my letter in account and see that George is a kind , helpful and a descent person.

Thank you for your time and your consideration.


Kind regards,

Despina Korasidi
email: dkorasidi@gmail.com
contact No.: +306981216865

*From the Desk of*
*Arun Savkur Rao*

*Bangalore , India 560 005*
*Tel: 80 2554 0213*
*Email: arunsavkur@aol.com*

The Honorable Judge Gene E. K. Pratter,
United States District Court for the
Eastern District of Pennsylvania, USA

Dear Honorable Judge

I am happy to provide this letter of character reference for my friend, George Trimis

I met him over seven years ago when I was about to retire from a very successful corporate executive career at a global multinational firm. I am now 67 years old and during my career , I have come across and interacted with multitude of  individuals around the globe.

I have known George for this last decade on a personal basis . We have shared a lot time with each other , together with many of my friends and family , in and outside the US.

Our interactions with him have always been enjoyable because he is one of most truthful and astute characters that I have met. I consider a very trustworthy and dependable person.

My family and I regard him as a kind and loving person who is willing to help and support his friends and associates at any time in times of need , emotionally and spiritually.

He has always been a pillar of righteousness for anyone that had come to him for personal advice.

Time and again directed everyone around him, friends and family alike, to live a simple honest law-abiding life and be good tax paying citizens.

He has always gone out of his way to proactively and selflessly address the concerns and be supportive of the local community in which he has lived, especially the disadvantaged youth or the less fortunate folks around him.

He is a true gem of a character and genuine person, a real friend who is kind and caring and a man of good principles.

Please accept this letter in the kind consideration of George Trimis.

Signed by me in Bangalore, India on July 9, 2016

**Barry Klein**



**Brooklyn NY 11205**

Dear Honorable Judge


My name is Barry Klein, I am a friend of George Trimis I have known George many years. In these years that I have known him he has been an extremely genuine person and a true friend.

I met George the first time, in a business matter, and ever since we have been close friends.
As he always amazed me with his calm and composed nature. In all these years I have never ever seen him lose his temper or even raise his voice with anyone. He truly cares about people whether they are family, friends or business relations.

I have seen him do his work with great passion and integrity. As a business friend he has always been there for me.

I know it is difficult to make decisions about a person that you don't know.  I hope that you will take my Letter in account and see that George is a kind helpful and a decent person.



Thank You
Barry Klein

**Honourable Judge Gene E. K. Pratter**
**United States District Court for the**
**Eastern District of Pennsylvania,**

London  08/07/2016

Dear Honourable Judge Gene E. K. Pratter,

I am very contented to write a reference for George Trimis. I have known him personally for the last nine years as a family friend.

During the years I have known him I am highly impressed about his zealous nature and his readiness to help others.

I have known George to have been concerned about the activities around his family and friends. Gorge possesses a great deal of social responsibility and is consistently attempting to do the right things.On a more personal experience, George has been one of the small number of people that has helped myself and my family go through some of our roughest moments. It was at this time when good friends and family are needed, but not everybody would rise over the expectations and really be there as a shoulder to lean in in your time of need. It was then that you could notice George's real nature, he was there every step of the way till we could get our feet up again.

George has showed his genuinely kind and thoughtful nature and has shown this in many occasions to all that have known him, it is when one does not have a personal profit when his real nature will show, and George has always risen above expectations and done the right and ethical thing.

I am well aware that it is difficult to make a decision about an unfamiliar person; I expect this letter will help you in the process of making the right decision about a kind and thoughtful person such as George.

Truly yours,

Nikos Tzegka

Email: tzegka.niko@gmail.com
Contact No: +44 7454269903

Dear Honorable Judge Thomson

I am very contented to write a character to write a reference for Mr Jeorge Trimis i have known him personally for the last fifteen yaers as a friend.

During the years i have known to him i am highly impessed about the zealous nature and his readiness to help the others.

He is always willing to volunteer in the any event either at school or in thr community. I have also known to been concerned about the activities around about his family and other friends.He possesses great deal of socialresponsibility and is consistenly attempt to do the right things .

I am well aware that it is difficult to make a decision about unfamiliar person.I expect this letter will help you in the process of making right decision about person who is genuinely kind ant thoughtful.

Truly yours
Efstratios Nikolaou

Marousi,Athens
Greece
Email:strnikolaou@yahoo.gr
Contact no:+306948718669

07/07/2016

The Honorable Judge Gene. E. K. Pratter,
United States District Court for the
Eastern District of Pennsylvania,

Dear Honorable Judge Gene E. K. Pratter,

I am very content to write this character reference letter for George Trimis, as I have known him personally for 4 years as a friend.

During the years I have known him, I am very impressed by his diligence, kindness and willingness to help others.

He is always willing to offer his service to help out in the community either at schools or special volunteer events. I also have known for him to be immensely concern for his family and friends. George places a great amount of social responsibility onto himself, to consistently do the right thing.

I am well aware how difficult it is to make a decision about an unfamiliar person, I expect this letter will help you in the process of making a wise decision about a person who is genuinely kind and thoughtful.

Sincerely yours,

Marjorie A. Galeano

marjoriegaleano@me.com

347-982-6628

Ellen Pantelakis

Flushing, NY 11358
718 357-0679

July 6, 2016

The Honorable Judge Gene E. K. Pratter, United States District
Court for the Eastern District of Pennsylvania

Your honor please be informed that I know Mr. George Trimis for over 20 years through business while
he was a client where I worked at Northeastern Group Ltd as branch manager for an insurance
brokerage in Queens, New York.  George was a client and I also got to know him personally and found
him to be an honest and kind person who had compassion for others.  He has great sense of humor and
quick to help if someone where to need him.

He is a good member of our community and has helped others.

Sincerely,

Ellen Pantelakis

The Honorable Judge Gene E.K. Pratter

United States District Court

For the District of Pennsylvania

Dear Honorable Judge Gene E.K. Pratter,

I am very contented to write a character reference for George Trimis. I have known him personally for the last ten years, as a friend.

During the years I have known to him, I am highly impressed about his zealous nature and his readiness to help others.

He is always willing to volunteer in any event either at school or in the community. I have also known to be concerned about the activities around his family and other friends, possess great deal of social responsibility and he is consistently attempt to do the right things.

I am well aware that it is difficult to make a decision about unfamiliar person; I expect this letter will help you in the process of making right decision about this person, who is genuinely kind and thoughtful.

Truly yours,

Katramados Konstantinos
18, Loudovikou str. Piraeus 18531
Email: kk@unitedsecurity.gr
Contact No: +30 210 4100 490

TO : The Honorable Judge Gene E.K. Pratter
United States District Court for the
Eastern District of Pennsylvania


dear Honorable Judge Pratter

I'm very content to write a character reference for Mr.GEORGE TRIMIS.
I have know him the last twenty years as a friend.
During the years I have known to him highly impressed about his zealous nature readiness
to help people including me.
He is always willing to volunteer in the any event in life and in the community.
I have known GEORGE TRIMIS to been concerned about the activities around his family
and other friens possesses great deal of social responsibility and is consistently attempt to
do the right things.

I am well aware that it is difficult to make a decision for a peron that you hardly know but
I expect this letter help you in the process of making right decision about a person who is
genuinely kind.

Truly Yours
Mr BALLAS MILTIADIS
former HEAD of RETHMNO,KRETE RANGERS
and Public Prosecutor



### SALAMON ENGINEERING

NEW YORK, N.Y 10018
P
FAX: 1212-643-2076
info@salamonengineering.com

July 6, 2016

The Honorable Judge Gene E. K. Pratter,
United States District Court for the
Eastern District of Pennsylvania,

**Honorable Judge Gene Pratter**

**This is a character reference letter for George Trimis.**
**I have worked with George Trimis for over 20 years in various roles**
**From an Engineer monitoring the work of a contractor- namely George**
**Trimis- to designing the rehab of his building in Camden New Jersey.**
**Now he is working for me in the role of marketing and development.**

**During these years, I was able to see him when his fortunes were good,**
**and when things did not go so well. He was always straight, honest in his**
**dealings and honoring his commitments.  I believe he is a man with a good**
**moral character .**
**I had no hesitation in helping George when needed it, nor do I have any**
**hesitation in  providing this character reference for some one I have**
**trusted for over twenty years.**

**Sincerely,**
**Salamon Engineering**

**David Salamon  P.E.**



NEW YORK, NY 10013

(646)206-5788

BROOMEARCH@MSN.COM

# ANDREW CARACCIOLO ARCHITECT

13 JULY 2016

Dear Honorable Judge Gene E. K. Pratter,
United States District Court for the
Eastern District of Pennsylvania,


I am happy to write a character reference for George Trimis. I have known
him personally for the last twenty years, both as a friend and in a
professional capacity.

During the years I have known him, I am highly impressed about his
zealous nature and his readiness to help others. George is the type of man
to do whatever he could for a friend.

George has always been a very honest and generous man. I have seen him
do his work with great passion. As a friend he has always been there for me
and for all of our friends. He believes in pursuing his passion and I have
seen him work really hard towards it.

I am well aware that it is difficult to make a decision about an unfamiliar
person; I expect this letter will help you in the process of making right
decision about a person who is genuinely kind and thoughtful.

Truly yours,

Andrew Caracciolo

Dear honorable judge

I am very content to write a character reference for George Trimis. I have know him personally for the last ten years as a friend.

During the years I have known to him I am highly impressed about his zealous nature and his readiness to help others.

He is always willing to volunteer in the any event either at school or in the community.

I have known George to be concerned about the activities around his family and other friends. I have also been moved many times by his sensitivity concerning animals.

George processes great deal of social responsibility and is consistently attempt to do the right thing.

I am well aware that it is difficult to make a decision about unfamiliar person.I expect this letter will help you in the process of making right decision about person who is genuinely kind and thoughtful.

Truly yours

Sofia Oikonomidou

Contact no : 6955 380 634

Hercules Cotoulas



Brooklyn, N.Y. 11209


July 8, 2016


Honorable Judge Gene E. K. Pratter,

United States District Court for the Eastern District of Pennsylvania


Dear Honorable Judge Pratter,

  My name is Hercules Cotoulas and I am writing to you regarding George Trimis. I have known George and have been friends with him for 8 years. Through out these 8 years I have known George, I have had and continue to have a positive opinion of him.

I believe in George's integrity, sincerity, and I respect his work ethic.  George's personality is as straightforward as it comes; he is honest to a fault.  He has always been dedicated to his family and friends; he is generous and giving with his free time as well. He makes sure to always be there for his family and friends even when his time is limited due to his busy work schedule.

George has a dynamic personality, and I am always impressed with his enthusiasm and optimism whether it be on a new endeavor, project or just in general his outlook on life. He has always been adamant about steering clear from unethical activities and being true to one's self, this is why we are friends and these traits are what our friendship has been and continues to be based on.

I hope that you find this information useful and take this letter in to consideration when making any decisions regarding George Trimis' ethics and character during his case.

Please feel free to contact me if need be and thank you for your time and consideration.

Sincerely,


Hercules Cotoulas

(347) 543 – 6899

herculescotoulas@gmail.com