IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 14-632-02 |
| ANGELICA PHILIPPOPOULOS | : | |

**FORFEITURE MONEY JUDGMENT**

IT IS HEREBY ORDERED THAT:

1. As a result of the defendant pleading guilty to Counts One and Five of the Indictment, the defendant is required, pursuant to Title 18, United States Code, Sections 982(a)(1) and 982(a)(2), to criminally forfeit her interest in any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of the offenses charged in Counts One and Five.

2. The Court has determined, based upon the facts set forth at the defendant's change of plea hearing, that the following property is subject to forfeiture as a result of the defendant pleading guilty to Counts One and Five of the Indictment, and that the government has established the requisite nexus between such property and such offenses:

- **The sum of $7,423,667.00 in United States Currency (Forfeiture Money Judgment).**

3. A money judgment in the amount of $7,423,667.00 in United States currency is hereby entered against the defendant, for which the defendant is jointly and severally liable with her co-conspirator, George Trimis, in this case.

4. Any property recovered from the defendant and forfeited by the government shall reduce the defendant's outstanding liability on the personal forfeiture money judgment.

5. Upon entry of this Order, the United States is authorized to conduct any discovery necessary to identify and locate property subject to forfeiture, in accordance with Federal Rule of Criminal Procedure 32.2(b)(3).

6. Because the government seeks only a money judgment and does not seek forfeiture of any specific asset at this time, advertisement of the judgment and third-party proceedings are not required. Federal Rule of Criminal Procedure 32.2 (c)(1) (no ancillary proceedings to address third-party claims required where forfeiture consists of money judgment).

7. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the defendant's sentence and included in the judgment and commitment order.

8. The Court shall retain jurisdiction to enforce this Forfeiture Money Judgment, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

9. The Clerk of the United States District Court for the Eastern District of Pennsylvania shall deliver a copy of this Forfeiture Money Judgment to the Federal Bureau of Investigation ("FBI"), to the United States Marshals Service ("USMS"), and to counsel for the parties.

ORDERED this 16th day of May, 2017.

HON. GENE E.K. PRATTER
*Judge, United States District Court*