# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL ACTION |
| | : | |
| **v.** | : | |
| | : | |
| **ANGELICA PHILIPPOPOULOS** | : | No. 14-632-2 |

## O R D E R

**AND NOW**, this 16th day of May, 2017, upon consideration of the Government's Oral Motion to dismiss counts 2 through 4 of the Indictment in the above-captioned case, for the reasons stated on the record at the sentencing hearing on May 16, 2017, it is hereby **ORDERED** that the Motion is **GRANTED**, and counts 2 through 4 of the Indictment are **DISMISSED.**

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge